IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER,<br><br>*et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>*et al.*<br><br>    Defendants. | Civil Action No. |

## AMERICAN HOSPITAL ASSOCIATION CERTIFICATE UNDER LCvR 7.1

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for plaintiff the American Hospital Association ("AHA"), certify to the best of my knowledge and belief that plaintiff AHA has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: March 11, 2008

Attorney of Record for Plaintiff AHA

*/s/ Nath A. Br*
NATHAN A. BROWN
D.C. Bar No. 468750
ROPES & GRAY LLP

7298050_1.DOC

700 12th Street, NW
Suite 900
Washington, DC 20005
(202) 508-4600

WILLIAM C. CRENSHAW
D.C. Bar No. 968545
POWELL GOLDSTEIN LLP
901 New York Avenue, NW
Third Floor
Washington, DC 20001
(202) 347-0066

Of Counsel

LARRY S. GAGE
D.C. Bar No. 165332
BARBARA D.A. EYMAN
D.C. Bar No. 439684
CHARLES A. LUBAND
D.C. Bar No. 458319
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
(202) 508-4600

Counsel for Plaintiffs