IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER,<br><br>*et al.*<br><br>        Plaintiffs,<br><br>    v.<br><br>THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>*et al.*<br><br>        Defendants. | Civil Action No. |

## ASSOCIATION OF AMERICAN MEDICAL COLLEGES CERTIFICATE UNDER LCvR 7.1

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for plaintiff the Association of American Medical Colleges ("AAMC"), certify to the best of my knowledge and belief that plaintiff AAMC has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: March 11, 2008

Attorney of Record for Plaintiff AAMC

_____
NATHAN A. BROWN
D.C. Bar No. 468750

7298358_1.DOC

        ROPES & GRAY LLP
        700 12th Street, NW
        Suite 900
        Washington, DC 20005
        (202) 508-4600

        WILLIAM C. CRENSHAW
        D.C. Bar No. 968545
        POWELL GOLDSTEIN LLP
        901 New York Avenue, NW
        Third Floor
        Washington, DC 20001
        (202) 347-0066

Of Counsel

LARRY S. GAGE
D.C. Bar No. 165332
BARBARA D.A. EYMAN
D.C. Bar No. 439684
CHARLES A. LUBAND
D.C. Bar No. 458319
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
(202) 508-4600

Counsel for Plaintiffs