UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE HONORABLE MICHAEL O LEAVITT, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.<br>    Defendants. | Civ. No. 1:08CV0422 (JR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tamra T. Moore, a Trial Attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, now appears on behalf of Defendants Michael O. Leavitt, in his official capacity as Secretary of the United States Department of Health and Human Services, the United States Department of Health and Human Services, Kerry Weems, in his official capacity as Acting Administrator of the Centers for Medicare & Medicaid Services, and the Centers for Medicare & Medicaid Services.

            Respectfully submitted,

            JEFFREY S. BUCHOLTZ
            Acting Assistant Attorney General

            JEFFREY A. TAYLOR
            United States Attorney

            SHEILA M. LIEBER
            Deputy Branch Director

/s/ Tamra T. Moore
TAMRA T. MOORE D.C. Bar No. 488392
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
Email: Tamra.Moore@usdoj.gov

Dated: March 17, 2008                    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of March 2008, I caused a copy of the foregoing Notice of Appearance to be filed electronically and that the document is available for viewing and downloading from the ECF system.

/s/ Tamra T. Moore
Tamra T. Moore

**CERTIFICATE OF COUNSEL**

      Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated:    3/17/2008                    /s/ Tamra T. Moore
                                                TAMRA T. MOORE, D.C. Bar No. 488392
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
                                                20 Massachusetts Avenue, N.W., Room 7119
                                                Washington, D.C.  20530
                                                Tel: (202) 514-8095/Fax: (202) 616-8470
                                                E-mail: Tamra.Moore@usdoj.gov