IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER,<br><br>*et al.*<br><br>   Plaintiffs,<br><br>v.<br><br>THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>*et al.*<br><br>   Defendants. | Civil Action No. 1:08-00422 |

## JOINT SCHEDULING MOTION

Plaintiffs, Alameda County Medical Center, the National Association of Public Hospitals and Health Systems, the American Hospital Association, and the Association of American Medical Colleges, (collectively "Plaintiffs"), and Defendants, Michael O. Leavitt, in his official capacity as Secretary, United States Department of Health and Human Services, the United States Department of Health and Human Services, Kerry Weems, in his official capacity as Acting Administrator, Centers for Medicare & Medicaid Services, and the Centers for Medicare & Medicaid Services (collectively, "Defendants") file the following Joint Scheduling Motion and request the Court to enter the attached Agreed Scheduling Order:

1. On March 11, 2008, Plaintiffs filed the Complaint in this action along with a Motion for Preliminary Injunction.

2. Defendants were served on March 12, 2008.

3. Pursuant to Local Rule LCvR 65.1(c), Defendants' Response to the Motion for Preliminary Injunction is due March 19, 2008.

4. This matter involves a challenge to agency action under the Administrative Procedure Act. Specifically, given the circumstances, the parties agree that the most expeditious way to resolve this matter would be by filing cross-motions for summary judgment thereby obviating the need for a preliminary injunction hearing. However, given that the regulation challenged is subject to a statutory Moratorium that expires on May 25, 2008, the parties respectfully request that this Court enter a ruling prior to that time.

5. Subject to the Court's approval, the parties agree to the following schedule:

| Date | Filing |
|---|---|
| March 28, 2008 | Defendants to file Administrative Record |
| April 4, 2008 | Plaintiffs to file Motion for Summary Judgment |
| April 11, 2008 | Defendants to file Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion to Dismiss, Or Alternatively for Summary Judgment |
| April 18, 2008 | Plaintiffs to file Reply re: Plaintiffs' Motion for Summary Judgment, and Opposition to Defendants' Cross-Motion to Dismiss, Or Alternatively for Summary Judgment |
| April 25, 2008 | Defendants to file Reply re: Defendants' Cross-Motion to Dismiss, Or Alternatively for Summary Judgment |
| April 25, 2008 | The parties to file the Appendix required by LCvR 7(n) |

        April 28-May 9        The Court to schedule a hearing at its convenience

        On or before
        May 23, 2008        The Court to enter a ruling on at least Plaintiffs' Motion for Preliminary Injunction

6. If the Court accepts this proposed schedule, the parties agree that Plaintiffs' Motion for Preliminary Injunction should be held in abeyance pending further proceedings.

7. If the Court does not accept this proposed schedule, the parties request that the Court hold a telephonic scheduling conference to set a briefing and hearing schedule with regard to Plaintiffs' Motion for Preliminary Injunction.

WHEREFORE, the parties request that the Court enter the attached Agreed Scheduling Order.

        Respectfully submitted,

        WILLIAM C. CRENSHAW
        D.C. Bar No. 968545
        POWELL GOLDSTEIN LLP
        901 New York Avenue, NW, Third Floor
        Washington, DC 20001
        (202) 347-0066

        /s/ Nathan A. Brown
        NATHAN A. BROWN
        D.C. Bar No. 468750
        ROPES & GRAY LLP
        700 12th Street, NW, Suite 900
        Washington, DC 20005
        (202) 508-4600

Of Counsel:

LARRY S. GAGE

D.C. Bar No. 165332
BARBARA D.A. EYMAN
D.C. Bar No. 439684
CHARLES LUBAND
D.C. Bar No. 458319
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
(202) 508-4600

Attorneys for Plaintiffs

(filed with permission)

TAMRA MOORE
D.C. Bar No. 488392
U.S. DEPARTMENT OF JUSTICE,
Civil   Division
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
(202) 514-8095

Attorneys for Defendants

Dated:  March 19, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER,<br><br>*et al.*<br><br>      Plaintiffs,<br><br>   v.<br><br>THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>*et al.*<br><br>      Defendants. | Civil Action No. 1:08-00422 |

## AGREED SCHEDULING ORDER

This cause having come before the Court on the parties' Joint Scheduling Motion and the Court being advised that all parties have agreed to the entry hereof, it is hereby Ordered:

1. Defendants shall file the Administrative Record by March 28, 2008.

2. Plaintiffs shall file a Motion for Summary Judgment by April 4, 2008.

3. Defendants shall file an Opposition to Plaintiffs' Motion for Summary Judgment and a Cross-Motion to Dismiss, Or Alternatively for Summary Judgment by April 11, 2008.

4. Plaintiffs shall file a Reply re: Plaintiffs' Motion for Summary Judgment and an Opposition to Defendants' Cross-Motion to Dismiss, Or Alternatively for Summary Judgment by April 18, 2008.

5. Defendants shall file a Reply re: Defendants' Cross-Motion to Dismiss, Or Alternatively for Summary Judgment by April 25, 2008.

6. The parties shall file the Appendix required by LCvR 7(n) by April 25, 2008.

7. The Court hereby sets a hearing on all pending motions, including without limitation Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion to Dismiss, Or Alternatively for Summary Judgment for _____, 2008 at _____.

8. The Court shall enter a ruling on the parties' summary judgment motions on or before May 23, 2008.

9. Plaintiffs' Motion for Preliminary Injunction shall be held in abeyance pending further proceedings.

SO ORDERED, this __ day of March, 2008.

By:_____
United States District Court Judge

Cc: William C. Crenshaw, Esq.
    Nathan A. Brown, Esq.
    Sheila Lieber, Esq.
    Tamra Moore, Esq.