IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, <br><br> *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services, <br><br> *et al.* <br><br> Defendants. | Civil Action No. 1:08-00422 |

## ENTRY OF APPEARANCE

Please enter the appearance of William C. Crenshaw, Esquire, of Powell Goldstein LLP as lead counsel for Plaintiffs, Alameda County Medical Center, the National Association of Public Hospitals and Health Systems, the American Hospital Association, and the Association of American Medical Colleges.

                                                  Respectfully submitted,

                                                  /s/   William C. Crenshaw
                                                  William C. Crenshaw, Esq.
                                                  DC Bar No. 968545
                                                  Powell Goldstein LLP
                                                  901 New York Avenue, N.W., Third Floor
                                                  Washington, D.C. 20001
                                                  (202) 347-0066

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19<u>th</u> day of March 2008, a true and accurate copy of the foregoing Entry of Appearance was mailed, first class, postage prepaid to the following address:

Tamra T. Moore
Lead Counsel for Defendants
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

Nathan A. Brown
Co-Counsel for Plaintiffs
D.C. Bar No. 468750
Ropes & Gray LLP
700 12th Street, NW, Suite 900
Washington, DC 20005

/s/ William C. Crenshaw
William C. Crenshaw

::ODMA\PCDOCS\WSH\445855\1