FILED
MAR 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, <br><br> *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services, <br><br> *et al.* <br><br> Defendants. | Civil Action No. 1:08-00422 |

## AGREED SCHEDULING ORDER

This cause having come before the Court on the parties' Joint Scheduling Motion and the Court being advised that all parties have agreed to the entry hereof, it is hereby Ordered:

1. Defendants shall file the Administrative Record by March 28, 2008.

2. Plaintiffs shall file a Motion for Summary Judgment by April 4, 2008.

3. Defendants shall file an Opposition to Plaintiffs' Motion for Summary Judgment and a Cross-Motion to Dismiss, Or Alternatively for Summary Judgment by April 11, 2008.

4. Plaintiffs shall file a Reply re: Plaintiffs' Motion for Summary Judgment and an Opposition to Defendants' Cross-Motion to Dismiss, Or Alternatively for Summary Judgment by April 18, 2008.

5. Defendants shall file a Reply re: Defendants' Cross-Motion to Dismiss, Or Alternatively for Summary Judgment by April 25, 2008.

6. The parties shall file the Appendix required by LCvR 7(n) by April 25, 2008.

7. The Court hereby sets a hearing on all pending motions, including without limitation Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion to Dismiss, Or Alternatively for Summary Judgment for _May 7_, 2008 at _2:30 p.m._.

8. The Court shall enter a ruling on the parties' summary judgment motions on or before May 23, 2008.

9. Plaintiffs' Motion for Preliminary Injunction shall be held in abeyance pending further proceedings.

SO ORDERED, this _20th_ day of March, 2008.

_____
JAMES ROBERTSON
United States District Judge

Cc: William C. Crenshaw, Esq.
    Nathan A. Brown, Esq.
    Sheila Lieber, Esq.
    Tamra Moore, Esq.