UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, et al.<br><br>     Plaintiffs,<br><br>     v.<br><br>THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary of Health and Human Services, et al.<br>     Defendants. | Civ. No. 1:08CV0422 (JR) |

**NOTICE OF FILING OF ELECTRONIC COPY OF ADMINISTRATIVE RECORD**

   Defendants Michael O. Leavitt, in his official capacity as Secretary of Health and Human Services, the United States Department of Health and Human Services, Kerry Weems, in his official capacity as Acting Administrator of the Centers for Medicare & Medicaid Services, and the Centers for Medicare & Medicaid Services, by and through undersigned counsel, hereby give notice of the filing in electronic copy of the certified administrative record concerning the rulemaking that resulted in the Medicaid final rule published at 72 Fed. Reg. 29748-29836 (May 29, 2007).  Attached hereto as Exhibit A is an index of the rulemaking record.

              Respectfully submitted,

              JEFFREY S. BUCHOLTZ
              Acting Assistant Attorney General

              JEFFREY A. TAYLOR
              United States Attorney

              SHEILA M. LIEBER

                                        Deputy Branch Director

                                        /s/ Tamra T. Moore
                                        TAMRA T. MOORE D.C. Bar No. 488392
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue, N.W.
                                        Washington, D.C.  20530
                                        Telephone: (202) 514-8095
                                        Facsimile: (202) 616-8470
                                        Email: Tamra.Moore@usdoj.gov

Dated: March 28, 2008                     Attorneys for Defendants

EXHIBIT A

**RULEMAKING RECORD INDEX**

                                                                                                          Page No.

Medicaid Program; Cost Limit for Providers Operated by
Units of Government and Provisions to Ensure the Integrity of
Federal-State Financial Partnership (CMS-2258-FC),
72 Fed. Reg. 29748-29836 (May 29, 2007) (Final Rule with Comment Period) . . . . . . . . . . 1-89

Public Comments on Final Rule with Comment Period (CMS-2258-FC),
72 Fed. Reg. 29748-29836 (May 29, 2007)[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90-360

Letter Dated June 12, 2007 from United States Government Accountability
Office (GAO) (Robert J. Cramer, GAO Managing Associate General Counsel)
to Certain Members of United States Congress, Regarding
Final Rule with Comment Period (CMS-2258-FC),
72 Fed. Reg. 29748-29836 (May 29, 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 361-364

Letter Dated May 24, 2007 from Centers for Medicare & Medicaid Services (CMS),
United States Department of Health and Human Services (HHS) (Evell Barco)
to Office of the Federal Register (Raymond Mosley, Director), Regarding
Final Rule with Comment Period (CMS-2258-FC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 365

Letter Dated March 27, 2007 from Leslie V. Norwalk, Acting Administrator,
Centers for Medicare & Medicaid Services (CMS), United States Department
of Health and Human Services (HHS) to United States Senators Max Baucus
and Charles E. Grassley, Regarding the Durbin Amendment . . . . . . . . . . . . . . . . . . . . . . 366-367

Documents Posted on the CMS Website Contemporaneously
with Publication of Final Rule with Comment Period (CMS-2258-FC),
72 Fed. Reg. 29748-29836 (May 29, 2007):

    Draft Form CMS-10176 (Governmental Status of
    Health Care Provider) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 368-371

---

[1] Due to a pending one-year congressional moratorium, Defendants have yet to respond to public comments on the May 29, 2007 final rule with comment period (CMS-2258-FC). Also, the rulemaking record does not include duplicate copies of public comments on the May 29, 2007 final rule with comment period.

Supporting Statement for Paperwork Reduction Act Submissions . . . . . . . . . . . . 372-376

Paperwork Reduction Act Submission Worksheet, Part I . . . . . . . . . . . . . . . . . . . 377-380

Paperwork Reduction Act Submission Worksheet, Part II . . . . . . . . . . . . . . . . . . 381-384

Draft Protocols for Determining Compliance with Medicaid Cost
Limit for Governmentally-Operated Health Care Providers,
42 C.F.R. § 447.206:

    Protocols Generally . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 385-389

    Medicaid Inpatient Hospital Protocol . . . . . . . . . . . . . . . . . . . . . . . . . . . 390-394

    Medicaid Outpatient Hospital Protocol . . . . . . . . . . . . . . . . . . . . . . . . . 395-399

    Medicaid Skilled Nursing Facility Protocol . . . . . . . . . . . . . . . . . . . . . . 400-405

    Medicaid Nursing Facility/Intermediate Care Facility (NF/ICF) and
    Intermediate Care Facility for the Mentally Retarded (ICF/MR) Protocol  406-411

Draft Form CMS-10231 (CMS Non Institutional Services
Medicaid Cost Report) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 412-428

Draft Federal Cost Limit Instructions for Non-Institutional
Governmental Providers/Entities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 429-434

Public Comments on Proposed Rule (CMS-2258-P),
72 Fed. Reg. 2236-2248 (Jan. 18, 2007)[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 435-2383

Documents Posted on the CMS Website During the Period for Public
Comment on Proposed Rule (CMS-2258-P), 72 Fed. Reg. 2236-2248 (Jan. 18, 2007):

    Draft Form CMS-10176 (Governmental Status of
    Health Care Provider) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2384-2387

Medicaid Program; Cost Limit for Providers Operated by
Units of Government and Provisions to Ensure the Integrity of
Federal-State Financial Partnership (CMS-2258-P),
72 Fed. Reg. 2236-2248 (Jan. 18, 2007) (Proposed Rule) . . . . . . . . . . . . . . . . . . . 2388-2400

---

[2] The rulemaking record does not include duplicate copies of public comments on the January 18, 2007 proposed rule (CMS-2258-P).

