IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER,<br><br>*et al.*<br><br>          Plaintiffs,<br><br>     v.<br><br>THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>*et al.*<br><br>          Defendants. | Civil Action No. 1:08-00422 |

## JOINT MOTION RE PARTICIPATION OF AMICUS CURIAE

Plaintiffs, Alameda County Medical Center, the National Association of Public Hospitals and Health Systems, the American Hospital Association, and the Association of American Medical Colleges, (collectively "Plaintiffs"), and Defendants, Michael O. Leavitt, in his official capacity as Secretary, United States Department of Health and Human Services, the United States Department of Health and Human Services, Kerry Weems, in his official capacity as Acting Administrator, Centers for Medicare & Medicaid Services, and the Centers for Medicare & Medicaid Services (collectively, "Defendants") file the following Joint Motion re Participation of Amicus Curiae and request the Court to enter the attached Agreed Order re Participation of Amicus Curiae:

1. Plaintiffs have been approached by various entities who have inquired about participating as amicus curiae in this matter in support of Plaintiffs.

2. The parties are amenable to allowing amicus curiae participation in this matter based on the terms set forth below.

3. The following entities (collectively, the "Amici") will be allowed to participate as amicus curiae:

   a. Catholic Health Association.

   b. The Committee of Interns and Residents of the Service Employees International Union.

   c. A coalition of states and/or state Medicaid agencies represented by Covington & Burling.

4. Each Amici shall be allowed to file, by April 16, 2008, a Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment. Amici shall have no other participation in this matter except as may be allowed by subsequent court order.

5. Any other person or entity wishing to participate in this proceeding as amicus curiae shall contact counsel for the parties to attempt to procure the parties' agreement.

6. Defendants shall have until April 28, 2008 to file their Reply Memorandum to Plaintiffs' Opposition to Defendants' Motion to Dismiss and Cross-Motion for Summary Judgment and to Amici's Memoranda. In the event Defendants require additional pages to respond to Amici's Memoranda, Defendants shall be entitled to an additional 15 pages in their Reply Memorandum.

WHEREFORE, the parties request that the Court enter the attached Agreed Order re Participation of Amicus Curiae.

                                Respectfully submitted,

                                /s/ William C. Crenshaw
                                WILLIAM C. CRENSHAW
                                D.C. Bar No. 968545
                                POWELL GOLDSTEIN LLP
                                901 New York Avenue, NW, Third Floor
                                Washington, DC 20001
                                (202) 347-0066


                                _____

                                NATHAN A. BROWN
                                D.C. Bar No. 468750
                                ROPES & GRAY LLP
                                700 12th Street, NW, Suite 900
                                Washington, DC 20005
                                (202) 508-4600

Of Counsel:

LARRY S. GAGE
D.C. Bar No. 165332
BARBARA D.A. EYMAN
D.C. Bar No. 439684
CHARLES LUBAND
D.C. Bar No. 458319
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
(202) 508-4600

Attorneys for Plaintiffs

                                (filed with permission)

                                TAMRA MOORE
                                D.C. Bar No. 488392
                                U.S. DEPARTMENT OF JUSTICE,
                                Civil   Division
                                20 Massachusetts Avenue, N.W.
                                Washington, D.C.  20530
                                (202) 514-8095

                                Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, <br><br> *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,** <br><br> *et al.* <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No. 1:08-00422** |

## AGREED ORDER RE PARTICIPATION OF AMICUS CURIAE

This cause having come before the Court on the parties' Joint Motion re Participation of Amicus Curiae and the Court being advised that all parties have agreed to the entry hereof, it is hereby Ordered:

1. The following entities (collectively, the "Amici") will be allowed to participate in this proceeding as amicus curiae:

    a. Catholic Health Association.

    b. The Committee of Interns and Residents of the Service Employees International Union.

    c. A coalition of states and/or state Medicaid agencies represented by Covington & Burling.

2.     Each Amici shall file, by April 16, 2008, a Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment.

3.     Amici shall have no other participation in this matter except as may be allowed by subsequent court order.

4.     Any other person or entity wishing to participate in this proceeding as amicus curiae shall contact counsel for the parties to attempt to procure the parties' consent.

5.     Defendants shall have until April 28, 2008 to file their Reply Memorandum to Plaintiffs' Opposition to Defendants' Motion to Dismiss and Cross-Motion for Summary Judgment and to Amici's Memoranda.

6.     In the event Defendants require additional pages to respond to Amici's Memoranda, Defendants shall be entitled to an additional 15 pages in their Reply Memorandum.

SO ORDERED, this __ day of _____, 2008.

By:_____
United States District Court Judge

Cc: William C. Crenshaw, Esq.
    Nathan A. Brown, Esq.
    Tamra Moore, Esq.