**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALAMEDA COUNTY MEDICAL CENTER, *et al.*,

    Plaintiffs,

    v. : Civil Action No. 08-0422 (JR)

MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, *et al.*,

    Defendants.

**ORDER**

The parties' joint motion seeking to limit and control the participation of *amici* [#12] is **denied**. *Amici* are, or at least proclaim themselves to be, friends of the Court. The Court will decide, *amicus* by *amicus*, whether to allow the filing of briefs and the presentation of argument.

                                      JAMES ROBERTSON
                            United States District Judge