## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                          )

ALAMEDA COUNTY MEDICAL      )
CENTER, et al.                        )

                        )

                Plaintiffs,     )

                        )

              v.           )     Civ. No. 1:08CV0422 (JR)

                        )

THE HONORABLE MICHAEL O. LEAVITT, )
in his official capacity as        )
Secretary of Health and        )
Human Services, et al.        )
                Defendants.    )
_____)

## NOTICE OF INTENT TO RESPOND TO PLAINTIFFS' EMERGENCY MOTION TO DEFER RULING ON SUBSTANTIVE MEDICAID ISSUES UPON FINDING MORATORIUM VIOLATION, TO RETAIN JURISDICTION, AND TO SET A STATUS CONFERENCE IN SIXTY (60) DAYS

On May 16, 2008, Plaintiffs filed an Emergency Motion To Defer Ruling On Substantive Medicaid Issues Upon Finding Moratorium Violation, To Retain Jurisdiction, And To Set A Status Conference In Sixty (60) Days ("Emergency Motion"). Defendants Michael O. Leavitt, in his official capacity as Secretary of Health and Human Services, the United States Department of Health and Human Services, Kerry Weems, in his official capacity as Acting Administrator of the Centers for Medicare & Medicaid Services, and the Centers for Medicare & Medicaid Services, by and through undersigned counsel, hereby submit this Notice of Intent To Respond To Plaintiffs' Emergency Motion ("Notice of Intent"). In support of this Notice of Intent, the Secretary states the following:

    1. On May 16, 2008, defendants' counsel received through an ECF filing notice

Plaintiffs' Emergency Motion.  Plaintiffs' counsel filed this Emergency Motion in violation of Local Rule 7(m) as Plaintiffs' counsel failed to contact Defendants' counsel, either in person, by phone or e-mail, to discuss the substance of this Emergency Motion or to determine whether Defendants oppose the relief sought therein.

2. The Secretary does in fact oppose the relief sought in Plaintiffs' Emergency Motion and respectfully requests that the Court permit the Secretary to file a response to Plaintiffs' Emergency Motion by May 21, 2008.

Respectfully submitted,

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
     Counsel for Litigation

GERARD KEATING
BRIDGETTE L. KAISER
Attorneys

U.S Department of Health
     and Human Services

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director

/s/ Tamra T. Moore
TAMRA T. MOORE D.C. Bar No. 488392
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
Email: Tamra.Moore@usdoj.gov

Dated: May 16, 2008

Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

I certify that, on this 16th day of May 2008, I caused a copy of the foregoing Notice of Intent To Respond To Plaintiffs' Emergency Motion To Defer Ruling On Substantive Medicaid Issues Upon Finding Moratorium Violation, To Retain Jurisdiction, And To Set A Status Conference In Sixty (60) Days to be filed with the Clerk of the Court via the CM/ECF system, causing them to be served electronically.  The document is available for viewing and downloading from the ECF system.

/s/ Tamra T. Moore

Tamra T. Moore

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ALAMEDA COUNTY MEDICAL                  )
CENTER, et al.                          )
                                        )
                    Plaintiffs,         )
                                        )
            v.                          )        Civ.  No. 1:08CV0422 (JR)
                                        )
THE HONORABLE MICHAEL O. LEAVITT,       )
in his official capacity as             )
Secretary of Health and                 )
Human Services, et al.                  )
                    Defendants.         )
_____)

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendants shall have until May 21, 2008, to file a

response to Plaintiffs' Emergency Motion to Defer Ruling On Substantive Medicaid Issues Upon

Finding Moratorium Violation, To Retain Jurisdiction, And To Set A Status Conference In Sixty

(60) Days.


Dated: _____            _____
                                         The Honorable James Robertson