**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 08-0422 (JR) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, *et al.*, | : |
| Defendants. | : |

### ORDER

For the reasons set forth in the accompanying memorandum, plaintiffs' motion for summary judgment [14] is **GRANTED** and defendants' motion for summary judgment [16] is **DENIED**. The rule set forth at 72 Fed. Reg. 29748 (May 29, 2007) is **VACATED**, and the matter is remanded to the agency.

JAMES ROBERTSON
United States District Judge