United States Government Accountability Office (GAO) Reports
to the United States Congress:

    GAO-07-214 (March 2007) - - Medicaid Financing
    Federal Oversight Initiative is Consistent with Medicaid
    Payment Principles but Needs Greater Transparency . . . . . . . . . . . . . . . . . . . . . . 2401-2454

    GAO-07-310 (January 2007) - - High-Risk Series An Update . . . . . . . . . . . . . 2455-2552

    GAO-06-705 (June 2006) - - Medicaid Financial Management
    Steps Taken to Improve Federal Oversight
    but Other Actions Needed to Sustain Efforts . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2553-2597

    GAO-05-748 (June 2005) - - Medicaid Financing
    States' Use of Contingency-Fee Consultants to Maximize Federal
    Reimbursements Highlights Need for Improved Federal Oversight . . . . . . . . . 2598-2695

    GAO-05-207 (January 2005) - - High-Risk Series An Update . . . . . . . . . . . . . 2696-2790

    GAO-04-228 (February 2004) - - Medicaid
    Improved Federal Oversight of State Financing Schemes
    is Needed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2791-2884

    GAO-03-119 (January 2003) - - High-Risk Series An Update . . . . . . . . . . . . . 2885-2946

    GAO-02-147 (October 2001) - - Medicaid
    HCFA Reversed Its Position and Approved
    Additional State Financing Schemes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2947-2976

    GAO/HEHS-98-52 (January 1998) - - Medicaid
    Disproportionate Share Payments to State Psychiatric Hospitals . . . . . . . . . . . 2977-2991

    GAO/HEHS-94-133 (August 1994) - - Medicaid
    States Use Illusory Approaches to Shift Program Costs to
    Federal Government . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2992-3017

United States Government Accountability Office (GAO) Testimony
Before the United States Congress:

    GAO-05-836T (June 28, 2005) - - Medicaid
    States' Efforts to Maximize Federal Reimbursements
    Highlights Need for Improved Federal Oversight
    (Statement of Kathryn G. Allen, Director, Health Care) . . . . . . . . . . . . . . . . . . 3018-3044

GAO-04-574T (March 18, 2004) - - Medicaid
Intergovernmental Transfers Have Facilitated
State Financing Schemes (Statement of Kathryn G. Allen,
Director, Health Care - Medicaid and Private Health Insurance Issues) . . . . . . 3045-3062

GAO/T-HEHS-00-193 (September 6, 2000) - - Medicaid
State Financing Schemes Again Drive Up Federal Payments
(Statement of Kathryn G. Allen, Associate Director,
Health Financing and Public Issues
Health, Education, and Human Services Division) . . . . . . . . . . . . . . . . . . . . . 3063-3078[3]

Letter Dated August 5, 2005 from Michael O. Leavitt, Secretary,
United States Department of Health and Human Services (HHS)
to J. Dennis Hastert, Speaker of the United States House of Representatives,
Regarding the Federal Fiscal Year 2006 Budget . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3095-3096

Letter Dated April 28, 2004 from Mark B. McClellan,
Administrator, Centers for Medicare & Medicaid Services (CMS),
United States Department of Health and Human Services (HHS)
to United States Senator Charles E. Grassley, Regarding
State Funding of the Non-Federal Share of Medicaid Expenditures . . . . . . . . . . . . . . . 3097-3099

Office of Inspector General (OIG), United States Department
of Health and Human Services (HHS) Reports and Memoranda:

OIG Report A-06-03-00031 (March 2006) - - Audit of
Selected States' Medicaid Disproportionate Share
Hospital Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3100-3123

OIG Report A-06-01-00069 (December 2001) - - Reviews
Indicate That an Increase in Medicaid Disproportionate Share
Hospital Payments to 175 Percent of Uncompensated Care Cost
May Not be Warranted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3124-3136

OIG Report A-03-00-00216 (September 2001) - - Review of
Medicaid Enhanced Payments to Local Public Providers and
the Use of Intergovernmental Transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3137-3171

---

[3] Pages 3079-3094 have been omitted from the record because these pages included one erroneously bates-stamped page and the remaining pages were duplicative of pages 2977-2991.

OIG Report A-04-00-00140 (June 2001) - - Review of
Medicaid Enhanced Payments to Hospitals and the Use of
Intergovernmental Transfers in North Carolina . . . . . . . . . . . . . . . . . . . . . . . . . . 3172-3188

OIG Report A-04-00-02171 (May 2001) - - Review of
Alabama State Medicaid Agency Enhanced Payments to
Public Hospitals for Fiscal Years 1997 to 2000 . . . . . . . . . . . . . . . . . . . . . . . . . 3189-3201

OIG Report A-05-00-00056 (March 2001) - - Review of
Illinois' Use of Intergovernmental Transfers to Finance Enhanced
Medicaid Payments to Cook County for Hospital Services . . . . . . . . . . . . . . . 3202-3222

OIG Report A-10-00-00011 (March 2001) - - Review of
Medicaid Supplemental Payments to Public Hospital District
Nursing Facilities and the Use of Intergovernmental Transfers
by Washington State . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3223-3241

OIG Report A-04-00-02165 (March 2001) - - Review of
Medicaid Enhanced Payments to Public Providers and the Use of
Intergovernmental Transfers by the Alabama State Medicaid Agency . . . . . . . 3242-3264

OIG Report A-07-00-02076 (February 2001) - - Review of
Medicaid Enhanced Payments to Public Providers and the Use of
Intergovernmental Transfers by the State of Nebraska . . . . . . . . . . . . . . . . . . . 3265-3280

July 25, 1991 - - The Use of Medicaid Provider Tax and Donation
Programs Needs to be Controlled (A-03-91-00203) . . . . . . . . . . . . . . . . . . . . . 3281-3293

Office of Inspector General (OIG), United States Department
of Health and Human Services (HHS) Testimony
Before the United States Congress:

March 18, 2004 - - Testimony of George M. Reeb,
Assistant Inspector General for the
Centers for Medicare and Medicaid Audits . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3294-3301

June 13, 2002 - - Testimony of Michael F. Mangano,
Principal Deputy Inspector General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3302-3310

Centers for Medicare & Medicaid Services (CMS),
United States Department of Health and Human Services (HHS)
Letters to State Medicaid Directors (SMDL):

SMDL 06-014 (June 9, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3311-3313

    SMDL 05-004 (October 18, 2005) ................................. 3314-3326

    SMDL 02-013 (August 16, 2002) ................................. 3327-3329

    SMDL 02-010 (May 29, 2002) ................................... 3330-3333

    July 26, 2000 ............................................... 3334-3337

Centers for Medicare & Medicaid Services (CMS),
United States Department of Health and Human Services (HHS)
Testimony Before the United States Congress:

    June 28, 2005 - - Testimony of Dennis G. Smith, Director,
    Center for Medicaid and State Operations, CMS/HHS ................... 3338-3350

    April 1, 2004 - - Testimony of Dennis G. Smith, Director,
    Center for Medicaid and State Operations, CMS/HHS ................... 3351-3358

    October 8, 2003 - - Testimony of Thomas Scully,
    Administrator of CMS, HHS ...................................... 3359-3367

    September 30, 1991 - - Testimony of Gail R. Wilensky,
    Administrator, Health Care Financing Administration (HCFA), HHS[4] ...... 3368-3441

Alaska Dep't of Health & Soc. Servs. v. Ctrs. for Medicare
& Medicaid Servs., 424 F.3d 931 (9th Cir. 2005) ............................ 3442-3455

State Medicaid Manual (CMS Pub. 45) § 2560.4.G.1.a(1) ...................... 3456-3458

Gerard F. Anderson and Mark A. Hall, *The Adequacy of
Hospital Reimbursement Under Medicaid's Boren Amendment*,
13 J. Legal Med. 205 (1992) ........................................... 3459-3483

William Tucker, *A Leak in Medicaid*, Forbes (July 8, 1991), p. 46 ............... 3484-3485

---

[4] The Health Care Financing Administration (HCFA) was subsequently renamed the Centers for Medicare & Medicaid Services (CMS). 66 Fed. Reg. 35437 (July 5, 2001).

## CERTIFICATE OF SERVICE

I certify that on this 28th day of March, 2008, I caused a copy of the foregoing Defendants' Notice of Filing Of Electronic Copy Of Administrative Record to be filed electronically and that the document is available for viewing and downloading from the ECF system.

I further certify that an electronic copy on CD-ROM compact disk of the rulemaking record referenced in the foregoing Notice of Filing was filed in electronic copy on CD-ROM compact disk with the Clerk's Office was delivered by courier to:

> Nathan Brown
> ROPES & GRAY LLP
> 700 12th Street, N.W., Suite 900
> Washington, D.C.  20005

>                             /s/ Tamra T. Moore
>                             Tamra T. Moore

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE HONORABLE MICHAEL O LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services, et al.<br>    Defendants. | Civ. No. 1:08CV0422 (JR) |

## **CERTIFICATION**

I, Lisa Parker, Director, Regulations Development Group (Division A), Office of Strategic Operations and Regulatory Affairs, Centers for Medicare & Medicaid Services, United States Department of Health and Human Services, under authority delegated by the Secretary of Health and Human Services, certify that, to the best of my knowledge, the attached documents constitute a true and complete copy of those materials that were considered in the rulemaking that resulted in the Medicaid final rule published at 72 Fed. Reg. 29748-29836 (May 29, 2007).

Date: March 26, 2008

                *Lisa Parker* (signature)

                Lisa Parker