## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALAMEDA COUNTY MEDICAL CENTER,** )<br><br>*et al.* )<br><br>**Plaintiffs,** )<br><br>**v.** )<br><br>**MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,** )<br><br>*et al.* )<br><br>**Defendants.** ) | **Civil Action No. 1:08-00422** |

## MOTION OF AAMC AND NAPH FOR ATTORNEYS' FEES AND EXPENSES

Movants, Association of American Medical Colleges ("AAMC") and National Association of Public Hospitals and Health Systems ("NAPH"), pursuant to 28 U.S.C. § 2412, move for attorneys' fees and expenses as the prevailing parties against the Secretary of Health and Human Services in *Alameda Cty. Med. Ctr. v. Leavitt*, No. 1:08-cv-00422-JR, 2008 WL 2200099 (D.D.C. May 23, 2008).

As was determined by the Court, the Secretary knowingly and blatantly violated an unambiguous Congressional directive by issuing the administrative rule that was the subject of the litigation in violation of a one year Congressional moratorium. Pub. L. No. 110-28, § 7002(a), 121 Stat. 112 (2007). Movants should be awarded attorneys' fees and expenses pursuant to Section 2412(b), under which the United States is liable for such fees and expenses "to the same extent that any other party would be liable under the common law or under the terms of any statute which specifically provides for such an

award." The Administrative Record indicates that the Secretary's actions were in bad faith, entitling Movants to attorneys' fees under common law. In the alternative, Movants are entitled to be awarded attorneys' fees and expenses under Section 2412(d) because the position of the Secretary before and during litigation was not substantially justified, as evidenced by the Administrative Record.

Accordingly, Movants respectfully submit that their Motion for Attorneys' Fees and Expenses should be granted. In support of their Motion, Movants submit their (i) Memorandum in Support of Motion for Attorneys' Fees and Expenses; and (ii) Exhibit File including an itemized statement from all attorneys representing or appearing on behalf of the Movants, stating the actual time expended and the rate at which fees and other expenses were computed.

Counsel for the parties conferred on August 14th and August 20th by telephone as required by LCvR 7. The Defendants oppose Movants' Motion for Attorneys' Fees and Expenses.

Dated: August 21, 2008

Respectfully submitted,

WILLIAM C. CRENSHAW
D.C. Bar No. 968545
POWELL GOLDSTEIN, LLP
901 New York Avenue, NW, Third Floor
Washington, DC 20001
(202) 347-0066


/s/ Nathan A. Brown
NATHAN A. BROWN
D.C. Bar No. 468750

2

ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
(202) 508-4600


Of Counsel:

LARRY S. GAGE
D.C. Bar No. 165332
BARBARA D.A. EYMAN
D.C. Bar No. 439684
CHARLES A. LUBAND
D.C. Bar No. 458319
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
(202) 508-4600

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August 2008, I caused a true and accurate copy of the foregoing to be filed electronically and therefore available for viewing and downloading from the Electronic Case Filing system.  Electronic service of the Notice of Electronic Case Filing constitutes service of this document on the following:


Tamra T. Moore
Lead Counsel for Defendants
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530



/s/ Nathan A. Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, | ) |
| | ) |
| *et al.* | ) |
| | ) |
| | ) Civil Action No. 1:08-00422 |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

MEMORANDUM IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES AND EXPENSES

**INTRODUCTION**

Movants Association of Academic Medical Colleges ("AAMC") and National

Association of Public Hospitals and Health Systems ("NAPH") submit this Memorandum in

Support of their Motion for Attorneys' Fees and Expenses under the Equal Access to Justice Act,

28 U.S.C. § 2412, as two of the prevailing parties against the Defendant, Secretary of Health and

Human Services, in *Alameda Cty. Med. Ctr. v. Leavitt*, No. 1:08-cv-00422-JR, 2008 WL

2200099 (D.D.C. May 23, 2008).[1]  These fees and expenses were incurred in litigation made

necessary by the Secretary's knowing and blatant violation of a Congressional directive in

---

[1] The other two prevailing parties, the American Hospital Association ("AHA") and Alameda County Medical Center ("Alameda"), are not moving for fees; moreover, Alameda did not incur fees in this matter.  Movants' Ex. C, Decl. of William C. Crenshaw ¶ 9; Movants' Ex. D, Decl. of Nathan A. Brown ¶ 5.

advancing and publishing the regulation at issue in the case.  Given the bad faith evidenced by the Secretary's actions and as captured in the Administrative Record, Movants should be awarded attorneys' fees under Section 2412(b) at market rates.  At the very least, the Secretary's actions in violation of the plain language of federal statute were not substantially justified, entitling the Movants to attorneys' fees at the statutory rate under Section 2412(d), as adjusted for the increase in cost of living.  Movants further submit Exhibits A through D ("Movants' Ex. A - D") detailing and supporting the calculation of fees and expenses incurred.

## BACKGROUND

## I.    THE PUBLIC PROVIDER RULE AND CONGRESSIONAL MORATORIUM

On January 18, 2007, Defendant the Department of Health and Human Services ("HHS"), through Defendant Center for Medicare & Medicaid Services ("CMS"), issued a proposed rule to limit Medicaid payments to governmental providers to their provider-specific costs of delivering Medicaid services and to greatly restrict the permissible sources of the non-federal share of Medicaid expenditures by limiting the use of IGTs and CPEs to federally-defined "units of government."  Adm. Rec. 2388-2400, 72 Fed. Reg. 2236 (Jan. 18, 2007).  CMS received over 400 comment letters from providers and national associations, not a single one of which uniformly supported the Proposed Rule.  *See* Adm. Rec. 435-2383; Memorandum in Support of Plaintiffs' Motion for Summary Judgment at 9; Ex. 9 to Motion for S.J. ("MSJ Ex. 9"), Declaration of Christine Capito Burch, ¶ 14.[2]  CMS also received comments from Members of Congress criticizing the Rule, questioning HHS' and CMS' statutory authority, and urging withdrawal of the Rule.[3]

---

[2] Exhibits to Plaintiffs' Motion for Summary Judgment are referred to as "MSJ Ex."  Exhibits attached to this Motion are referred to as "Movants' Ex."

[3] *See* MSJ Ex. 9C, Letter from Reps. Anne Eshoo and Peter King, *et. al.*, to Energy & Commerce and Ways & Means Committees (Feb. 26, 2007); MSJ Ex. 9E, Letter from Rep. Gene Green, *et. al.*, to Sec. Michael Leavitt

Congress acted quickly to express its disapproval formally, by passing a one-year moratorium on any action to finalize the proposed rule or any similar rule. H.R. 1591, 110th Cong. § 6002 (2007). This bill was initially vetoed by the President. Congress again passed a moratorium ("the Moratorium") on May 24, 2007. U.S. Troop Readiness, Veterans' Care, Katrina Recovery and Iraq Accountability Appropriations Act of 2007, Pub. L. No. 110-28, § 7002(a), 121 Stat. 112 (2007). Knowing that the Moratorium had been passed but had not yet been signed by the President, "the Secretary rushed a typo-ridden final rule to the Office of the Federal Register ("OFR") for 'emergency display and publication' on May 24."[4] In the words of a CMS official, the Secretary did so to "ensure issuance of this rule and associated savings before passage of legislation that prohibits action to publicize [sic] this rule." *See* AR-365. As the Secretary requested, the OFR "displayed" the rule on May 25, the day the President signed the Moratorium into law, and published the rule in the Federal Register on May 29. The Rule purported to finalize the sweeping restrictions on Medicaid payments, and would have resulted in cuts in federal Medicaid participation of $5 billion over five years according to the Administration's estimate or $21 billion over five years according to a Congressional survey of state Medicaid directors. *See* Memorandum in Support of Plaintiffs' Motion For Summary Judgment at 11 n.24; MJS Ex. 20, Cmte. On Oversight and Government Reform, *The Administration's Medicaid Regulations: State-by-State Impacts* (Mar. 2008).

---

(Mar. 8, 2007); MSJ Ex. 9H, Letter from Rep. Henry Waxman, *et al.*, to Sec. Michael Leavitt (Mar. 19, 2007); MSJ Ex. 9G, Letter from Sens. John Rockefeller, Gordon Smith, *et al.*, to Sec. Michael Leavitt (Mar. 16, 2007); MSJ 9F, Letter from Chairman John Dingell, *et al.*, to Sec. Michael Leavitt (Mar. 12, 2007); MSJ Ex. 9A, Letter from Sens. Jeff Bingaman and Elizabeth Dole, *et. al.*, to Senate Finance, Energy & Commerce and Ways & Means Committees. (Dec. 12, 2007).

[4] *Alameda Med. Ctr.,* 2008 WL 2200099, at *3.

**II.     LEGAL CHALLENGE TO FINALIZING THE RULE**

Movants NAPH and AAMC, along with co-plaintiffs the Alameda County Medical

Center and American Hospital Association, filed suit on March 11, 2008 before this Court,

challenging the substance and timing of the Rule and seeking a preliminary injunction.  Plaintiffs

alleged that the rule violated the Congressional Moratorium prohibiting the publication of the

proposed rule or any rule like it.  The Moratorium clearly stated that the Secretary was not to

take "any action ... to finalize or otherwise implement" the Rule.  Pub. L. No. 110-28, § 7002(a),

121 Stat 112, 187 (2007).  With the concurrence of the Court, the case was resolved on cross-

motions for summary judgment, and the Court heard oral argument on May 7, 2008.  In a

May 23 decision, the Court found for Plaintiffs, holding that the Secretary violated the

Moratorium in several ways, including: by e-mailing various committees of the House and

Senate a "notification" that he had placed the new Medicaid rule on display at the Federal

Register; soliciting and receiving comments on the rule and closing the comment period within

the Moratorium period; publishing the Rule on May 29, 2007; and, by failing to withdraw the

Rule on May 25, 2007, when the Moratorium became law.  *Alameda Cty. Med. Ctr.*, 2008 WL

2200099, at *6-*7.  The Court held that these actions, "deliberately designed to outfox a clear

directive of Congress," were not "technical trespasses.  At bottom, the Secretary treated an act of

Congress seeking to control the substantive rules of Medicaid reimbursement as an 'emergency,'

and prioritized issuance of his own rule over Congress's plain intent to prohibit his actions."  *Id.*

at *8.

Plaintiffs further challenged two provisions of the Rule as inconsistent with the Medicaid

Statute, unreasonable constructions of the Medicaid Statute and another statute, and arbitrary and

capricious.  The Court did not need to reach these issues, however, having already determined

that the Rule was unlawful under the Moratorium.  "Because the appropriate remedy on such a

finding is to vacate the improperly promulgated regulation, and because Congress may yet act upon this rule, it would be improvident to reach the merits of the second complaint, which presents a close question of statutory interpretation." *Id.* at *4.

## III.    AVAILABILITY OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

The Equal Access to Justice Act ("EAJA") provides two means by which a court may award reasonable attorneys' fees and expenses to a prevailing party in a civil action brought against the United States.  28 U.S.C. § 2412.  First, the United States is liable for such fees and expenses "to the same extent that any other party would be liable under the common law or under the terms of any statute which specifically provides for such an award."  28 U.S.C. § 2412(b).  Under the common law "American Rule," a prevailing party is entitled to an award of attorneys' fees where the losing party has acted in bad faith.  *See Alyeska Pipeline Co. v. Wilderness Soc'y*, 421 U.S. 240, 247-70 (1975).  Under D.C. District Court precedent, "[n]o statutory ceiling on the hourly rate used to calculate fees under 2412(b) exists; thus, an award of attorney's fees for bad faith can be calculated at market rates."  *Project Fund v. Thompson*, 304 F. Supp. 2d 36, 38 (D.D.C. 2004).  The D.C. District Court has approved the use of an updated Laffey Matrix for calculating reasonable hourly rates.  *See McDowell v. District of Columbia*, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001).

Alternatively, EAJA provides that "a court shall award to a prevailing party" attorney's fees and expenses in a civil action brought against the United States "unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust."  28 U.S.C. § 2412(d)(1)(A).  A position is substantially justified if it is "justified to a degree that could satisfy a reasonable person," *i.e.*, if it has a "reasonable basis in both law and fact."  *Pierce v. Underwood*, 487 U.S. 552, 565 (1988).  The burden of proof on the issue of substantial justification is on the government.  *Halverson v. Slater*, 206 F.3d 1205, 1208 (D.C.

Cir. 2000); *Calloway v. Brownlee*, 400 F. Supp. 2d 52, 55 (D.D.C. 2005).  Where such a position

was not substantially justified, the court shall award attorneys' fees at a statutory hourly rate of

$125, which the court may adjust to account for an increase in the cost of living.  *See* 28 U.S.C.

§ 2412(d)(2)(A).  Here, the cost of living adjustment would increase the rate to $168.66.  *See*

Movants' Ex. C, Decl. of William C. Crenshaw ¶ 4.

To qualify for EAJA fees at the statutory rate under 28 U.S.C. § 2412(d), at the time the

civil action was filed, a party that is an unincorporated business, partnership, corporation,

association, unit of local government, or organization, may not have a net worth of more than

$7,000,000 and may not have more than 500 employees.  28 U.S.C. § 2412(d)(2)(B).  A party

organized under Section 501(c)(3) of the Internal Revenue Code ("IRC") is exempt from the net

worth limitation, however.[5]

## IV.    MOVING PARTIES

Plaintiff NAPH is a non-profit organization headquartered in Washington D.C. organized

under Section 501(c)(6) of the IRC.  NAPH is comprised of approximately 100 of the nation's

largest urban and metropolitan area safety net hospitals and health systems.  NAPH members

rely heavily on Medicaid revenues to support their operation and mission, which is to provide

health services to all individuals regardless of ability to pay.  At the time that the action at issue

was filed, NAPH's net worth was less than $5 million, and the organization had approximately

29 employees.  *See* Movants' Ex. A, Decl. of Christine Capito Burch ¶¶ 5, 6.

Plaintiff AAMC is a non-profit corporation headquartered in Washington D.C. organized

under Section 501(c)(3) of the IRC.  AAMC represents approximately 400 major public and

private teaching hospitals and health systems, all 129 accredited allopathic medical schools,

---

[5] 28 U.S.C. § 2412 (d)(2)(B) allows tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code of 1986 (26 U.S.C. § 501(c)(3)) to move for EAJA fees regardless of the net worth of the organization.

approximately 94 professional and academic societies, and medical students and residents. AAMC's mission is to improve public health by enhancing the effectiveness of academic medicine. At the time that the action at issue was filed, AAMC had 431 employees. *See* Movants' Ex. B, Decl. of Ivy Baer ¶¶ 4, 6.

Both NAPH and AAMC are moving for EAJA fees. NAPH and AAMC first claim EAJA fees under 28 U.S.C. § 2412(b). In the alternative, NAPH and AAMC claim fees under 28 U.S.C. § 2412(d), and both meet its qualifications for net worth and number of employees.[6] The Movants are only moving for their share of legal fees. The other two Plaintiffs, American Hospital Association and Alameda County Medical Center ("Alameda"), are not moving for fees; moreover, Alameda did not incur fees in this matter. *See supra* n.1.

## ARGUMENT

NAPH and AAMC are entitled to EAJA fees under 28 U.S.C. § 2412(b) because Defendants acted in bad faith. Applying the reasonable market rates according to the Laffey matrix, Movants should be awarded $714,523.36 in attorneys' fees and expenses. *See* Movants' Exhibit C-2; Movants' Ex. C, Decl. of William C. Crenshaw ¶ 5; Movants' Ex. D, Decl. of Nathan A. Brown ¶ 6. Alternatively, NAPH and AAMC are entitled to EAJA fees under 28 U.S.C. § 2412(d) because Defendants' pre-litigation and litigation positions were not substantially justified. Applying the statutory rate adjusted for the increase in the cost of living, Movants should be awarded $301,114.70 in attorneys' fees and expenses. *See id.*

## I.    PLAINTIFFS ARE ENTITLED TO REASONABLE FEES UNDER SECTION 2412(b) BECAUSE DEFENDANTS ACTED IN BAD FAITH

The U.S. government is liable under 28 U.S.C. § 2412(b) for attorneys' fees and expenses to the same extent that any other party would be liable under the common law or under the terms

---

[6] At the time the suit was filed, both NAPH and AAMC employed fewer than 500 people, and NAPH's net worth was less than $7, 000,000. AAMC is exempt from the net worth requirement as a 501(c)(3) organization.

of any statute that specifically provides for an award.  Under the common law "American Rule,"

a party may be required to pay attorneys' fees when the losing party has acted in bad faith,

vexatiously, wantonly, or for oppressive reasons.  *See Alyeska Pipeline Co. v. Wilderness Soc'y*,

421 U.S. 240, 247-70 (1975) (discussing in-depth the application of the "American Rule"); *Gray*

*Panthers Project Fund v. Thompson*, 304 F. Supp. 2d 36, 39 (D.D.C. 2004) (finding plaintiffs

entitled to EAJA fees under Section 2412(b) using a common law exception to the American

Rule against attorney's fees where defendants acted in bad faith).

      Plaintiffs NAPH and AAMC are entitled to an EAJA fee award at reasonable rates under

28 U.S.C. § 2412(b) due to demonstrable bad faith on the part of the Defendants.  In the

D.C. Circuit, an award of attorneys' fees under EAJA based on "bad faith" is appropriate in

circumstances where the government's misconduct 1) occurred in connection with the litigation,

or 2) was an aspect of the conduct giving rise to the suit.  *Am. Hospital Ass'n v. Sullivan*, 938

F.2d 216, 219 (D.C. Cir. 1991); *Cobell v. Norton*, 407 F.Supp. 2d 140, 168 (D.D.C. 2005).  Bad

faith in conduct giving rise to the lawsuit may be found where a party, confronted with a clear

statutory or judicially imposed duty towards another, is so recalcitrant in performing that duty

that the injured party is forced to undertake otherwise unnecessary litigation to vindicate plain

legal rights.  *Am. Hospital Ass'n*, 938 F.2d at 220.

      D.C. Circuit and D.C. District Court precedent lead to the conclusion that the

Defendants' actions in the instant case warrant an award of attorneys' fees based on bad faith.

*See Am. Hospital Ass'n v. Sullivan*, *Gray Panthers Project Fund v. Thompson*, 938 F.2d 216, 219

(D.C. Cir. 1991); *Gray Panthers Project Fund v. Thompson*, 304 F. Supp. 2d 36 (D.D.C. 2004).

In *Gray Panthers Project Fund v. Thompson*, the Secretary of HHS ignored statutory authority

requiring him to mail Medicare plan comparison information to beneficiaries, and instead

instituted a telephone/internet system without consulting or notifying those affected.  *Id.* at 39.

The District Court found "by clear and convincing evidence" that the Secretary's actions were in

bad faith based upon his knowledge and deliberate contradiction of pertinent Congressional

directives, and his failure to notify beneficiaries either by mail or via the HHS website—all of

which the court found to be "less than forthcoming."  *Id.* at 40-41.

The Secretary in the instant case similarly ignored a clear Congressional directive, one

which "registered [Congressional] disapproval," of the Secretary's proposed rule or any rule like

it.  *Alameda Cty. Med. Ctr. v. Leavitt*, No. 1:08-cv-00422-JR, 2008 WL 2200099, *1 (D.D.C.

May 23, 2008).  The Secretary, "with full knowledge that the moratorium had been passed but

had not been signed by the President ... rushed a typo-ridden final rule to the Office of the

Federal Registrar (OFR) for 'emergency display and publication.'"  *Id.* at *3.  This Court found

several violations of the Moratorium's clear directive:

- The Secretary emailed notification to Congress that he had placed the Rule on display, as required for the Rule to become effective, on the very day that the Moratorium took effect.

- The Secretary called for and received comments on the Rule, and closed the comment period, during the period of the Moratorium.

- The Secretary directed the Office of the Federal Register to publish the Rule on May 29, and at the very least failed to withdraw the Rule from publication during the period of the Moratorium.

*Id.* at *5-*7.

According to the Court, "[a]t bottom, the Secretary treated an act of Congress seeking to

control the substantive rules of Medicaid reimbursement as an 'emergency,' and prioritized

issuance of his own rule over Congress's plain intent to prohibit his actions."  *Id.* at *8.  This is

precisely the type of knowing and deliberate contradiction that the district court in *Gray*

*Panthers* held to be bad faith.  *See* 304 F. Supp. 2d at 40 ("The Secretary has no more right to

violate the law because he thinks he knows best than any other public official who like him took an oath to uphold the law regardless of their thinking regarding its wisdom.").

In another case brought against HHS, *American Hospital Association v. Sullivan*, the American Hospital Association ("AHA") opposed HHS' proposed revisions to Medicare secondary payer regulations, and subsequently entered into a stipulation with HHS allowing AHA member hospitals to continue current billing practices pending the outcome of the suit. 938. F.2d 216 (D.C. Cir. 1991). When the Secretary published the regulations without an exception for AHA members, the AHA filed suit. The court upheld the District Court's award of fees under 28 U.S.C. § 2412(b), and found that publication of a final rule directly contradicting the parties' stipulation was done in bad faith. *Id.* at 220 ("Because the Stipulation had the force of law and because the District Court found that publication of the Final Rule contradicted the Stipulation, the District Court recognized that HHS effectively forced AHA to sue to enforce the plain legal rights defined by the Stipulation.").

In the instant case, the Court found that the Secretary's publication of the Rule knowingly contravened controlling federal law. *See Alameda Cty. Med. Ctr.*, 2008 WL 2200099, at *1 (finding the Secretary's maneuver to be "deliberately designed to outfox a clear directive of Congress,"). As a result, Plaintiffs were forced to undertake litigation to enforce the Moratorium and ensure that the Rule did not take effect contrary to Congress' directive. The Secretary's multiple violations of the Congressional Moratorium and contravention of a clear Congressional directive are bad faith actions according to precedent, and should be found as such. Under common law, and therefore under the standard of 28 U.S.C. § 2414(b), the Secretary is liable for Movants' attorneys' fees. In accordance with D.C. District Court precedent, this includes fees for the total number of hours expended on the litigation. *See Grey Panthers Project Fund*, 304

F.Supp. 2d at 42.[7]  Additionally, there is no statutory ceiling on the rate used to calculated fees

under Section 2412(b).  *Id.* at 38.  Fees may therefore be calculated at market rates, *see id.,*

which may be determined using an updated Laffey Matrix.  *See McDowell v. District of*

*Columbia*, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4,

2001).  Movants should be awarded $714,809.10 in reasonable attorneys' fees and expenses.  *See*

Movants' Exhibit C-2; Movants' Ex. C, Decl. of William C. Crenshaw ¶ 5; Movants' Ex. D,

Decl. of Nathan A. Brown ¶ 6.

## II.  ALTERNATIVELY, NAPH AND AAMC ARE ENTITLED AT A MINIMUM TO FEES AT THE STATUTORY RATE BECAUSE DEFENDANTS' ACTIONS WERE NOT SUBSTANTIALLY JUSTIFIED

Alternatively, Movants are entitled to an EAJA fee award because the government's

position was not substantially justified.  EAJA provides that "a court shall award to a prevailing

party" fees and other expenses in a civil action brought against the U.S. unless the court finds

that the position of the U.S. was substantially justified or that special circumstances make an

award unjust.  28 U.S.C. § 2412(d)(1)(A).  A position is substantially justified only if it is

"justified to a degree that could satisfy a reasonable person," *i.e*., if it has a "reasonable basis in

both law and fact."  *Pierce v. Underwood*, 487 U.S. 552, 565 (1988).

To defeat an application for fees under EAJA, the government must show that both its

pre-litigation and litigation positions were substantially justified.  *Role Models Am. v. Brownlee*,

353 F.3d 962, 967 (D.C. Cir. 2004) ("position" means not only the position taken by the United

States in the civil action, but also the action by the agency upon which the civil action is based);

*Jacobs v. Schiffer*, 204 F.3d 259, 263 (D.C. Cir. 2000); *Ass'n of Am. Physicians and Surgeons v.*

*FDA*, 391 F. Supp. 2d 171, 176 (D.D.C. 2005).  The burden of proof on the issue of substantial

---

[7] "[The Secretary's] failure to abide by Congressional mandates necessitated this action; therefore, all of the hours expended on this litigation were attributable to his bad faith, even after the issuance of the preliminary injunction." *Grey Panthers Project Fund*, 304 F. Supp. 2d at 42.

justification is on the government. *Halverson v. Slater*, 206 F.3d 1205, 1208 (D.C. Cir. 2000); *Calloway v. Brownlee*, 400 F. Supp. 2d 52, 55 (D.D.C. 2005). The agency's interpretation is not substantially justified when the issue is one over which reasonable minds could not differ, especially where the plain meaning of a provision is easily ascertainable. *Halverson*, 206 F.3d at 1212; *Doe v. Rumsfeld*, 501 F. Supp. 2d 186, 189 (D.D.C. 2007).

Defendants' actions and positions were not substantially justified under the § 2412(d)(1)(a) standard. When Congress has spoken on an issue, an agency's attempt to override the will of Congress cannot be justified or dismissed. *Association of American Physicians and Surgeons v. FDA*, 391 F. Supp. 2d 171, 176 (D.D.C. 2005), also involved an agency's improper promulgation of a rule contrary to a Congressional mandate. There, the court began with an analysis of whether the FDA's pre-litigation position—*i.e.*, the decision to promulgate the rule—was substantially justified. *Id.* at 177. The court found that Congress clearly expressed its will through the Best Pharmaceuticals for Children Act regarding the appropriate approach to pediatric drug testing. *Id.* at 178. The court therefore held that the agency's action could not be substantially justified because Congress had directly spoken on the issue and precluded the FDA from promulgating the rule. *Id.* at 177.

Other EAJA cases have similarly indicated that an agency's action is not justified when it contravenes a clear government directive, such that the prevailing party was entitled to fees. *See Role Models Am. v. Brownlee,* 353 F.3d 962, 967 (D.C. Cir. 2004) (Secretary of the Army disobeyed a regulation requiring him to receive notices from "representatives of the homeless *and other interested parties*," choosing to receive notices only from the former; the court held that this position was not substantially justified, because "the regulations were so clear and the Secretary's failure to comply with them so obvious that his actions could not 'appear correct to a

reasonable person'") (quoting *Trahan v. Brady*, 907 F.2d 1215, 1220 (D.C. Cir. 1990));

*Precision Concrete v. NLRB*, 362 F.3d 847, 852 (D.C. Cir. 2004) (holding that the NLRB could

not substantially justify its action where it clearly did not have jurisdiction under case law and

presented no compelling argument for asserting jurisdiction where it had long been held to have

none); *Kean for Cong. Comm. v. Fed. Election Comm'n*, No. 04-0007 (JDB), 2006 U.S. Dist.

LEXIS 2563 (D.D.C. 2006) (holding that the commissioners fell short of the "substantially

justified" standard by failing to apply existing and controlling Supreme Court precedent to the

facts of the plaintiff's case); *Gentry v. Roche*, No. 03-2415 (GK), 2005 U.S. Dist. LEXIS 18899

(D.D.C. 2005) (finding defendant's position was without justification because he "violated the

clear and obvious meaning of the governing statute.").

     Here, Defendants blatantly and willfully acted to finalize the Rule even though Congress

had already directly spoken to forbid them from doing so.  As the Court has already held,

"Congress promptly registered its disapproval" of the proposed rule by passing a one-year

moratorium on the rule or any similar rule.  *Alameda Cty. Med. Ctr. v. Leavitt*, No. 1:08-cv-

00422-JR, 2008 WL 2200099, *3 (D.D.C. May 23, 2008).  This Court rightly found the

Congressional directive clearly stated, and found the clarity of the Moratorium further evidenced

by the Secretary's own statements—*e.g.*, his request for "emergency display and publication" to

"ensure issuance of [the] rule ... before passage of legislation that prohibits action to publicize

[the] rule."  *Id.*; *see also* Adm. Rec. 365, Letter from Evell Barco, CMS, to Raymond Mosley,

O.F.R. (May 24, 2007).  The Secretary was obviously aware of and understood the preclusive

legislation, but nonetheless took contrary action.[8]  Agency action contrary to Congressional

---

[8] In addition to public statements about the Moratorium by Senate leadership, and the earlier moratorium in the
vetoed Iraq funding bill, the Acting Administer of CMS wrote a letter to Finance Committee leadership on March
27, 2007 expressing the agency's opposition to the Moratorium prior to its passage on May 24.  Adm. Rec. 366-67,
Letter from Leslie Norwalk to Sens. Max Baucus and Charles Grassley (Mar. 27, 2007).

directive in precedent has not been considered substantially justifiable, and should not be

considered so here.  In the event this Court does not grant Movants fees at market rates, in

accordance with Section 2412(d)(1)(A), the Court should therefore grant Movants their

reasonable attorney fees, at the statutory rate, and expenses.

Movants should further receive a cost of living adjustment (COLA) to the statutory rate

of $125 under Section 2412(d).  Such enhancements are specifically contemplated in EAJA and

are routinely approved by the courts.  *Lion Raisins, Inc. v. U.S.*, 57 Fed. Cl. 505, 519 (2003).  A

COLA enhancement is justified here as the cost of living as measured by the Department of

Labor's Consumer Price Index (CPI) has increased.  *See Lion Raisins*, 57 Fed. Cl. at 519 ("the

index [CPI] is widely accepted as a means of calculating cost of living increases"); *see also*

Movants' Ex. C, Decl. of William C. Crenshaw ¶ 4 (describing CPI increase).  Applying the CPI

previously accepted by the D.C. Circuit in EAJA calculations for the Washington, D.C.-

Baltimore Area,[9] the applicable rate is $168.66 an hour, and the Movants should be awarded

$301,400.44 in attorneys' fees and expenses.  *See* Movants' Exhibit C-2; Movants' Ex. C, Decl.

of William C. Crenshaw ¶ 5; Movants' Ex. D, Decl. of Nathan A. Brown ¶ 6.

## FEES AND EXPENSES SOUGHT

Movants have divided the attorneys' fees incurred in this matter into seven distinct

phases for the convenience of the Court:  (1) initial litigation analysis and strategy; (2) pre-

litigation factual development; (3) pre-litigation legal research and analysis; (4) preparation of

---

[9] The D.C. Circuit has accepted the use of a CPI index for all urban consumers.  *See Am. Wrecking Corp. v. Sec'y of Labor*, 364 F.3d 321, 330 (D.C. Cir. 2004) (applying the Bureau of Labor Statistics' Consumer Price Index inflation calculator, representing changes in prices of all goods and services purchased for consumption by urban households).  Here, Movants selected the All Urban Costumers CPI applicable to the Washington-Baltimore area. Movants chose the CPI for the second half of 2007, as this time period essentially represents the mid-point of when the work was done to incur the fees and expenses at issue.  The CPI is 134.927, where 1996 is the base year. Applying this CPI to the $125 annual rate ($125 * 1.34927), the applicable rate is $168.66 an hour.  Movants' Ex. C, Decl. of William C. Crenshaw ¶ 4.

the Complaint and preliminary injunction filings; (5) summary judgment filings, review of administrative record and amici filings; (6) summary judgment hearing preparation and attendance and post-hearing matters; and (7) EAJA filings. Each of these phases is described in more detail below, which naturally overlap to some degree.  Movants have also categorized the expenses incurred in this matter.  Movants have provided backup reflecting the time incurred by each attorney during each phase (Movants' Ex. C-1), identification of individuals and entities referenced in the time entries (Movants' Ex. D-1), and the experience level of each attorney, the hourly rate sought, and incurred expenses (Movants' Ex. C, Decl. of William C. Crenshaw and Movants' Ex. D, Decl. of Nathan A. Brown).

Movants request that two-thirds of the total fees be assessed against the Government. The three association Plaintiffs (NAPH, AAMC and AHA) contributed to payment of Plaintiffs' legal fees.  *See* Movants' Ex. C, Decl. of William C. Crenshaw ¶ 9; Movants' Ex. D, Decl. of Nathan A. Brown ¶ 5.  Plaintiff, Alameda County Medical Center, was not obligated to pay any fees or expenses.  *Id.*  NAPH and AAMC qualify as a "party" under 28 U.S.C. § 2412(d)(2)(B). Thus, two-thirds (2/3) of the fees sought should reasonably be awarded.  Accordingly, the fees sought below reflect two-thirds (2/3) of the otherwise applicable totals.

## I.    ATTORNEYS' FEES

### *PHASE 1:  INITIAL LITIGATION ANALYSIS AND STRATEGY*

This phase consists of the initial litigation analysis performed on behalf of Plaintiffs to determine whether Plaintiffs had viable claims.  Plaintiffs' counsel conducted a detailed analysis of the challenged Rule and identified numerous legal issues that would be implicated in litigation contesting the Rule.  Counsel performed substantial legal research on the key legal issues and prepared a lengthy memorandum discussing their analysis and summarizing their conclusions.

Hours:  444.5.

Fees sought (2/3 of total):  Laffey rates:  $114,248.40.  Adjusted COLA Rates:  $49,979.58.

     *PHASE 2:  PRE-LITIGATION FACTUAL DEVELOPMENT*

     Once Plaintiffs and Plaintiffs' counsel concluded that litigation was viable and likely necessary, counsel proceeded to identify entities most affected by the Rule and contacted them to gather relevant facts as to injury and to determine which would be viable Plaintiffs and/or Declarants.  Given the number of institutions affected by the Rule, this task was a significant undertaking.  Counsel contacted or was contacted by approximately two dozen institutions and had detailed conversations with many of these entities.  These efforts were very time-consuming.  They generally involved research and analysis of each institution and several rounds of contacts with different individuals at the affected institutions to understand the institutions' operations and Medicaid financing, and to determine the extent to which the institutions were detrimentally impacted by either the cost limit or unit of government provisions of the Rule (or both).  These efforts were required to ensure that Plaintiffs could establish standing and irreparable harm.

     Hours:  246.05.

Fees sought (2/3 of total):  Laffey rates:  $62,406.00.  Adjusted COLA Rates:  $27,665.86.

     *PHASE 3:    PRE-LITIGATION LEGAL RESEARCH AND ANALYSIS*

     This phase consists of the additional legal research and analysis preformed after the initial litigation analysis and before preparation of the Complaint and Motion for Preliminary Injunction.  Specifically, this phase included counsel performing a more detailed analysis of both procedural and substantive issues, including those involving standing, ripeness, the moratorium violation, administrative law and *Chevron* analysis.  Counsel prepared several legal memoranda analyzing these and related issues.  Counsel also prepared a detailed litigation timeline.

     Hours:  195.40.

Fees sought (2/3 of total):  Laffey rates:  $61,990.07.  Adjusted COLA Rates:  $21,970.78.

*PHASE 4:  PREPARATION OF COMPLAINT AND PRELIMINARY INJUNCTION FILINGS*

This phase involves the preparation of the Complaint and accompanying filings, including the Motion for Preliminary Injunction and supporting memorandum, supporting declarations, and exhibits.  Given the impending May 25, 2008 expiration of the Moratorium, Plaintiffs needed to seek preliminary injunctive relief.  Plaintiffs prepared and submitted 11 declarations to support the preliminary injunction motion.  Once the Defendants agreed to have the case resolved by summary judgment, and the Court consented to issue a ruling prior to the expiration of the Moratorium, the preliminary injunction was held in abeyance.

Hours:  730.20.

Fees sought (2/3 of total):  Laffey rates:  $189,918.50.  Adjusted COLA Rates:  $81,843.10.

*PHASE 5:    SUMMARY JUDGMENT FILINGS, REVIEW OF ADMINISTRATIVE RECORD AND AMICI*

This phase involves preparation of Plaintiffs' Motion for Summary Judgment and supporting Memorandum and Plaintiffs' Opposition to the Government's Motion for Summary Judgment.  Because the case was resolved on cross-motions for summary judgment, these filings were critical to the success of the case.  This phase also includes reviewing and analyzing the substantial administrative record and fielding inquiries from potential amici and reviewing their filings.

Hours:  434.60.

Fees sought (2/3 of total):  Laffey rates:  $121,680.17.  Adjusted COLA Rates:  $48,356.57.

*PHASE 6:    SUMMARY JUDGMENT PREPARATION AND HEARING AND POST-HEARING MATTERS*

This phase involves preparation for the summary judgment hearing, attendance at the hearing, and addressing post-hearing matters.  Given the magnitude of the case and the critical

17

importance of the summary judgment hearing, Plaintiffs' counsel conducted three separate mock hearings with Plaintiffs to hone Plaintiffs' summary judgment presentation.  Plaintiffs also prepared a PowerPoint to assist in the hearing.  This phase also included the post-hearing motions which both Plaintiffs and the Government filed.

Hours:  217.90.

Fees sought (2/3 of total):  Laffey rates:  $85,201.50.  Adjusted COLA Rates:  $24,496.90.

*PHASE 7:    EAJA FILINGS*

This phase involves analyzing Plaintiffs' entitlement to fees under EAJA and preparation of the EAJA Motion and Memorandum, as well as the other detailed filings required to support an EAJA application under D.C. Circuit precedent.

Hours:  299.25.

Fees sought (2/3 of total):  Laffey rates:  $64,576.97.  Adjusted COLA Rates:  $32,300.16.

## II.    EXPENSES

Movants incurred expenses to support and carry out the litigation.  Movants' Ex. C, Decl. of William C. Crenshaw ¶ 5 & Movants' Ex. D, Decl. of Nathan A. Brown ¶ 6.  The following types and amounts of expenses were incurred:

| | |
|---|---|
| Legal Research: | $19,538.14 |
| Photocopying: | $989.50 |
| Filing Fees: | $350.00 |
| Service of Process: | $875.00 |
| Total: | $21,752.64 |

Total expenses sought (2/3 of the total):      $14,501.76

## III.    FEES AND EXPENSES SUMMARY

The total fees for all seven phases, plus expenses, are as follows:

Hours:  2,567.90

Fees at Laffey rates plus expenses (2/3 of the total):  $714,523.36

Fees at adjusted COLA rates plus expenses (2/3 of the total):  $301,114.70

## **CONCLUSION**

Movants recognize that the fees sought are substantial.  In reviewing the reasonableness of the fees requested, Movants submit that the Court should consider the significance of the issues to Plaintiffs as well as the Government's inexcusable conduct.  *See* Arguments Section I and II.  Not only did the Rule implicate somewhere between $5 billion and over $21 billion in potential cuts to Alameda and the other hospitals represented by the Plaintiff associations, it also threatened the survival of numerous hospitals around the country.  Given the pending effectiveness of the Rule on May 25, 2008 and the prospect that Congress would not be able to act to prevent the unlawful implementation of the Rule in time, Plaintiffs were compelled to bring this suit to enforce the Moratorium and raise the substantive concerns Plaintiffs identified with the Rule pursuant to the Medicaid statute.  For the foregoing reasons, Movants urge the Court to grant their Motion for Attorneys' Fees and Expenses under 28 U.S.C. § 2412(b) based on the Secretary's bad faith, or, in the alternative, under 28 U.S.C. § 2412(d) because the Secretary's actions was not substantially justified.


Dated:  August 21, 2008

Respectfully submitted,

WILLIAM C. CRENSHAW
D.C. Bar No. 968545
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W., Third Floor
Washington, DC  20001
(202) 347-0066

/s/ Nathan A. Brown
NATHAN A. BROWN
D.C. Bar No. 468750
ROPES & GRAY LLP
700 12th Street, N.W., Suite 900
Washington, DC  20005
(202) 508-4600

Of Counsel:
LARRY S. GAGE
D.C. Bar No. 165332
BARBARA D.A. EYMAN
D.C. Bar No. 439684
CHARLES A. LUBAND
D.C. Bar No. 458319
ROPES & GRAY LLP
700 12th Street, N.W., Suite 900
Washington, DC  20005
(202) 508-4600

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALAMEDA COUNTY MEDICAL CENTER,** | ) |
| | ) |
| *et al.* | ) |
| | ) |
| | ) **Civil Action No. 1:08-00422** |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,** | ) |
| | ) |
| *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DECLARATION OF CHRISTINE CAPITO BURCH

I, Christine Capito Burch, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am the Executive Director of the National Association of Public Hospitals and Health Systems ("NAPH"). I submit this declaration in support of the Motion of the Association of American Medical Colleges ("AAMC") and NAPH for Attorneys' Fees and Expenses. I am of legal age and competent to testify.

2. This declaration is made on personal knowledge, information contained in NAPH's files upon which I normally rely, publicly available information, and other factual matters known to me.

3. I have served as Executive Director for NAPH for 18 years. Prior to that, I worked for the New York City Health and Hospitals Corporation, the largest municipal health care system in the country.

4. NAPH is a non-profit organization headquartered in Washington D.C. organized under Section 501(c)(6) of the Internal Revenue Code. NAPH is comprised of approximately 100 of the nation's largest urban and metropolitan area safety net hospitals and health systems. NAPH members rely heavily on Medicaid revenues to support their operation and mission, which is to provide health services to all individuals regardless of ability to pay.

5. At the time this lawsuit was filed on March 11, 2008, NAPH had 29 employees.

6. NAPH's net worth at the time this lawsuit was filed was significantly less than $7 million. Based on NAPH's Independent Auditors' report for the year ended December 31, 2007, NAPH had unrestricted net assets of less than $5 million. This amount did not change significantly between the end of 2007 and the filing of the lawsuit in March, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: August 10, 2008

(Signature): _____
Christine Capito Burch
Executive Director
National Association of Public
Hospitals and Health Systems

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALAMEDA COUNTY MEDICAL CENTER,** )<br><br>*et al.* )<br><br>**Plaintiffs,** )<br><br>v. )<br><br>**THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,** )<br><br>*et al.* )<br><br>**Defendants.** )<br> ) | **Civil Action No. 1:08-00422** |

## DECLARATION OF IVY BAER

I, Ivy Baer, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am the Regulatory Counsel of Plaintiff the Association of American Medical Colleges ("AAMC"). I submit this declaration in support of the Motion of the AAMC and the National Association of Public Hospitals and Health Systems for Attorneys' Fees and Expenses. I am of legal age and competent to testify.

2. This declaration is made on personal knowledge, information contained in AAMC's files upon which I normally rely, publicly available information, and other factual matters known to me.

3. I have served as the AAMC's Regulatory Counsel since 1996.

4. The AAMC is a non-profit corporation organized and existing under the laws of the State of Illinois. The AAMC is organized under Section 501(c)(3) of the Internal Revenue Code. The AAMC is headquartered in Washington D.C.

5. The AAMC represents approximately 400 major public and private general acute and specialty teaching hospitals and health systems, all 129 accredited U.S. allopathic medical schools, approximately 94 professional and academic societies, and the nation's medical students and residents. The mission of the AAMC is to improve the health of the public by enhancing the effectiveness of academic medicine.

6. At the time this lawsuit was filed on March 11, 2008, the AAMC had 431 employees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:  August 19, 2008

(Signature): _____

Ivy Baer)
Regulatory Counsel
Association of American Medical Colleges

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALAMEDA COUNTY MEDICAL CENTER,** ) | |
| ) | |
| *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | **Civil Action No.  1:08-00422 (JR)** |
| ) | |
| **v.** ) | |
| ) | |
| **MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,** ) | |
| ) | |
| *et al.* ) | |
| ) | |
| **Defendants.** ) | |

### DECLARATION OF WILLIAM C. CRENSHAW

I, William C. Crenshaw, under penalty of perjury, do hereby declare:

1.      I am a litigation partner with Powell Goldstein LLP and am the lead litigation counsel for Plaintiffs in this case.

2.      As described in the Memorandum of Law filed herewith, Movants have divided the case into seven phases for purposes of the pending Motion for Attorneys' Fees and Expenses.  To assist in the Court's review of the pending Motion, we have segregated the time entry per phase, per attorney, in Exhibit 1 attached hereto.  We also have prepared a summary of each Phase, divided by attorney, and the fees sought, as well as an overall summary, in Exhibit 2 attached hereto.

3.      I have reviewed the time entries attached as Exhibit 1, which have been prepared from the books and records of Powell Goldstein LLP and Ropes & Gray LLP.

The time from Powell Goldstein LLP is accurate to the best of my knowledge and belief (and the Declaration of Nathan Brown confirms that the time from Ropes & Gray LLP is accurate to the best of his knowledge and belief). In addition, some of the time entries and expenses incurred in this matter were excluded from or reduced in the attached time entries and expenses detailed below.

4.      I have reviewed the summaries attached as Exhibit 2 and they are accurate to the best of my knowledge and belief. The Laffey Rate refers to the applicable hourly rate for timekeepers as indicated by http://www.laffeymatrix.com. The Adjusted COLA Rate refers to the EAJA statutory rate of $125, as adjusted by the Consumer Price Index. For the Adjusted COLA rate, Movants selected the All Urban Costumers CPI applicable to the Washington-Baltimore area for the second half of 2007, as this time period essentially represents the mid-point of when the work was done to incur the fees and expenses at issue.    The CPI is 134.927, where 1996 is the base year. http://www.bls.gov/CPI/.    Applying this CPI to the $125 annual rate ($125 times 1.34927), the applicable rate is $168.66 an hour.

5.      In addition to the attorneys' fees sought, Movants seek recovery of two-thirds of the following expenses incurred by Powell Goldstein LLP (as well as two-thirds of the expenses incurred by Ropes & Gray LLP, as identified in Mr. Brown's Declaration):

| | |
|---|---|
| Copying | $   338.40 |
| Lexis/Westlaw | $15,757.98 |
| Total | $ 16,096.38 |
| 2/3 Total: | $ 10,730.92 |

6.      The expenses sought are accurate to the best of my knowledge and belief. Copying is charged at the firm's cost of 24 cents per page.  Computer research (Lexis and Westlaw) reflect the firm's pro rated cost of such services.

7.      A summary of the relevant experience of timekeepers at Powell Goldstein LLP who billed time to this matter is as follows:

a.      William C. Crenshaw graduated from the University of Virginia School of Law in 1977.  He has practiced commercial litigation for over 30 years and has been actively involved in healthcare litigation matters for approximately 10 years.

b.      Barbara Eyman, graduated from Harvard Law School in 1990 and has specialized in representing public and non-profit hospitals and health systems, particularly with regard to Medicaid financing issues, her entire 18-year legal career.

c.      Charles Luband graduated from Harvard Law School in 1996 and has specialized in representing public and non-profit hospitals and health systems, particularly with regard to Medicaid financing issues, his entire 12-year legal career.

d.      Nathan Brown graduated from Harvard Law School in 1999 and has specialized in health care and Medicaid financing issues his entire 9-year career.

e.      Ivan  Snyder graduated from Emory University School of Law in 2005 and has specialized in the practice of commercial litigation since that time.

f.      Sarah Mutinsky graduated from the George Washington University Law School in 2006 and has specialized in the practice of health care law since that time.

g.      Kristin Robinson graduated from Georgetown University Law Center in 2007 and has specialized in the practice of commercial litigation since that time.

3

       h.      Pamela Carlson has been a paralegal since 1980, and provides litigation support in complex matters. She has a background in accounting and has assisted with the preparation of similar fee petitions.

       8.     Ms. Eyman, Mr. Luband, Ms. Brown and Ms. Mutinsky practiced with Powell Goldstein LLP until January 2008 at which time they joined Ropes & Gray LLP. Powell Goldstein LLP and Ropes & Gray LLP were co-counsel for Plaintiffs and continued to work seamlessly on Plaintiffs' behalf.

       9.     Powell Goldstein LLP (and later Ropes & Gray LLP) were retained by the National Association of Public Hospitals and Health Systems ("NAPH"), the Association of American Medical Colleges ("AAMC"), the American Hospital Association ("AHA") and Alameda County Medical Center ("Alameda") in connection with this matter. Alameda was not obligated to pay any legal fees or expenses in connection with the representation. The responsibility for the legal fees and expenses due to were divided roughly evenly between NAPH, AAMC and AHA, although NAPH paid certain additional fees and expenses. The proportionate breakdown of payments made to Powell Goldstein LLP for legal fees and expenses in connection with this matter is approximately 40% NAPH, 30% AHA and 30% AAMC. In their Motion, Movants seek recovery of two-thirds of the attorneys' fees and expenses incurred.

 

_____
William C. Crenshaw

Exhibit C-1

| Timekeeper | Position | Phase I Hours | Phase II Hours | Phase III Hours | Phase IV Hours | Phase V Hours | Phase VI Hours | Phase VII Hours | Total Hours |
|---|---|---|---|---|---|---|---|---|---|
| Crenshaw, William | Attorney | 75.60 | 9.00 | 102.20 | 106.70 | 91.60 | 140.40 | 38.80 | 564.30 |
| Eyman, Barbara | Attorney | 21.80 | 12.95 | 1.00 | 58.00 | 26.50 | 11.50 | 0.75 | 132.50 |
| Luband, Charles | Attorney | 9.80 | 14.60 | 1.00 | 25.75 | 28.25 | 10.50 | 0.25 | 90.15 |
| Brown, Nathan | Attorney | 73.80 | 81.60 | 7.50 | 138.25 | 101.25 | 51.25 | 43.75 | 497.40 |
| Snyder, Ivan | Attorney | 75.70 | 0.00 | 27.70 | 0.00 | 0.00 | 0.00 | 0.00 | 103.40 |
| Mutinsky, Sarah | Attorney | 187.80 | 127.90 | 5.40 | 223.00 | 105.00 | 4.00 | 26.00 | 679.10 |
| Robinson, Kristin | Attorney | 0.00 | 0.00 | 50.60 | 0.00 | 10.00 | 0.00 | 98.50 | 159.10 |
| Rayne, Pamela Schafer | Attorney | 0.00 | 0.00 | 0.00 | 161.25 | 38.25 | 0.00 | 2.00 | 201.50 |
| Romig, Jennifer | Law Clerk | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.00 | 46.00 |
| Carlson, Pamela | Paralegal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42.20 | 42.20 |
| Antzoulatos, Sophia | Paralegal | 0.00 | 0.00 | 0.00 | 17.25 | 1.25 | 0.00 | 0.00 | 18.50 |
| Beauregard, Sheryl | Paralegal | 0.00 | 0.00 | 0.00 | 0.00 | 32.50 | 0.25 | 1.00 | 33.75 |
| | TOTAL HOURS | 444.50 | 246.05 | 195.40 | 730.20 | 434.60 | 217.90 | 299.25 | 2,567.90 |

7326649_1.XLS

Exhibit C-1

## Phase 1

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 8/9/2007 | Crenshaw, William | 0.60 | Prepare for and attend meeting with Messrs. Brown and Snyder and Ms. Mutinsky regarding cost limit rule litigation |
| 8/9/2007 | Crenshaw, William | 1.80 | Prepare for and attend meeting regarding cost limit rule litigation; review Ashley case and prepare memo regarding same |
| 8/10/2007 | Crenshaw, William | 0.20 | Review and revise outline regarding Cost Limit rule |
| 8/10/2007 | Crenshaw, William | 0.20 | Prepare e-mail regarding Cost Limit rule |
| 8/20/2007 | Crenshaw, William | 0.10 | Conference with Mr. Brown regarding emails regarding status of litigation analysis |
| 8/20/2007 | Crenshaw, William | 0.30 | Review emails regarding status of litigation analysis |
| 8/22/2007 | Crenshaw, William | 0.20 | Conferences with Mr. Brown, Ms. Mutinsky and Mr. Snyder regarding status |
| 8/22/2007 | Crenshaw, William | 0.20 | Emails regarding same |
| 8/23/2007 | Crenshaw, William | 0.40 | Conference with Mr. Brown and Mr. Luband regarding conference call and strategy |
| 8/23/2007 | Crenshaw, William | 0.50 | Conferences with Mr. Brown and Mr. Snyder regarding litigation, standing and ripeness issues |
| 8/23/2007 | Crenshaw, William | 1.00 | Prepare for conference call regarding litigation analysis with NAPH, AHA, AAMC |
| 8/23/2007 | Crenshaw, William | 1.30 | Review memos, legal analysis and rule with NAPH, AMA, AAMC |
| 8/23/2007 | Crenshaw, William | 1.60 | Attend conference call regarding litigation analysis with NAPH, AHA, AAMC |
| 8/27/2007 | Crenshaw, William | 0.20 | Conference with Mr. Brown regarding same |
| 8/27/2007 | Crenshaw, William | 0.30 | Emails regarding status and state issues |
| 8/30/2007 | Crenshaw, William | 0.40 | Conference with Mr. Brown regarding same |
| 8/30/2007 | Crenshaw, William | 2.80 | Review research regarding same |
| 8/30/2007 | Crenshaw, William | 3.80 | Review and revise Memo regarding procedural issues |
| 8/31/2007 | Crenshaw, William | 0.60 | Conferences and emails with Mr. Brown and Ms. Mutinsky regarding same |
| 8/31/2007 | Crenshaw, William | 4.80 | Review and revise memo regarding legal analysis  and procedural issues |
| 9/4/2007 | Crenshaw, William | 1.00 | Conferences with Mr. Brown regarding same; |
| 9/4/2007 | Crenshaw, William | 3.00 | Review and revise memo regarding litigation analysis |
| 9/4/2007 | Crenshaw, William | 3.40 | Redraft injunction analysis |
| 9/5/2007 | Crenshaw, William | 0.20 | Conference with Mr. Snyder regarding injunction issues |
| 9/5/2007 | Crenshaw, William | 0.40 | Prepare emails to Mr. Brown |
| 9/5/2007 | Crenshaw, William | 0.40 | Prepare email regarding same |
| 9/5/2007 | Crenshaw, William | 1.00 | Revise injunction memo |
| 9/5/2007 | Crenshaw, William | 1.40 | Research regarding irreparable harm |
| 9/5/2007 | Crenshaw, William | 1.60 | Review and revise litigation analysis |
| 9/6/2007 | Crenshaw, William | 0.40 | Review emails regarding moratorium issues and prepare response |
| 9/7/2007 | Crenshaw, William | 0.20 | Review email regarding CMS issues |
| 9/10/2007 | Crenshaw, William | 0.40 | Emails regarding same |
| 9/10/2007 | Crenshaw, William | 0.40 | Conferences with Mr. Brown regarding same |
| 9/10/2007 | Crenshaw, William | 2.00 | Review and revise litigation analysis |
| 9/11/2007 | Crenshaw, William | 2.00 | Conferences with Mr. Luband, Ms. Eyman and Mr. Brown regarding litigation analysis |
| 9/11/2007 | Crenshaw, William | 5.20 | Review Cost Limit rule and comments |
| 9/12/2007 | Crenshaw, William | 1.40 | Prepare email regarding same |
| 9/12/2007 | Crenshaw, William | 5.40 | Review cost limit rule |
| 9/13/2007 | Crenshaw, William | 0.20 | Conference with Mr. Brown regarding litigation analysis |
| 9/14/2007 | Crenshaw, William | 3.00 | Draft detail email regarding cost limit rule and review and revise same |
| 9/17/2007 | Crenshaw, William | 0.20 | Review revised litigation analysis |
| 9/17/2007 | Crenshaw, William | 0.20 | Prepare email regarding issues |
| 9/18/2007 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 9/18/2007 | Crenshaw, William | 0.60 | Review litigation analysis |

Exhibit C-1

## Phase 1

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 9/19/2007 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 9/19/2007 | Crenshaw, William | 0.30 | Review APA case |
| 9/20/2007 | Crenshaw, William | 0.20 | Review emails regarding litigation analysis |
| 9/20/2007 | Crenshaw, William | 0.20 | Prepare email regarding APA case |
| 9/26/2007 | Crenshaw, William | 1.20 | Attend litigation strategy meeting with Mr. Brown, Ms. Eyman, Ms. Mutinsky and Mr. Luband |
| 9/27/2007 | Crenshaw, William | 0.20 | Emails regarding same |
| 9/27/2007 | Crenshaw, William | 1.40 | Prepare litigation schedule |
| 10/4/2007 | Crenshaw, William | 0.40 | E-mails regarding litigation issues |
| 10/8/2007 | Crenshaw, William | 0.20 | Prepare email re same |
| 10/8/2007 | Crenshaw, William | 1.10 | Review and revise Executive Summary |
| 10/9/2007 | Crenshaw, William | 0.20 | Prepare emails regarding same |
| 10/9/2007 | Crenshaw, William | 0.40 | Internal conferences with Mr. Brown and Ms. Eyman regarding litigation issues |
| 10/9/2007 | Crenshaw, William | 0.40 | Conference with Mr. Snyder regarding research issues |
| 10/9/2007 | Crenshaw, William | 0.60 | Review memos regarding same |
| 10/9/2007 | Crenshaw, William | 1.40 | Prepare for NAPH meeting |
| 10/10/2007 | Crenshaw, William | 0.50 | Prepare for conference with NAPH regarding litigation strategy |
| 10/10/2007 | Crenshaw, William | 1.00 | Attend conference with NAPH (Ms. Burch, Ms. Fagnani and Ms. Swartz) Mr. Brown, Ms. Eyman, Ms. Mutinsky and Mr. Luband regarding litigation strategy |
| 10/11/2007 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 10/11/2007 | Crenshaw, William | 0.40 | Research regarding joint defense privilege |
| 10/11/2007 | Crenshaw, William | 0.40 | Conference with Ms. Eyman, Mr. Brown and Ms. Mutinsky regarding injunction issues |
| 10/12/2007 | Crenshaw, William | 0.20 | Conferences and emails regarding privilege issues; initial review of Mr. Gallant's comments |
| 10/12/2007 | Crenshaw, William | 0.20 | Initial review of Mr. Gallant's comments |
| 10/15/2007 | Crenshaw, William | 0.20 | Conference with Mr. Brown regarding privilege issue |
| 10/15/2007 | Crenshaw, William | 0.40 | Review Mr. Gallant's comments |
| 10/16/2007 | Crenshaw, William | 0.40 | Prepare for meeting with NAPH regarding litigation strategy |
| 10/16/2007 | Crenshaw, William | 0.80 | Attend meeting with NAPH representatives, Ms. Eyman, Mr. Brown, Ms. Mutinsky and Mr. Luband regarding litigation and strategy |
| 10/23/2007 | Crenshaw, William | 0.40 | Conference with Mr. Gage and Mr. Brown regarding litigation status and strategy |
| 10/24/2007 | Crenshaw, William | 0.20 | Emails regarding Moratorium issues |
| 10/24/2007 | Crenshaw, William | 0.40 | Prepare emails regarding Executive Committee Approval |
| 10/24/2007 | Crenshaw, William | 0.80 | Review and revise memo regarding Moratorium issues |
| 10/25/2007 | Crenshaw, William | 0.20 | Emails regarding litigation meeting |
| 10/26/2007 | Crenshaw, William | 0.60 | Prepare for meeting regarding litigation |
| 10/26/2007 | Crenshaw, William | 0.60 | Prepare outline regarding same |
| 10/29/2007 | Crenshaw, William | 0.60 | Follow up conferences and emails regarding same |
| 10/29/2007 | Crenshaw, William | 1.40 | Attend meeting with Ms. Ivy Baer, Ms. Chris Mitchell, Ms. Karen Fisher, Ms. Chris Burch, Ms. Lynne Fagnani, Ms. Eyman, Mr. Brown, and Mr. Luband regarding litigation strategy |
| 10/29/2007 | Crenshaw, William | 1.80 | Prepare for meeting with NAPH and AAMC regarding litigation issues and strategy |

**Phase 1 Total Hours**
**William Crenshaw**        **75.60**

Exhibit C-1

## Phase 1

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/1/2007 | Eyman, Barbara | 0.60 | Review and revise litigation analysis |
| 8/3/2007 | Eyman, Barbara | 1.20 | Review and revise litigation analysis |
| 8/8/2007 | Eyman, Barbara | 0.40 | Conference with Ms. Fagnani and Mr. Brown regarding litigation analysis |
| 8/13/2007 | Eyman, Barbara | 0.40 | Review litigation outline |
| 8/28/2007 | Eyman, Barbara | 0.80 | Conference with Mr. Brown regarding litigation analysis and conference call with AHA and AAMC |
| 8/30/2007 | Eyman, Barbara | 0.40 | Conference with Ms. Fagnani regarding litigation |
| 8/31/2007 | Eyman, Barbara | 0.40 | Correspond with Ms. Romig regarding preparation of EAJA pleadings, and follow up |
| 9/7/2007 | Eyman, Barbara | 0.80 | Review analysis |
| 9/7/2007 | Eyman, Barbara | 1.00 | Correspond with Ms. Romig regarding EAJA pleadings |
| 9/9/2007 | Eyman, Barbara | 1.00 | Review and revise litigation analysis |
| 9/10/2007 | Eyman, Barbara | 3.80 | Review and revise litigation analysis |
| 9/12/2007 | Eyman, Barbara | 0.40 | Conference with Mr. Brown regarding litigation presentation |
| 9/15/2007 | Eyman, Barbara | 2.00 | Prepare teleconference presentation |
| 10/9/2007 | Eyman, Barbara | 0.40 | Review and revise executive summary of litigation analysis |
| 10/9/2007 | Eyman, Barbara | 1.20 | Conference with team to prepare for NAPH meeting on litigation |
| 10/10/2007 | Eyman, Barbara | 1.00 | Prepare list of potential plaintiffs |
| 10/10/2007 | Eyman, Barbara | 1.00 | Meet with Ms. Burch, Ms. Swartz and Ms. Fagnani of NAPH and Mr. Crenshaw, Mr. Brown, Mr. Luband, and Ms. Mutinsky regarding litigation strategy |
| 10/11/2007 | Eyman, Barbara | 0.20 | Conference with Ms. Fagnani regarding litigation strategy meeting |
| 10/11/2007 | Eyman, Barbara | 0.40 | Conference with Mr. Brown, Mr. Crenshaw, and Ms. Mutinsky regarding injunction issues |
| 10/16/2007 | Eyman, Barbara | 0.80 | Meeting with NAPH and Mr. Brown, Ms. Mutinsky, Mr. Crenshaw, and Mr. Luband to discuss litigation strategy |
| 10/16/2007 | Eyman, Barbara | 0.80 | Follow up emails regarding same |
| 10/19/2007 | Eyman, Barbara | 0.40 | Review Mr. Gallant's memo |
| 10/19/2007 | Eyman, Barbara | 0.40 | E-mails regarding potential plaintiffs |
| 10/26/2007 | Eyman, Barbara | 0.40 | E-mails regarding AAMC meeting |
| 10/29/2007 | Eyman, Barbara | 0.20 | Prepare for meeting with AAMC and NAPH |
| 10/29/2007 | Eyman, Barbara | 1.40 | Attend meeting with Ms. Ivy Baer, Ms. Chris Mitchell, Ms. Karen Fisher, Ms. Chris Burch, Ms. Lynne Fagnani, Mr. Crenshaw, Mr. Brown, and Mr. Luband regarding litigation strategy |

| | Phase 1 Total Hours Barbara Eyman | 21.80 | |
|------|------|-------|-----------|

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/23/2007 | Luband, Charles | 0.60 | Prepare for conference call regarding litigation analysis with NAPH, AHA, AAMC |
| 8/23/2007 | Luband, Charles | 1.60 | Attend conference call regarding litigation analysis with NAPH, AHA, AAMC |
| 8/24/2007 | Luband, Charles | 0.20 | Conference with Mr. Brown regarding litigation paper |
| 8/24/2007 | Luband, Charles | 0.20 | Conference with Mr. Gallant regarding same |
| 9/5/2007 | Luband, Charles | 1.20 | Review Litigation Analysis |
| 9/6/2007 | Luband, Charles | 0.60 | Emails and review regarding litigation analysis |
| 9/10/2007 | Luband, Charles | 0.20 | Conference with Mr. Brown regarding options paper |
| 10/9/2007 | Luband, Charles | 1.20 | Attend conference call regarding litigation issues |
| 10/12/2007 | Luband, Charles | 0.20 | Review NAPH litigation issues |
| 10/16/2007 | Luband, Charles | 0.80 | Attend litigation strategy meeting with NAPH, Ms. Barbara Eyman, Ms. Sarah Mutinsky, Mr. Nathan Brown and Mr. Bill Crenshaw |
| 10/18/2007 | Luband, Charles | 0.40 | Review list of potential litigation plaintiffs |
| 10/22/2007 | Luband, Charles | 0.60 | Emails, corrections regarding Lit strategy meeting |

3

Exhibit C-1

## Phase 1

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 10/23/2007 | Luband, Charles | 0.20 | Emails regarding litigation meeting |
| 10/25/2007 | Luband, Charles | 0.40 | Conference with Ms. Hatton regarding litigation strategy |
| 10/29/2007 | Luband, Charles | 1.40 | Attend meeting with Ms. Ivy Baer, Ms. Chris Mitchell, Ms. Karen Fisher, Ms. Chris Burch, Ms. Lynne Fagnani, Ms. Eyman, Mr. Brown, and Mr. Crenshaw regarding litigation strategy |
| | **Phase 1 Total Hours Charles Luband** | **9.80** | |
| 8/1/2007 | Brown, Nathan | 0.20 | E-mail to Ms. Eyman regarding litigation analysis memorandum |
| 8/1/2007 | Brown, Nathan | 0.60 | Revise litigation analysis memorandum |
| 8/3/2007 | Brown, Nathan | 0.20 | E-mail to NAPH regarding revised litigation analysis memorandum |
| 8/3/2007 | Brown, Nathan | 0.60 | Revise litigation analysis memorandum |
| 8/8/2007 | Brown, Nathan | 0.40 | Telephone call with Msses. Eyman and Fagnani regarding litigation analysis and follow up |
| 8/9/2007 | Brown, Nathan | 0.60 | Conference with Messrs. Crenshaw and Snyder and Ms. Mutinsky and follow up |
| 8/9/2007 | Brown, Nathan | 0.60 | Prepare outline of litigation analysis |
| 8/9/2007 | Brown, Nathan | 0.80 | Conference with Ms. Mutinsky regarding substantive arguments |
| 8/10/2007 | Brown, Nathan | 0.20 | Revise outline |
| 8/10/2007 | Brown, Nathan | 0.40 | Correspondence with Ms. Eyman, et al. regarding litigation analysis |
| 8/20/2007 | Brown, Nathan | 0.10 | Telephone call with Ms. Mutinsky regarding litigation analysis |
| 8/20/2007 | Brown, Nathan | 0.10 | Telephone call with Mr. Crenshaw regarding litigation analysis |
| 8/21/2007 | Brown, Nathan | 0.80 | Correspondence with Messrs. Crenshaw and Snyder regarding litigation analysis |
| 8/21/2007 | Brown, Nathan | 1.00 | Conference with Ms. Mutinsky regarding litigation analysis |
| 8/21/2007 | Brown, Nathan | 1.40 | Analyze right of action laws |
| 8/22/2007 | Brown, Nathan | 0.40 | Telephone call with Ms. Swartz and arrange litigation call |
| 8/22/2007 | Brown, Nathan | 0.60 | Correspondence with Messrs. Crenshaw and Snyder and Ms. Mutinsky regarding litigation analysis |
| 8/23/2007 | Brown, Nathan | 0.60 | Conference with Messrs. Crenshaw and Snyder and follow up regarding procedural issues |
| 8/23/2007 | Brown, Nathan | 0.60 | Analyze Final Rule and CMS letter to Waxman |
| 8/23/2007 | Brown, Nathan | 0.60 | Conference with Messrs. Luband and Crenshaw |
| 8/23/2007 | Brown, Nathan | 0.80 | Telephone call with NAPH, AHA and AAMC and follow up |
| 8/23/2007 | Brown, Nathan | 2.60 | Analyze and revise draft of moratorium arguments |
| 8/24/2007 | Brown, Nathan | 0.20 | Correspondence with Messrs. Drevna and Snyder regarding comments |
| 8/24/2007 | Brown, Nathan | 0.60 | Conference with Ms. Mutinsky regarding legal arguments |
| 8/24/2007 | Brown, Nathan | 1.20 | Analyze comments and regulations |
| 8/26/2007 | Brown, Nathan | 1.00 | Analyze APA case law |
| 8/26/2007 | Brown, Nathan | 1.40 | Analyze cost limit comments and relevant statutory and regulatory provisions |
| 8/27/2007 | Brown, Nathan | 0.40 | Correspondence regarding potential State litigation |
| 8/27/2007 | Brown, Nathan | 2.00 | Analyze preamble and comments |
| 8/28/2007 | Brown, Nathan | 1.00 | Conference with Ms. Eyman |
| 8/28/2007 | Brown, Nathan | 1.20 | Correspondence with Messrs. Luband and Snyder and Ms. Mutinsky regarding litigation analysis and follow up |
| 8/29/2007 | Brown, Nathan | 0.60 | Correspondence with Msses. Eyman and Mutinsky and Messrs. Crenshaw and Snyder |
| 8/29/2007 | Brown, Nathan | 1.20 | Analyze laws, regulations and guidance re litigation analysis |
| 8/29/2007 | Brown, Nathan | 1.60 | Prepare and revise portions of litigation analysis |
| 8/30/2007 | Brown, Nathan | 0.40 | Correspondence with Msses. Eyman and Mutinsky and Messrs. Crenshaw and Snyder |
| 8/30/2007 | Brown, Nathan | 2.60 | Analyze laws, regulations and guidance |
| 8/30/2007 | Brown, Nathan | 3.00 | Prepare and revise portions of litigation analysis |
| 8/31/2007 | Brown, Nathan | 0.40 | Correspondence with Mr. Crenshaw |
| 8/31/2007 | Brown, Nathan | 0.60 | Conference with Ms. Mutinsky |
| 8/31/2007 | Brown, Nathan | 2.60 | Research and analyze APA case law |
| 8/31/2007 | Brown, Nathan | 3.60 | Prepare and revise portions of memorandum |
| 9/3/2007 | Brown, Nathan | 8.20 | Analyze case law and revise litigation analysis memorandum |

Exhibit C-1

## Phase 1

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 9/4/2007 | Brown, Nathan | 0.40 | Correspondence with Mr. Snyder |
| 9/4/2007 | Brown, Nathan | 0.60 | Conference with Ms. Mutinsky |
| 9/4/2007 | Brown, Nathan | 1.00 | Conference with Mr. Crenshaw |
| 9/4/2007 | Brown, Nathan | 4.40 | Revise litigation analysis memorandum |
| 9/5/2007 | Brown, Nathan | 0.20 | Correspondence with Mr. Crenshaw and Ms. Mutinsky regarding changes to litigation sections |
| 9/10/2007 | Brown, Nathan | 0.40 | Conference with Mr. Crenshaw regarding litigation analysis |
| 9/10/2007 | Brown, Nathan | 0.80 | Correspondence with Mr. Crenshaw and Msses. Eyman and Mutinsky |
| 9/10/2007 | Brown, Nathan | 2.20 | Revise litigation analysis |
| 10/4/2007 | Brown, Nathan | 0.40 | E-mail to team regarding same |
| 10/4/2007 | Brown, Nathan | 2.20 | Revise draft executive summary of litigation analysis |
| 10/5/2007 | Brown, Nathan | 0.40 | Correspondence with team regarding litigation strategy follow up |
| 10/8/2007 | Brown, Nathan | 0.20 | Correspondence with Mr. Crenshaw |
| 10/8/2007 | Brown, Nathan | 0.20 | Revise Executive Summary |
| 10/8/2007 | Brown, Nathan | 0.20 | Telephone call with Mr. Snyder regarding issue and claims preclusion |
| 10/9/2007 | Brown, Nathan | 0.20 | Correspondence with Ms. Fisher |
| 10/9/2007 | Brown, Nathan | 0.40 | Telephone call with Mr. Crenshaw regarding litigation analysis and follow up |
| 10/9/2007 | Brown, Nathan | 0.40 | Telephone call with Mr. Snyder regarding estoppel issue |
| 10/9/2007 | Brown, Nathan | 0.60 | Revise and send Executive Summary |
| 10/9/2007 | Brown, Nathan | 0.60 | Revise litigation strategy options handout |
| 10/10/2007 | Brown, Nathan | 0.40 | E-mail to Mr. Nickels and Ms. Hatton |
| 10/10/2007 | Brown, Nathan | 0.40 | Correspondence with Ms. Eyman and Mr. Crenshaw regarding privilege issues |
| 10/10/2007 | Brown, Nathan | 1.00 | Conference with NAPH officials (Ms. Burch, Ms. Fagnani and Ms. Swartz) Mr. Crenshaw, Ms. Eyman, Mr. Luband, and Ms. Mutinsky regarding litigation strategy |
| 10/11/2007 | Brown, Nathan | 0.20 | Analyze memorandum from Mr. Gallant |
| 10/11/2007 | Brown, Nathan | 0.40 | Conference with Ms. Mutinsky, Ms. Eyman, and Mr. Crenshaw regarding litigation strategy |
| 10/12/2007 | Brown, Nathan | 0.20 | Correspondence with Ms. Eyman and Mr. Crenshaw regarding litigation strategy |
| 10/12/2007 | Brown, Nathan | 0.20 | Telephone call with Mr. Crenshaw regarding privilege issues |
| 10/12/2007 | Brown, Nathan | 0.20 | E-mail to Mr. Nickels and Ms. Hatton |
| 10/16/2007 | Brown, Nathan | 0.20 | Conference with Ms. Mutinsky regarding revisions to strategy memo |
| 10/16/2007 | Brown, Nathan | 0.40 | Revise timeline and correspondence with Ms. Mutinsky regarding same |
| 10/16/2007 | Brown, Nathan | 0.80 | Conference with NAPH Mr. Crenshaw, Ms. Eyman, Mr. Luband and Ms. Mutinsky regarding litigation strategy |
| 10/17/2007 | Brown, Nathan | 0.10 | Revise timeline with Ms. Mutinsky |
| 10/17/2007 | Brown, Nathan | 0.20 | E-mail to Ms. Burch |
| 10/17/2007 | Brown, Nathan | 0.30 | Correspondence with Msses. Mutinsky and Eyman and Mr. Crenshaw regarding same |
| 10/22/2007 | Brown, Nathan | 0.20 | Correspondence with Mr. Snyder regarding standing and injury issues |
| 10/23/2007 | Brown, Nathan | 0.40 | Conference with Messrs. Gage and Crenshaw regarding litigation strategy and follow up |
| 10/26/2007 | Brown, Nathan | 0.20 | E-mail to Ms. Burch |
| 10/26/2007 | Brown, Nathan | 0.40 | Prepare agenda and correspondence with Mr. Crenshaw and Ms. Eyman regarding AAMC meeting |
| 10/29/2007 | Brown, Nathan | 0.20 | E-mail to Mr. Gallant |
| 10/29/2007 | Brown, Nathan | 0.20 | Telephone call with Ms. Burch |
| 10/29/2007 | Brown, Nathan | 1.40 | Conference with Ms. Ivy Baer, Ms. Chris Mitchell, Ms. Karen Fisher, Ms. Chris Burch, Ms. Lynne Fagnani, Mr. Crenshaw, Ms. Eyman, and Mr. Luband regarding litigation strategy |
| 10/29/2007 | Brown, Nathan | 2.00 | Prepare for conference with AAMC and NAPH |

|  | **Phase 1 Total Hours Nathan Brown** | **73.80** |  |

| 8/9/2007 | Snyder, Ivan | 0.60 | Conference with Messrs. Brown, Crenshaw and Ms. Mutinsky regarding litigation strategy |

Exhibit C-1

## Phase 1

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/9/2007 | Snyder, Ivan | 1.50 | Conduct research regarding Ashley County case |
| 8/10/2007 | Snyder, Ivan | 0.20 | Telephone conference with Mr. Brown regarding procedural issues research |
| 8/10/2007 | Snyder, Ivan | 1.60 | Conduct research regarding procedural issues |
| 8/13/2007 | Snyder, Ivan | 0.30 | Review comments regarding Medicaid rule |
| 8/13/2007 | Snyder, Ivan | 2.80 | Conduct research regarding standing |
| 8/14/2007 | Snyder, Ivan | 3.50 | Conduct research regarding standing for associations |
| 8/15/2007 | Snyder, Ivan | 0.50 | Conduct research regarding associational standing |
| 8/16/2007 | Snyder, Ivan | 0.60 | Conference with Ms. Mutinsky regarding associational research issues and follow up |
| 8/16/2007 | Snyder, Ivan | 3.20 | Conduct research regarding associational standing |
| 8/20/2007 | Snyder, Ivan | 3.30 | Conduct research regarding paperwork reduction act |
| 8/21/2007 | Snyder, Ivan | 3.60 | Conduct research regarding Paperwork Reduction Act and Standing |
| 8/22/2007 | Snyder, Ivan | 5.60 | Conduct research regarding procedural requirements and Paperwork Reduction Act |
| 8/23/2007 | Snyder, Ivan | 0.50 | Conference with Messrs. Crenshaw and Brown regarding memorandum (section on procedure) |
| 8/23/2007 | Snyder, Ivan | 3.00 | Conduct research regarding procedure |
| 8/26/2007 | Snyder, Ivan | 3.30 | Prepare memorandum regarding potential litigation |
| 8/27/2007 | Snyder, Ivan | 2.30 | Conduct research regarding standing and other procedural requirements |
| 8/27/2007 | Snyder, Ivan | 2.60 | Prepare memo regarding potential litigation |
| 8/28/2007 | Snyder, Ivan | 7.40 | Prepare memo regarding procedure requirements for potential litigation |
| 8/29/2007 | Snyder, Ivan | 6.60 | Prepare procedural sections of memo on potential litigation |
| 8/30/2007 | Snyder, Ivan | 0.20 | Telephone conference with Mr. Brown regarding procedural sections of memo |
| 8/30/2007 | Snyder, Ivan | 0.60 | Shepardize case law regarding procedural sections of memo |
| 8/30/2007 | Snyder, Ivan | 1.20 | Prepare procedural sections of memo |
| 9/4/2007 | Snyder, Ivan | 4.80 | Conduct research regarding ripeness/finality and injunctive relief |
| 9/5/2007 | Snyder, Ivan | 0.20 | Conference with Mr. Crenshaw regarding research on ripeness/finality and injunctive relief |
| 10/5/2007 | Snyder, Ivan | 0.30 | Review executive summary |
| 10/8/2007 | Snyder, Ivan | 0.40 | Telephone conference with Mr. Brown regarding claim preclusion |
| 10/8/2007 | Snyder, Ivan | 3.40 | Conduct research regarding issue preclusion (and claim preclusion) |
| 10/9/2007 | Snyder, Ivan | 0.20 | Conference with Mr. Brown regarding claim preclusion research |
| 10/9/2007 | Snyder, Ivan | 0.40 | Conference with Mr. Crenshaw regarding claim preclusion research |
| 10/9/2007 | Snyder, Ivan | 1.30 | Conduct research regarding claim/issue preclusion |
| 10/12/2007 | Snyder, Ivan | 2.60 | Conduct research regarding ripeness and finality in regard to outpatient rule |
| 10/15/2007 | Snyder, Ivan | 0.70 | Conduct research regarding standing and ripeness |
| 10/16/2007 | Snyder, Ivan | 1.40 | Prepare memo for Messrs. Crenshaw and Brown regarding ripeness and standing |
| 10/16/2007 | Snyder, Ivan | 2.80 | Conduct research regarding ripeness and standing |
| 10/22/2007 | Snyder, Ivan | 2.00 | Conduct research regarding expenses and finality for cost limit rule |
| 10/23/2007 | Snyder, Ivan | 0.20 | Revise memo on finality, ripeness, and standing under outpatient rule |

| | | | |
|------|------|-------|-----------|
| **Phase 1 Total Hours Ivan Snyder** | | **75.70** | |

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/6/2007 | Mutinsky, Sarah | 0.60 | Review Powell Goldstein memo on potential litigation strategy |
| 8/9/2007 | Mutinsky, Sarah | 0.60 | Conference with Mr. Bill Crenshaw, Mr. Nathan Brown and Mr. Ivan Snyder regarding litigation analysis and work schedule |
| 8/9/2007 | Mutinsky, Sarah | 0.80 | Conference with Mr. Nathan Brown regarding substantive arguments |
| 8/9/2007 | Mutinsky, Sarah | 2.70 | Review POGO litigation memo and prior POGO IGT litigation analysis as a model |
| 8/10/2007 | Mutinsky, Sarah | 0.20 | Review prior IGT litigation analysis |
| 8/10/2007 | Mutinsky, Sarah | 0.50 | Review litigation analysis outline and work assignments |
| 8/10/2007 | Mutinsky, Sarah | 2.00 | NAPH Litigation Strategy - Review Covington and Burling and others Comment Letters on proposed and final cost limit rules |
| 8/13/2007 | Mutinsky, Sarah | 9.30 | Research APA definition of action and other technical challenges related to moratorium to Medicaid regulation |
| 8/14/2007 | Mutinsky, Sarah | 8.40 | Research APA definition of agency action and other technical challenges related to moratorium to Medicaid regulation |
| 8/15/2007 | Mutinsky, Sarah | 7.10 | Research 1902(a)(30)(A) case law and legislative history for cost limit argument |

Exhibit C-1

## Phase 1

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/16/2007 | Mutinsky, Sarah | 0.20 | Conference with Mr. Snyder regarding associational issues |
| 8/16/2007 | Mutinsky, Sarah | 6.90 | Review case law and DAB cases related to 1902(a)(30)(A) efficiency and economy and other standards for Medicaid reimbursement |
| 8/17/2007 | Mutinsky, Sarah | 1.70 | Research CMS guidance on governmental unit, provider, etc. |
| 8/17/2007 | Mutinsky, Sarah | 2.00 | Research case law, DAB cases, and secondary resources interpreting Medicaid statute provisions related to unit of government |
| 8/20/2007 | Mutinsky, Sarah | 3.40 | Draft moratorium-related arguments for Medicaid litigation analysis |
| 8/21/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Nathan Brown to review substantive arguments, particularly moratorium-related, and discuss next steps |
| 8/21/2007 | Mutinsky, Sarah | 4.00 | Compile legislative history on cost limit |
| 8/21/2007 | Mutinsky, Sarah | 4.00 | Review unit of government argument; review relevant admin law cases |
| 8/22/2007 | Mutinsky, Sarah | 0.60 | Conference with Ms. Leah Stone regarding retention argument |
| 8/22/2007 | Mutinsky, Sarah | 7.40 | Draft and revise moratorium arguments and conduct supplemental research |
| 8/24/2007 | Mutinsky, Sarah | 0.80 | Conference with Mr. Nathan Brown regarding administrative law research and follow up |
| 8/24/2007 | Mutinsky, Sarah | 4.40 | Outline and draft cost limit analysis |
| 8/26/2007 | Mutinsky, Sarah | 2.00 | Review legislative history of provisions related to cost limit (1902(a)(13)(A) and (a)(30)(A)) |
| 8/27/2007 | Mutinsky, Sarah | 0.50 | Conference with Mr. Nathan Brown regarding litigation analysis |
| 8/27/2007 | Mutinsky, Sarah | 3.00 | Conduct further research as necessary |
| 8/27/2007 | Mutinsky, Sarah | 6.20 | Draft and revise cost limit and moratorium arguments for litigation analysis |
| 8/28/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Nathan Brown regarding litigation analysis |
| 8/28/2007 | Mutinsky, Sarah | 3.40 | Conduct additional research as necessary |
| 8/28/2007 | Mutinsky, Sarah | 7.00 | Revise cost limit section of litigation analysis |
| 8/29/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Nathan Brown regarding litigation analysis |
| 8/29/2007 | Mutinsky, Sarah | 3.00 | Revise cost limit and moratorium arguments for litigation analysis |
| 8/29/2007 | Mutinsky, Sarah | 6.50 | Draft unit of government argument for litigation analysis |
| 8/30/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Nathan Brown regarding litigation analysis |
| 8/30/2007 | Mutinsky, Sarah | 4.00 | Conduct additional research as necessary; outline retention argument |
| 8/30/2007 | Mutinsky, Sarah | 8.20 | Draft and revise unit of government argument for litigation analysis |
| 8/31/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Nathan Brown regarding outstanding research and next steps |
| 8/31/2007 | Mutinsky, Sarah | 2.00 | Combine sections into single document |
| 8/31/2007 | Mutinsky, Sarah | 2.00 | Conduct outstanding research |
| 8/31/2007 | Mutinsky, Sarah | 3.60 | Draft and revise unit of government section of litigation analysis |
| 9/2/2007 | Mutinsky, Sarah | 3.80 | Reformat analysis and make Mr. Nathan Brown's revisions to moratorium section |
| 9/3/2007 | Mutinsky, Sarah | 1.00 | Revise cost limit section according to Mr. Nathan Brown's revisions |
| 9/3/2007 | Mutinsky, Sarah | 1.00 | Draft retention section |
| 9/4/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Nathan Brown regarding remaining issues with litigation analysis |
| 9/4/2007 | Mutinsky, Sarah | 2.00 | Revise unit of government section according to Mr. Nathan Brown's suggestions |
| 9/4/2007 | Mutinsky, Sarah | 2.50 | Make revisions from Mr. Bill Crenshaw and Mr. Nathan Brown and review citations |
| 9/4/2007 | Mutinsky, Sarah | 3.00 | Research supporting case law for specific assertions as identified by Mr. Nathan Brown |
| 9/10/2007 | Mutinsky, Sarah | 0.60 | Review Ms. Barbara Eyman's revisions on draft litigation analysis |
| 9/10/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Nathan Brown regarding Ms. Barbara Eyman's revisions |
| 9/11/2007 | Mutinsky, Sarah | 2.50 | Revise litigation analysis according to Ms. Barbara Eyman's revisions |
| 9/11/2007 | Mutinsky, Sarah | 3.40 | Review, check and finalize citations in litigation analysis |
| 9/12/2007 | Mutinsky, Sarah | 0.60 | Conference with Mr. Brown on next steps to address rest of Ms. Barbara Eyman's comments on draft litigation analysis |
| 9/13/2007 | Mutinsky, Sarah | 9.10 | Revise cost limit section to incorporate CMS rebuttal and Ms. Barbara Eyman's suggested revisions |
| 9/14/2007 | Mutinsky, Sarah | 1.00 | Revise cost limit argument and incorporate Mr. Nathan Brown's revisions to the unit of government section |

**Phase 1**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 9/14/2007 | Mutinsky, Sarah | 3.80 | Review effective day of statute cases to refine argument |
| 9/17/2007 | Mutinsky, Sarah | 2.00 | Complete Ms. Barbara Eyman's revisions on litigation analysis |
| 9/17/2007 | Mutinsky, Sarah | 5.10 | Incorporate Mr. Nathan Brown's revisions, review and edit citations and internal references and create comparison document for final review by Ms. Barbara Eyman, Mr. Charles Luband and Mr. Bill Crenshaw |
| 9/18/2007 | Mutinsky, Sarah | 0.20 | Review Ms. Barbara Eyman's questions and suggested edits |
| 9/18/2007 | Mutinsky, Sarah | 0.20 | Draft e-mail with status of changes and updated version of document to Mr. Nathan Brown |
| 9/18/2007 | Mutinsky, Sarah | 1.40 | Address and incorporate Ms. Eyman's edits into the litigation analysis, as well as Mr. Bill Crenshaw's comments |
| 9/18/2007 | Mutinsky, Sarah | 1.60 | Review final edits from Mr. Charles Luband and Mr. Bill Crenshaw's comments and incorporate Mr. Charles Luband and Mr. Bill Crenshaw's final edits into the litigation analysis document |
| 9/19/2007 | Mutinsky, Sarah | 0.20 | Summarize and draft e-mail to Mr. Nathan Brown regarding status of litigation analysis revisions in final document |
| 9/25/2007 | Mutinsky, Sarah | 0.50 | Conference call with Ms. Claudine Swartz regarding litigation analysis document and next steps with partners |
| 9/25/2007 | Mutinsky, Sarah | 0.50 | Participate in follow-up conference with Mr. Nathan Brown |
| 9/26/2007 | Mutinsky, Sarah | 0.40 | Prepare final litigation analysis and outstanding issues discussed among Powell Goldstein team for Mr. Larry Gage for review |
| 9/26/2007 | Mutinsky, Sarah | 1.50 | Attend conference with Ms. Barbara Eyman, Mr. Nathan Brown, Mr. Bill Crenshaw and Mr. Charles Luband regarding strategy and timeline for filing claim related to Medicaid Cost Limit Rule and process for identifying Plaintiffs |
| 10/2/2007 | Mutinsky, Sarah | 0.30 | Conference with Mr. Charles Luband to review files to find questionnaire used in previous UPL Litigation |
| 10/2/2007 | Mutinsky, Sarah | 0.80 | Draft Executive Summary of Medicaid cost limit litigation analysis |
| 10/4/2007 | Mutinsky, Sarah | 0.20 | Review materials from prior UPL litigation available in the office and request materials to be moved from storage for potential use in particular in support of process for identifying plaintiffs |
| 10/9/2007 | Mutinsky, Sarah | 1.00 | Review UPL litigation materials for plaintiff's hospital questionnaire and other records of the process for identifying plaintiffs |
| 10/9/2007 | Mutinsky, Sarah | 1.00 | Attend internal meeting with Ms. Barbara Eyman, Mr. Charles Luband, Mr. Nathan Brown and Mr. Bill Crenshaw to discuss litigation strategy |
| 10/9/2007 | Mutinsky, Sarah | 2.50 | Draft litigation schedule and moratorium options document for use in meeting with NAPH |
| 10/10/2007 | Mutinsky, Sarah | 1.00 | Attend litigation strategy meeting with Ms. Burch, Ms. Swartz and Ms. Fagnani of NAPH, Ms. Barbara Eyman, Mr. Nathan Brown, Mr. Charles Luband and Mr. Bill Crenshaw |
| 10/10/2007 | Mutinsky, Sarah | 2.40 | Prepare materials for litigation strategy meeting (one-page document, prepare copies of materials for attendees) and review executive summary |
| 10/11/2007 | Mutinsky, Sarah | 0.40 | Prepare for meeting regarding preliminary injunction and next meeting with NAPH |
| 10/11/2007 | Mutinsky, Sarah | 0.40 | Meeting with Mr. Nathan Brown, Ms. Barbara Eyman and Mr. Bill Crenshaw to discuss preliminary injunction strategy for litigation analysis and goal of next internal meeting with NAPH |
| 10/16/2007 | Mutinsky, Sarah | 0.20 | Conference with Mr. Nathan Brown regarding updating litigation document to account for preliminary injunction concept discussed at meeting and revise potential litigation schedule accordingly |
| 10/16/2007 | Mutinsky, Sarah | 0.40 | Conference with Mr. Nathan Brown regarding litigation strategy meeting and revisions to be made to document |
| 10/16/2007 | Mutinsky, Sarah | 0.80 | Attend litigation strategy meeting with NAPH, Ms. Barbara Eyman, Mr. Charles Luband, Mr. Nathan Brown and Mr. Bill Crenshaw |

Exhibit C-1

**Phase 1**

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 10/16/2007 | Mutinsky, Sarah | 1.00 | Revise litigation strategy document to incorporate preliminary injunction into options |
| 10/16/2007 | Mutinsky, Sarah | 1.00 | Prepare and print revised materials for litigation strategy meeting with NAPH |
| 10/17/2007 | Mutinsky, Sarah | 0.10 | Conference with Mr. Nathan Brown regarding revised litigation schedule for next litigation strategy meeting with NAPH |
| 10/24/2007 | Mutinsky, Sarah | 0.40 | Revise potential litigation schedule document for presentation to NAPH Executive Board and conference call with Mr. Nathan Brown regarding revisions |

|  |  |
|---|---|
| **Phase 1 Total Hours Sarah Mutinsky** | **187.80** |
| **PHASE 1 TOTAL** | **444.50** |

Exhibit C-1

## Phase 2

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 11/5/2007 | Crenshaw, William | 0.60 | Prepare for meeting with NAPH, AHA, and AAMC |
| 11/5/2007 | Crenshaw, William | 1.20 | Conference with Ms. Mindy Hatton, Mr. Tom Nickels, Ms. Maureen Mudron, Ms. Sheree Kanner, Mr. Jeffrey Pariser, Ms. Ivy Baer, Ms. Chris Mitchell, Ms. Karen Fisher, Mr. Mark Gallant, Ms. Chris Burch, Ms. Lynne Fagnani, Mr. Brown, and Mr. Luband regarding litigation schedule and status of plaintiffs |
| 11/15/2007 | Crenshaw, William | 0.20 | Emails regarding identifying plaintiffs |
| 11/15/2007 | Crenshaw, William | 0.40 | Telephone conferences with Mr. Brown and Ms. Eyman regarding identifying plaintiffs |
| 11/16/2007 | Crenshaw, William | 0.30 | Prepare emails regarding meetings and status |
| 11/19/2007 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 11/19/2007 | Crenshaw, William | 0.60 | Review and revise declarant questionnaire |
| 11/19/2007 | Crenshaw, William | 1.00 | Prepare for status meeting |
| 11/19/2007 | Crenshaw, William | 1.00 | Attend meeting with Mr. Brown, Ms. Eyman, Mr. Luband, and Ms. Mutinsky regarding identification of plaintiffs |
| 11/20/2007 | Crenshaw, William | 0.40 | Review Hurley letter and conference with Mr. Brown regarding same |
| 12/3/2007 | Crenshaw, William | 0.40 | Conferences with Mr. Brown and Ms. Mutinsky regarding status and interviews |
| 12/5/2007 | Crenshaw, William | 0.20 | Telephone conference with Mr. Brown regarding potential plaintiff |
| 12/10/2007 | Crenshaw, William | 0.20 | Review and revise emails regarding same |
| 12/10/2007 | Crenshaw, William | 0.60 | Confer with Mr. Brown regarding interviews |
| 12/19/2007 | Crenshaw, William | 0.20 | Review emails regarding potential plaintiffs |
| 12/19/2007 | Crenshaw, William | 0.20 | Review chart regarding status |
| 12/21/2007 | Crenshaw, William | 0.20 | Review emails regarding status of plaintiffs |
| 12/26/2007 | Crenshaw, William | 0.40 | Review emails regarding status of plaintiffs |
| 1/28/2008 | Crenshaw, William | 0.10 | Prepare emails regarding same |
| 1/28/2008 | Crenshaw, William | 0.20 | Telephone conferences with Ms. Mudron regarding NC plaintiff issues |
| 1/28/2008 | Crenshaw, William | 0.20 | Telephone conference with Mr. Brown regarding same |

| | | | |
|---|---|---|---|
| **Phase 2 Total Hours William Crenshaw** | | **9.00** | |

| | | | |
|---|---|---|---|
| 10/30/2007 | Eyman, Barbara | 0.60 | Conference with Mr. Brown regarding plaintiffs and interviews |
| 11/1/2007 | Eyman, Barbara | 0.40 | Review and revise Executive Committee memo |
| 11/6/2007 | Eyman, Barbara | 0.60 | Conference with Mr. Gage et al. regarding AHA meeting |
| 11/7/2007 | Eyman, Barbara | 0.40 | Review and revise plaintiff list |
| 11/7/2007 | Eyman, Barbara | 0.40 | Conference with Mr. Brown regarding upcoming meetings |
| 11/13/2007 | Eyman, Barbara | 0.40 | E-mail regarding next steps on identifying plaintiffs |
| 11/13/2007 | Eyman, Barbara | 0.40 | Telephone call with Ms. Collins of AHA |
| 11/13/2007 | Eyman, Barbara | 0.40 | E-mail Harris County |
| 11/13/2007 | Eyman, Barbara | 1.20 | Conference with Mr. Luband and Ms. Mutinsky regarding same |
| 11/15/2007 | Eyman, Barbara | 0.40 | E-mail to Ms. Hatton |
| 11/15/2007 | Eyman, Barbara | 0.40 | Telephone call with same |
| 11/15/2007 | Eyman, Barbara | 0.40 | E-mail to University of Utah regarding interview |
| 11/15/2007 | Eyman, Barbara | 0.40 | Conference with Mr. Brown and Mr. Crenshaw regarding identification of plaintiffs |
| 11/19/2007 | Eyman, Barbara | 0.40 | Review and revise interview questionnaire |
| 11/19/2007 | Eyman, Barbara | 1.00 | Conference with Mr. Brown, Mr. Crenshaw, Ms. Mutinsky and Mr. Luband regarding plaintiffs and next steps |

Exhibit C-1

## Phase 2

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 11/20/2007 | Eyman, Barbara | 0.80 | Conference with Mr. Brown and Ms. Mutinsky to prep for interview with University of Utah |
| 11/28/2007 | Eyman, Barbara | 0.80 | follow up with potential plaintiffs and AHA |
| 11/28/2007 | Eyman, Barbara | 0.80 | E-mails regarding same |
| 1/30/2008 | Eyman, Barbara | 0.25 | Telephone conference with Utah University and N. Brown |
| 1/30/2008 | Eyman, Barbara | 0.25 | E-mail to Mr. Lara of New York State |
| 1/30/2008 | Eyman, Barbara | 0.25 | Confer with Mr. Brown regarding status |
| 1/30/2008 | Eyman, Barbara | 0.25 | E-mail regarding impact on Utah |
| 2/6/2008 | Eyman, Barbara | 0.50 | Conference with Mr. Luband regarding Texas plaintiffs |
| 2/6/2008 | Eyman, Barbara | 1.25 | Analyze Utah impact and figures |

| | Phase 2 Total Hours Barbara Eyman | 12.95 | |
|---|---|---|---|

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 10/31/2007 | Luband, Charles | 0.40 | Emails regarding litigation meeting |
| 11/5/2007 | Luband, Charles | 1.00 | Prepare for litigation meeting with AHA, AAMC, NAPH |
| 11/5/2007 | Luband, Charles | 1.20 | Conference with Ms. Mindy Hatton, Mr. Tom Nickels, Ms. Maureen Mudron, Ms. Sheree Kanner, Mr. Jeffrey Pariser, Ms. Ivy Baer, Ms. Chris Mitchell, Ms. Karen Fisher, Mr. Mark Gallant, Ms. Chris Burch, Ms. Lynne Fagnani, Mr. Crenshaw, and Mr. Brown regarding litigation schedule and status of plaintiffs |
| 11/5/2007 | Luband, Charles | 1.20 | Emails regarding same |
| 11/5/2007 | Luband, Charles | 1.20 | Review and revise memo to client regarding fees |
| 11/6/2007 | Luband, Charles | 0.80 | Review follow up emails |
| 11/6/2007 | Luband, Charles | 1.00 | Conference with Litigation team regarding AHA, AAMC, NAPH meeting |
| 11/13/2007 | Luband, Charles | 1.20 | Emails, calls regarding same |
| 11/13/2007 | Luband, Charles | 2.00 | Conference with Ms. Eyman, Ms. Mutinsky regarding prospective plaintiffs |
| 11/19/2007 | Luband, Charles | 0.20 | Meeting with Ms. Eyman, Ms. Mutinsky, Ms. Eyman and Mr. Crenshaw regarding plaintiff identification |
| 11/19/2007 | Luband, Charles | 0.40 | Telephone call to potential plaintiffs |
| 11/21/2007 | Luband, Charles | 0.20 | Emails regarding same |
| 11/21/2007 | Luband, Charles | 0.40 | (Lit) Conference with Ms. Tofil regarding Carolinas as plaintiff |
| 11/28/2007 | Luband, Charles | 0.20 | Review emails regarding plaintiff issues |
| 12/19/2007 | Luband, Charles | 0.20 | Conference with Ms. Mutinsky regarding revised potential plaintiff chart |
| 2/26/2008 | Luband, Charles | 0.25 | Confer with Mr. Brown regarding plaintiff issues |
| 3/4/2008 | Luband, Charles | 1.00 | Confer with Parkland and Mr. Brown regarding plaintiff efforts and emails regarding same |
| 3/10/2008 | Luband, Charles | 0.25 | Conference with Ms. Kanner regarding Alabama |
| 3/10/2008 | Luband, Charles | 1.50 | Conference with Alabama Medicaid regarding participation and conference with attorneys regarding same |

| | Phase 2 Total Hours Charles Luband | 14.60 | |
|---|---|---|---|

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 10/30/2007 | Brown, Nathan | 0.40 | Correspondence with Messrs. Gage and Crenshaw |
| 10/30/2007 | Brown, Nathan | 0.80 | Conference with Ms. Eyman and conference with Ms. Mutinsky regarding interviews with potential plaintiff hospitals and questionnaire for same |
| 10/31/2007 | Brown, Nathan | 0.40 | Correspondence with Ms. Mutinsky regarding interview questions and hospital comment letter |
| 11/1/2007 | Brown, Nathan | 0.20 | Revise draft interview questionnaire |
| 11/1/2007 | Brown, Nathan | 0.40 | Conference with Ms. Mutinsky |
| 11/2/2007 | Brown, Nathan | 0.20 | Correspondence with Mr. Crenshaw regarding privilege issues |
| 11/2/2007 | Brown, Nathan | 0.40 | Conference with Ms. Mutinsky regarding questionnaire |

Exhibit C-1

## Phase 2

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/2/2007 | Brown, Nathan | 0.80 | Revise questionnaire and hospital spreadsheet and prepare e-mail to Ms. Eyman and Mr. Luband regarding same |
| 11/5/2007 | Brown, Nathan | 0.20 | follow up with Ms. Mutinsky |
| 11/5/2007 | Brown, Nathan | 0.60 | Analyze memorandum from Mr. Gallant |
| 11/5/2007 | Brown, Nathan | 0.80 | Conference with Messrs. Gage, Luband and Crenshaw |
| 11/5/2007 | Brown, Nathan | 0.80 | Prepare for conference with NAPH, AHA, and AAMC |
| 11/5/2007 | Brown, Nathan | 1.20 | Conference with Ms. Mindy Hatton, Mr. Tom Nickels, Ms. Maureen Mudron, Ms. Sheree Kanner, Mr. Jeffrey Pariser, Ms. Ivy Baer, Ms. Chris Mitchell, Ms. Karen Fisher, Mr. Mark Gallant, Ms. Chris Burch, Ms. Lynne Fagnani, Mr. Crenshaw, and Mr. Luband regarding litigation schedule and status of plaintiffs |
| 11/6/2007 | Brown, Nathan | 1.00 | Conference regarding litigation strategy and telephone call with Ms. Burch regarding same |
| 11/7/2007 | Brown, Nathan | 0.20 | Revise meeting summary and correspondence with Mr. Crenshaw regarding same |
| 11/7/2007 | Brown, Nathan | 0.20 | Telephone call with Ms. Eyman regarding potential plaintiffs and telephone call with Ms. Mutinsky regarding same |
| 11/8/2007 | Brown, Nathan | 0.20 | follow up with Msses. Mutinsky and Swartz |
| 11/8/2007 | Brown, Nathan | 0.60 | Conference with NAPH Executive Committee |
| 11/15/2007 | Brown, Nathan | 0.20 | Conference with Ms. Mutinsky regarding plaintiffs |
| 11/15/2007 | Brown, Nathan | 0.20 | Telephone call with Ms. Eyman regarding possible plaintiffs and telephone call with Mr. Crenshaw regarding same |
| 11/16/2007 | Brown, Nathan | 0.20 | Correspond with Ms. Romig regarding preparation of EAJA pleadings, and follow up |
| 11/16/2007 | Brown, Nathan | 0.20 | Telephone call with Ms. Ricks; analyze chart of potential plaintiffs |
| 11/19/2007 | Brown, Nathan | 0.20 | Correspond with Ms. Romig regarding EAJA pleadings |
| 11/19/2007 | Brown, Nathan | 0.40 | Correspondence with Msses. Eyman and Mutinsky and Mr. Crenshaw |
| 11/19/2007 | Brown, Nathan | 0.40 | E-mails re meeting follow up |
| 11/19/2007 | Brown, Nathan | 0.60 | Prepare letter to Lee Memorial |
| 11/19/2007 | Brown, Nathan | 1.00 | Conference with Mr. Crenshaw, Ms. Eyman, Mr. Luband and Ms. Mutinsky regarding plaintiffs |
| 11/20/2007 | Brown, Nathan | 0.80 | Conference with Mr. Crenshaw and Ms. Robinson and follow up e-mail questionnaire to Mr. Crabtree |
| 11/20/2007 | Brown, Nathan | 0.80 | Conference with Msses. Eyman and Mutinsky regarding Utah University interview |
| 11/20/2007 | Brown, Nathan | 0.80 | Correspondence with Messrs. Luband and Crenshaw and prepare letter to Ms. Lopez |
| 11/21/2007 | Brown, Nathan | 0.20 | E-mail to Ms. Tofil regarding setting up interview |
| 11/21/2007 | Brown, Nathan | 0.40 | Analyze Utah files |
| 11/21/2007 | Brown, Nathan | 0.60 | Telephone conference interview with Mr. Crabtree and Ms. Viskochil |
| 11/21/2007 | Brown, Nathan | 0.60 | follow up e-mail to Ms. Eyman |
| 11/26/2007 | Brown, Nathan | 0.20 | E-mail to Ms. Eyman and Mr. Luband |
| 11/26/2007 | Brown, Nathan | 0.20 | Telephone call with Ms. Lopez |
| 11/26/2007 | Brown, Nathan | 0.20 | Telephone call with Ms. McGillicuddy |
| 11/27/2007 | Brown, Nathan | 0.20 | Coordinate plaintiff interviews |
| 11/27/2007 | Brown, Nathan | 0.20 | Correspondence with Msses. Eyman and Mutinsky |
| 11/28/2007 | Brown, Nathan | 0.20 | Coordinate plaintiff interviews with Metrohealth and Harris County |
| 11/28/2007 | Brown, Nathan | 0.20 | Correspondence with Ms. Eyman regarding same |
| 11/29/2007 | Brown, Nathan | 0.40 | Coordinate interviews with possible plaintiffs |
| 11/30/2007 | Brown, Nathan | 0.20 | Coordinate potential plaintiff interviews |
| 11/30/2007 | Brown, Nathan | 0.20 | Correspondence with Mr. Luband and Ms. Eyman regarding same |
| 11/30/2007 | Brown, Nathan | 0.20 | Correspondence with Mr. Crenshaw regarding standing issue |

Exhibit C-1

## Phase 2

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 12/3/2007 | Brown, Nathan | 0.40 | Conference with Mr. Crenshaw and Ms. Mutinsky regarding potential plaintiffs |
| 12/3/2007 | Brown, Nathan | 0.40 | Coordinate hospital interviews |
| 12/4/2007 | Brown, Nathan | 0.60 | Coordinate hospital interviews |
| 12/4/2007 | Brown, Nathan | 0.60 | Conference with Mr. Luband and Ms. Mutinsky regarding FL and TX hospitals |
| 12/5/2007 | Brown, Nathan | 0.20 | Telephone call with Mr. Crenshaw regarding plaintiffs |
| 12/5/2007 | Brown, Nathan | 0.20 | Telephone conference with Ms. Fagnani and Mr. Luband regarding plaintiffs |
| 12/5/2007 | Brown, Nathan | 0.40 | Analyze TX documents |
| 12/5/2007 | Brown, Nathan | 0.40 | E-mail to team regarding status of interviews and upcoming meeting |
| 12/5/2007 | Brown, Nathan | 0.60 | Interview Harris Co. officials |
| 12/6/2007 | Brown, Nathan | 0.20 | Follow up telephone call with Mr. Arnold |
| 12/6/2007 | Brown, Nathan | 0.20 | Correspondence with Ms. Mutinsky |
| 12/6/2007 | Brown, Nathan | 0.20 | Call to Parkland |
| 12/6/2007 | Brown, Nathan | 0.40 | Research FL demonstration provisions |
| 12/6/2007 | Brown, Nathan | 0.40 | Telephone call with Mr. Crenshaw |
| 12/6/2007 | Brown, Nathan | 0.60 | Telephone conference with Lee officials |
| 12/6/2007 | Brown, Nathan | 0.80 | Analyze FL materials |
| 12/7/2007 | Brown, Nathan | 0.40 | Telephone call with Mr. Springmeyer regarding State joining appeal |
| 12/7/2007 | Brown, Nathan | 0.40 | Correspondence with Ms. Mutinsky and Mr. Crenshaw |
| 12/7/2007 | Brown, Nathan | 0.40 | Analyze injury memorandum from Mr. Crenshaw |
| 12/10/2007 | Brown, Nathan | 0.20 | Telephone call with Ms. Burch |
| 12/10/2007 | Brown, Nathan | 0.20 | Correspondence with Mr. Gage |
| 12/10/2007 | Brown, Nathan | 0.20 | Analyze chart |
| 12/10/2007 | Brown, Nathan | 0.40 | Conference with Ms. Mutinsky regarding plaintiffs |
| 12/10/2007 | Brown, Nathan | 0.40 | Prepare e-mail regarding meeting and status |
| 12/10/2007 | Brown, Nathan | 0.60 | Analyze Utah and Lee Memorial summaries |
| 12/10/2007 | Brown, Nathan | 0.60 | Conference with Mr. Crenshaw regarding plaintiffs |
| 12/10/2007 | Brown, Nathan | 1.40 | Revise memorandum and e-mail to Mr. Crenshaw |
| 12/12/2007 | Brown, Nathan | 0.40 | Telephone call with Mr. Luband regarding suit by states |
| 12/12/2007 | Brown, Nathan | 0.60 | Telephone call with Msses. Viskochil and Mutinsky regarding potential state impact |
| 12/12/2007 | Brown, Nathan | 0.60 | Prepare meeting agenda |
| 12/12/2007 | Brown, Nathan | 0.60 | Telephone call with Messrs. Goff and Eggers |
| 12/12/2007 | Brown, Nathan | 1.80 | Correspondence with team regarding potential plaintiffs |
| 12/14/2007 | Brown, Nathan | 1.00 | Conference with Ms. Mutinsky regarding potential plaintiffs |
| 12/18/2007 | Brown, Nathan | 1.80 | Meet with Ms. Mutinsky to interview University of Kansas as potential plaintiff |
| 12/19/2007 | Brown, Nathan | 0.60 | Conference with Ms. Mutinsky regarding University of Utah memo and updated plaintiffs chart |
| 12/20/2007 | Brown, Nathan | 0.60 | Conference with Ms. Mutinsky regarding follow ups with hospitals |
| 12/21/2007 | Brown, Nathan | 1.20 | Interview potential plaintiff |
| 12/21/2007 | Brown, Nathan | 1.60 | follow up calls to potential plaintiffs |
| 12/27/2007 | Brown, Nathan | 1.60 | Conference with Ms. Mutinsky regarding board memos |
| 1/3/2008 | Brown, Nathan | 0.40 | Conference with Ms. Mutinsky regarding plaintiffs' status |
| 1/3/2008 | Brown, Nathan | 0.60 | Conference with Ms. Mutinsky regarding meeting with NAPH, AAMC and AHA |
| 1/8/2008 | Brown, Nathan | 0.25 | follow up with Mr. Gage, Ms. Eyman and Mr. Crenshaw |
| 1/8/2008 | Brown, Nathan | 0.75 | Telephone conference with Ms. Viskochil regarding impact of Rule on UUHC |
| 1/8/2008 | Brown, Nathan | 1.00 | Telephone conference with Mr. Arnold, et al. regarding Lee Memorial impact |

Exhibit C-1

## Phase 2

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 1/10/2008 | Brown, Nathan | 0.25 | Analyze UUHC file |
| 1/10/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Mutinsky |
| 1/10/2008 | Brown, Nathan | 0.75 | Telephone conference with Ms. Eyman, Mr. Crabtree and Ms. Viskochil |
| 1/10/2008 | Brown, Nathan | 0.75 | Revise UUHC and Parkland Board memos |
| 1/11/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Eyman regarding same |
| 1/11/2008 | Brown, Nathan | 0.25 | Confer with Mr. Crenshaw regarding status |
| 1/11/2008 | Brown, Nathan | 0.50 | Revise Utah Board memo |
| 1/11/2008 | Brown, Nathan | 2.00 | Analyze potential plaintiffs |
| 1/12/2008 | Brown, Nathan | 0.25 | E-mail to Mr. Staver |
| 1/12/2008 | Brown, Nathan | 0.75 | Revise Parkland memo |
| 1/14/2008 | Brown, Nathan | 0.25 | Correspond with U. Colorado regarding scheduling interview and correspond with Ms. Mutinsky, regarding same |
| 1/15/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Winter regarding litigation |
| 1/15/2008 | Brown, Nathan | 1.00 | Revise and send memo to Parkland |
| 1/16/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Eyman regarding UUHC |
| 1/16/2008 | Brown, Nathan | 0.50 | Telephone conference with Ms. Winter and follow up |
| 1/17/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Mutinsky |
| 1/17/2008 | Brown, Nathan | 0.50 | Revise Utah Board memo and e-mail to Ms. Winter |
| 1/17/2008 | Brown, Nathan | 0.75 | Revise OHSU Board memo and e-mail to Mr. Luband |
| 1/17/2008 | Brown, Nathan | 0.75 | Analyze TX SPAs |
| 1/17/2008 | Brown, Nathan | 1.25 | Analyze ACMC file and tax ordinance |
| 1/18/2008 | Brown, Nathan | 1.50 | Interview U. Colorado officials and follow up e-mail to team |
| 1/18/2008 | Brown, Nathan | 1.75 | Telephone conference with Parkland officials and follow up with Mr. Luband regarding same |
| 1/20/2008 | Brown, Nathan | 0.25 | E-mail to Mr. Roth and Ms. Disney regarding same |
| 1/20/2008 | Brown, Nathan | 1.00 | Revise Parkland memo |
| 1/21/2008 | Brown, Nathan | 0.25 | Email to Mr. Luband regarding Texas hospitals |
| 1/21/2008 | Brown, Nathan | 0.25 | Analyze U. Colorado letter |
| 1/21/2008 | Brown, Nathan | 0.50 | Revise and send Parkland memo |
| 1/22/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Mutinsky |
| 1/22/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Eyman |
| 1/22/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw |
| 1/23/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Roth and follow up email to Mr. Luband and Ms. Eyman regarding plaintiffs |
| 1/24/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Mutinsky |
| 1/24/2008 | Brown, Nathan | 0.25 | Analyze e-mail from Mr. Crenshaw |
| 1/24/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Roth |
| 1/24/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Gormley |
| 1/24/2008 | Brown, Nathan | 0.25 | Follow up with team regarding status of plaintiffs |
| 1/25/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw and follow up |
| 1/25/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Arnold |
| 1/25/2008 | Brown, Nathan | 0.75 | Telephone conference with Ms. Winter and Mr. Crabtree and follow up with Ms. Eyman regarding same |
| 1/28/2008 | Brown, Nathan | 0.25 | Revise memo and e-mail to Ms. Winter, telephone conference with Mr. Crenshaw and Mr. Luband and follow up regarding NCHA and NACH |
| 1/29/2008 | Brown, Nathan | 0.25 | E-mails to Mr. Jones regarding TX hospitals |
| 1/30/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Eyman, Mr. Crabtree and Ms. Winter and follow up with Mr. Crenshaw |
| 1/30/2008 | Brown, Nathan | 0.50 | Telephone conference with Ms. Fagnani |
| 1/30/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Jones |
| 1/31/2008 | Brown, Nathan | 0.25 | E-mail to Mr. Goff |

Exhibit C-1

## Phase 2

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 1/31/2008 | Brown, Nathan | 0.25 | E-mail to Ms. Eyman |
| 1/31/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Winter |
| 2/4/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Fagnani and follow up |
| 2/5/2008 | Brown, Nathan | 0.25 | Call to Mr. Goff |
| 2/5/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw |
| 2/5/2008 | Brown, Nathan | 0.75 | Telephone conference with TX hospitals and follow up |
| 2/5/2008 | Brown, Nathan | 0.75 | Telephone conference with Mr. Arnold and follow up with Mr. Luband |
| 2/5/2008 | Brown, Nathan | 0.75 | Telephone conference with Mr. Morris and follow up with team |
| 2/5/2008 | Brown, Nathan | 1.00 | Analyze impact spreadsheets |
| 2/6/2008 | Brown, Nathan | 0.75 | Email to Ms. Mutinsky regarding TX numbers and analyze same |
| 2/7/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Morris |
| 2/7/2008 | Brown, Nathan | 0.25 | Correspond with potential plaintiffs |
| 2/7/2008 | Brown, Nathan | 0.25 | E-mail to NJ official |
| 2/8/2008 | Brown, Nathan | 0.25 | Call to Ms. Mudron |
| 2/11/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Enevoldson |
| 2/11/2008 | Brown, Nathan | 0.75 | Revise Parkland board memo and e-mail to Mr. Roth |
| 2/15/2008 | Brown, Nathan | 0.25 | Call to Mr. Arnold |
| 2/15/2008 | Brown, Nathan | 0.25 | E-mail to Mr. Staver |
| 2/15/2008 | Brown, Nathan | 0.50 | E-mail to Ms. Lewis |
| 2/15/2008 | Brown, Nathan | 0.50 | E-mail to Ms. Ullman |
| 2/15/2008 | Brown, Nathan | 0.75 | Telephone conference with Ms. Eyman and NY official |
| 2/15/2008 | Brown, Nathan | 0.75 | Telephone conference with Ms. Eyman, Ms. George, and NJ officials |
| 2/25/2008 | Brown, Nathan | 0.25 | Correspond with Mr. Luband regarding potential plaintiff |
| 3/4/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Roth |
| 3/4/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Moore, Mr. Everett and Mr. Luband |

**Phase 2 Total Hours Nathan Brown**       **81.60**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 10/30/2007 | Mutinsky, Sarah | 0.20 | Conference with Mr. Nathan Brown regarding preparing questionnaire for potential plaintiff hospitals and assembling list of potential plaintiffs |
| 10/30/2007 | Mutinsky, Sarah | 1.20 | Review and compile list of plaintiff hospitals and incorporate notes from Mr. Charles Luband and Ms. Barbara Eyman as well as information on impact from Comment Letters |
| 10/30/2007 | Mutinsky, Sarah | 1.60 | Prepare questionnaire |
| 10/31/2007 | Mutinsky, Sarah | 0.40 | Conference with Mr. Nathan Brown regarding progress on plaintiffs and questionnaire |
| 10/31/2007 | Mutinsky, Sarah | 1.60 | Continue to review and compile list of plaintiff hospitals and incorporate notes from Mr. Charles Luband and Ms. Barbara Eyman as well as information on impact from Comment Letters |
| 10/31/2007 | Mutinsky, Sarah | 2.00 | Prepare questionnaire |
| 11/1/2007 | Mutinsky, Sarah | 3.40 | Draft hospital plaintiff questionnaire and potential plaintiff list |
| 11/2/2007 | Mutinsky, Sarah | 0.80 | Conference with Mr. Brown regarding draft hospital plaintiff questionnaire and potential plaintiff list |
| 11/2/2007 | Mutinsky, Sarah | 3.20 | Revise and reorganize plaintiff questionnaire and list of potential plaintiffs based on Mr. Brown's suggested edits |
| 11/5/2007 | Mutinsky, Sarah | 0.20 | Conference with Nathan Brown regarding meeting with AHA and AAMC on litigation analysis and next steps |
| 11/7/2007 | Mutinsky, Sarah | 0.20 | Add impact numbers for Truman Medical Center from new NAPH materials to spreadsheet on potential plaintiffs |
| 11/7/2007 | Mutinsky, Sarah | 0.40 | Conference with Barbara Eyman to review list of potential hospital plaintiffs |

**Phase 2**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/7/2007 | Mutinsky, Sarah | 0.40 | Revise list of potential plaintiffs to send to NAPH |
| 11/13/2007 | Mutinsky, Sarah | 0.60 | Conference with Mr. Charlie Luband and Ms. Barbara Eyman to review potential hospital plaintiffs, prioritize hospitals for first round of interview |
| 11/13/2007 | Mutinsky, Sarah | 0.60 | Conference call with Mr. Charlie Luband and Ms. Barbara Eyman to AHA regarding contacting AHA hospitals as plaintiffs and state hospital associations |
| 11/14/2007 | Mutinsky, Sarah | 0.40 | Draft e-mail to Mr. Nathan Brown to update on meeting, explain updated excel spreadsheet and explain new idea related to use of hospitals with CPEs as unit of government plaintiffs |
| 11/14/2007 | Mutinsky, Sarah | 1.60 | Revise and update excel chart of potential plaintiff hospitals to include priorities, comments, etc. |
| 11/15/2007 | Mutinsky, Sarah | 0.20 | Conference with Mr. Nathan Brown regarding next steps to prepare for potential plaintiff interviews, beginning with University of Utah |
| 11/15/2007 | Mutinsky, Sarah | 0.20 | E-mails with NAPH regarding contact for University of Mississippi for potential interview |
| 11/19/2007 | Mutinsky, Sarah | 0.50 | Find and review University of Utah comment letter on proposed rule in preparation for interview |
| 11/19/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Nathan Brown, Ms. Barbara Eyman, Mr. Charles Luband, and Mr. Bill Crenshaw to review list of potential plaintiffs for interviews and status of requests to potential plaintiffs, brainstorm potential state plaintiffs, etc. |
| 11/19/2007 | Mutinsky, Sarah | 1.00 | Revise draft questionnaire for potential plaintiffs, incorporating suggested revisions from Ms. Barbara Eyman and Mr. Bill Crenshaw |
| 11/20/2007 | Mutinsky, Sarah | 0.40 | Review Utah comment letter and potential plaintiff questionnaire to prepare for conference with Mr. Nathan Brown and Ms. Barbara Eyman regarding background on the University of Utah hospital to prepare for interview |
| 11/20/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Nathan Brown and Ms. Barbara Eyman regarding background on the University of Utah hospital to prepare for interview |
| 11/21/2007 | Mutinsky, Sarah | 1.80 | Interview University of Utah regarding being a potential plaintiff with Mr. Nathan Brown |
| 12/3/2007 | Mutinsky, Sarah | 0.40 | Conference with Mr. Crenshaw and Mr. Brown regarding potential plaintiffs |
| 12/4/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Charles Luband and Mr. Nathan Brown regarding background on Lee Memorial, Harris County and Parkland in preparation for interviews |
| 12/4/2007 | Mutinsky, Sarah | 2.80 | Draft summary of interview with Utah and gather Lee Memorial and Harris County materials in preparation for conference with Ms. Barbara Eyman |
| 12/5/2007 | Mutinsky, Sarah | 1.20 | Prepare for and interview Harris County with Mr. Nathan Brown to determine if potential plaintiff |
| 12/6/2007 | Mutinsky, Sarah | 0.40 | follow up conference with Mr. Nathan Brown regarding interview and next steps |
| 12/6/2007 | Mutinsky, Sarah | 1.40 | Prepare for and interview Lee Memorial Hospital system |
| 12/10/2007 | Mutinsky, Sarah | 0.40 | Conference with Mr. Nathan Brown regarding potential plaintiff efforts status and next steps |
| 12/10/2007 | Mutinsky, Sarah | 0.60 | Update chart of potential plaintiffs and status |
| 12/10/2007 | Mutinsky, Sarah | 3.20 | Prepare summaries of findings from interviews, outstanding research items and follow ups, and summaries of current research (Florida LIP, etc.) for Utah and Lee Memorial |
| 12/11/2007 | Mutinsky, Sarah | 0.20 | Pull comment letters Alameda, Wishard and Central Georgia for potential plaintiff research |
| 12/11/2007 | Mutinsky, Sarah | 0.60 | Conference with Ms. Barbara Eyman and Mr. Nathan Brown to review background on California waiver in preparation for interview with Alameda |
| 12/11/2007 | Mutinsky, Sarah | 0.80 | Review Alameda comment letter and draft summary of pertinent information for Mr. Nathan Brown in preparation for interview |
| 12/11/2007 | Mutinsky, Sarah | 1.40 | Interview Alameda County Medical Center with Mr. Nathan Brown |

## Phase 2

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 12/12/2007 | Mutinsky, Sarah | 0.20 | Conference with Mr. Nathan Brown regarding next steps for analysis of potential plaintiffs |
| 12/12/2007 | Mutinsky, Sarah | 1.00 | Research Utah State Plan Hospital Reimbursement and other follow up to Utah interview |
| 12/12/2007 | Mutinsky, Sarah | 1.40 | Prepare for and participate in call with Ms. Barb Viskochil for follow-up questions regarding impact of cost limit on Utah as a state and on the University |
| 12/12/2007 | Mutinsky, Sarah | 3.20 | Research California waiver special terms and conditions for provisions of relevance to Alameda's supplemental payments if no longer a unit of government |
| 12/13/2007 | Mutinsky, Sarah | 0.40 | Review e-mail from Ms. Barbara Eyman regarding relevant factors in Metrohealth's unit of government analysis |
| 12/13/2007 | Mutinsky, Sarah | 1.40 | Prepare for interview and interview Metrohealth for potential plaintiff in cost limit litigation |
| 12/13/2007 | Mutinsky, Sarah | 1.80 | Follow-up research for Metrohealth to provide materials to analyze unit of government status under rule |
| 12/14/2007 | Mutinsky, Sarah | 0.20 | Provide information for follow-up e-mail for Metrohealth to Mr. Nathan Brown |
| 12/14/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Nathan Brown regarding preparing memos to file on each potential plaintiff and an updated matrix for use in meeting with AAMC |
| 12/17/2007 | Mutinsky, Sarah | 1.60 | Draft University of Utah memo to file regarding interview for potential plaintiff, breakdown of harm and outstanding issues |
| 12/18/2007 | Mutinsky, Sarah | 1.20 | Draft chart summarizing current plaintiff prospects and status |
| 12/18/2007 | Mutinsky, Sarah | 1.80 | Prepare for and interview University of Kansas as potential plaintiff for litigation analysis with Mr. Nathan Brown |
| 12/18/2007 | Mutinsky, Sarah | 2.20 | Review Florida waiver provisions relevant to Lee Memorial's potential impact for memo to file (specifically LIP and DSH provisions) |
| 12/18/2007 | Mutinsky, Sarah | 4.00 | Draft memo to file on University of Utah |
| 12/19/2007 | Mutinsky, Sarah | 0.20 | Conference with Mr. Charles Luband regarding revising potential plaintiff summary chart |
| 12/19/2007 | Mutinsky, Sarah | 0.60 | Revise plaintiff summary chart |
| 12/19/2007 | Mutinsky, Sarah | 0.80 | Conference with Mr. Nathan Brown regarding chart and University of Utah memo to file |
| 12/19/2007 | Mutinsky, Sarah | 0.80 | Revise memo to file on University of Utah |
| 12/19/2007 | Mutinsky, Sarah | 6.00 | Research Florida waiver, general appropriations provisions and draft memo to file regarding Lee Memorial as a potential plaintiff |
| 12/20/2007 | Mutinsky, Sarah | 0.60 | Conference with Mr. Nathan Brown and follow up regarding Parkland, Wishard and OHSU contacts |
| 12/20/2007 | Mutinsky, Sarah | 1.40 | Prepare for and conduct interview of Parkland Health and Hospital System with Mr. Nathan Brown |
| 12/20/2007 | Mutinsky, Sarah | 1.40 | Prepare for and interview Oregon and Health and Sciences University |
| 12/20/2007 | Mutinsky, Sarah | 2.80 | Review and research California waiver for provisions related to potential harm to Alameda County Medical Center for memo to file and draft memo to file |
| 12/21/2007 | Mutinsky, Sarah | 1.00 | Conference with Mr. Nathan Brown to determine status of potential plaintiffs and to determine and prioritize follow-up items and outstanding work product |
| 12/21/2007 | Mutinsky, Sarah | 7.00 | Draft Alameda County memo to file |
| 12/27/2007 | Mutinsky, Sarah | 1.60 | Conference with Mr. Nathan Brown regarding board memos |
| 12/27/2007 | Mutinsky, Sarah | 4.40 | Draft board memo template for Parkland Health and Hospital System |
| 12/28/2007 | Mutinsky, Sarah | 1.00 | Revise Parkland board memo description of cost limit claim |
| 12/28/2007 | Mutinsky, Sarah | 1.80 | Prepare for and interview Harborview Medical Center |
| 12/28/2007 | Mutinsky, Sarah | 3.80 | Draft OHSU memo to the President |
| 12/31/2007 | Mutinsky, Sarah | 1.80 | Update chart on status of potential plaintiffs |

Exhibit C-1

## Phase 2

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 12/31/2007 | Mutinsky, Sarah | 4.60 | Draft summary memo on outstanding follow-up items for potential plaintiffs under consideration |
| 1/2/2008 | Mutinsky, Sarah | 1.00 | Conference with Mr. Charles Luband, Mr. Nathan Brown, Ms. Barbara Eyman and Mr. Bill Crenshaw regarding preparation for full litigation meeting with NAPH, AHA, AAMC and plaintiff status |
| 1/2/2008 | Mutinsky, Sarah | 2.60 | Revise and update chart of potential plaintiffs based on feedback from Mr. Charles Luband, Mr. Nathan Brown, Ms. Barbara Eyman and Mr. Bill Crenshaw |
| 1/3/2008 | Mutinsky, Sarah | 0.40 | Conference with Mr. Nathan Brown to review plaintiffs' status before meeting |
| 1/3/2008 | Mutinsky, Sarah | 0.60 | Conference with Mr. Nathan Brown to get update on meeting and to prioritize remaining work product |
| 1/3/2008 | Mutinsky, Sarah | 1.80 | Research ACMC sales tax language, state and county laws, and implications for government status |
| 1/7/2008 | Mutinsky, Sarah | 1.40 | Revise Parkland Board memo, in particular sections describing cost limit and unit of government claims |
| 1/8/2008 | Mutinsky, Sarah | 0.60 | Conference calls regarding changes |
| 1/8/2008 | Mutinsky, Sarah | 1.40 | Revise claims section and description of harm in Parkland memo |
| 1/9/2008 | Mutinsky, Sarah | 0.40 | Conference call with Mr. Bill Crenshaw regarding litigation status and need for additional Chevron research |
| 1/9/2008 | Mutinsky, Sarah | 2.00 | Draft memo to President of University of Utah Hospitals and Clinics regarding participation in the litigation |
| 1/10/2008 | Mutinsky, Sarah | 0.40 | Email Mr. Nathan Brown regarding concerns over Utah's financial impact |
| 1/10/2008 | Mutinsky, Sarah | 1.60 | Revise memo to Parkland board based on edits from Mr. Nathan Brown and send to Mr. Bill Crenshaw and Mr. Nathan Brown |
| 1/10/2008 | Mutinsky, Sarah | 2.20 | Revise memo to president of the University of Utah, incorporating further edits from Mr. Nathan Brown, including adding detail regarding financial and service impact |
| 1/11/2008 | Mutinsky, Sarah | 1.00 | Draft memo to the board for OHSU regarding participation as a plaintiff in the Medicaid cost limit litigation |
| 1/14/2008 | Mutinsky, Sarah | 1.00 | Review Mr. Nathan Brown's changes and make minor edits to memo to Parkland Board memo |
| 1/14/2008 | Mutinsky, Sarah | 2.60 | Draft Executive Summary of Medicaid cost limit litigation analysis |
| 1/15/2008 | Mutinsky, Sarah | 0.60 | Review final version of Parkland memo |
| 1/15/2008 | Mutinsky, Sarah | 1.80 | Draft OHSU memo |
| 1/16/2008 | Mutinsky, Sarah | 1.80 | Draft OHSU memo |
| 1/17/2008 | Mutinsky, Sarah | 0.40 | Conference with Mr. Nathan Brown regarding status of board memos and previous work related to Lee Memorial and Alameda County Hospitals |

**Phase 2 Total Hours
Sarah Mutinsky**     127.90

**PHASE 2 TOTAL**     246.05

Exhibit C-1

## Phase 3

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 10/30/2007 | Crenshaw, William | 0.50 | Prepare emails regarding fee estimates |
| 11/2/2007 | Crenshaw, William | 0.20 | Emails regarding privilege issue |
| 11/5/2007 | Crenshaw, William | 0.50 | Telephone Mr. Gallant and Mr. Brown |
| 11/5/2007 | Crenshaw, William | 0.40 | Review memo from Mr. Gallant |
| 11/5/2007 | Crenshaw, William | 0.30 | Prepare email regarding same |
| 11/5/2007 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 11/6/2007 | Crenshaw, William | 1.20 | Draft email regarding analysis concerns |
| 11/6/2007 | Crenshaw, William | 1.00 | Internal meeting with Mr. Brown and Mr. Luband regarding status and follow up |
| 11/6/2007 | Crenshaw, William | 0.40 | Telephone conference with Ms. Baer regarding meeting follow up |
| 11/6/2007 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 11/6/2007 | Crenshaw, William | 0.20 | Follow up emails |
| 11/13/2007 | Crenshaw, William | 0.60 | Prepare emails regarding confidentiality of information |
| 11/20/2007 | Crenshaw, William | 0.40 | Conference with Ms. Robinson and Mr. Brown regarding status and research issues |
| 11/20/2007 | Crenshaw, William | 0.20 | Review files and prepare emails regarding same |
| 11/26/2007 | Crenshaw, William | 0.60 | Review standing research |
| 11/26/2007 | Crenshaw, William | 0.40 | Conferences with Mr. Brown, Mr. Snyder and Ms. Robinson regarding research issues |
| 11/26/2007 | Crenshaw, William | 0.20 | Conference with Mr. Brown regarding interviews and plaintiffs and review and emails regarding same |
| 11/30/2007 | Crenshaw, William | 0.50 | Review memo regarding standing |
| 11/30/2007 | Crenshaw, William | 0.30 | Prepare emails regarding same |
| 12/3/2007 | Crenshaw, William | 0.60 | Review memo regarding harm and standing |
| 12/4/2007 | Crenshaw, William | 3.00 | Review research regarding same |
| 12/4/2007 | Crenshaw, William | 2.40 | Review and revise memo regarding harm issue |
| 12/4/2007 | Crenshaw, William | 0.80 | Draft File Memo regarding harm issue |
| 12/5/2007 | Crenshaw, William | 0.60 | Review and revise memo regarding irreparable harm |
| 12/6/2007 | Crenshaw, William | 0.40 | Review and revise memo regarding harm |
| 12/6/2007 | Crenshaw, William | 0.40 | Research regarding same |
| 12/6/2007 | Crenshaw, William | 0.20 | Emails regarding status and meeting |
| 12/7/2007 | Crenshaw, William | 1.80 | Review and revise memo regarding harm |
| 12/7/2007 | Crenshaw, William | 0.40 | Prepare email regarding same |
| 12/7/2007 | Crenshaw, William | 0.20 | Emails regarding interview issues |
| 12/10/2007 | Crenshaw, William | 1.00 | Review research regarding same |
| 12/10/2007 | Crenshaw, William | 0.60 | Prepare emails regarding scheduling |
| 12/10/2007 | Crenshaw, William | 0.60 | Review and revise standing memo |
| 12/11/2007 | Crenshaw, William | 1.80 | Review and revise memo regarding standing and ripeness |
| 12/11/2007 | Crenshaw, William | 1.40 | Review research regarding same |
| 12/11/2007 | Crenshaw, William | 0.60 | Prepare emails regarding status and scheduling issues |
| 12/12/2007 | Crenshaw, William | 1.00 | Review and revise memo regarding standing and ripeness |
| 12/12/2007 | Crenshaw, William | 0.40 | Review Agenda for NAPH meeting |
| 12/12/2007 | Crenshaw, William | 0.40 | Telephone conference with Ms. Hatton regarding status |
| 12/12/2007 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 12/13/2007 | Crenshaw, William | 1.00 | Attend meeting with Ms. Burch, Ms. Fagnani regarding status |
| 12/13/2007 | Crenshaw, William | 0.60 | Review and revise memo regarding standing and ripeness |
| 12/13/2007 | Crenshaw, William | 0.40 | Prepare for meeting with NAPH regarding status |
| 12/13/2007 | Crenshaw, William | 0.20 | Telephone conference with Ms. Baer regarding status |
| 12/13/2007 | Crenshaw, William | 0.20 | Prepare emails regarding same |
| 12/13/2007 | Crenshaw, William | 0.20 | Prepare email regarding same |

Exhibit C-1

## Phase 3

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 12/14/2007 | Crenshaw, William | 0.80 | Conference with Mr. Brown regarding status and strategy |
| 12/14/2007 | Crenshaw, William | 0.80 | Prepare emails regarding same |
| 12/17/2007 | Crenshaw, William | 0.10 | Prepare email regarding ripeness research |
| 12/17/2007 | Crenshaw, William | 0.10 | Review case summary |
| 12/20/2007 | Crenshaw, William | 0.60 | Attend conference call with Ms. Baer and Ms. Fagnani regarding status |
| 12/20/2007 | Crenshaw, William | 0.50 | Prepare emails regarding same |
| 12/20/2007 | Crenshaw, William | 0.40 | Prepare for conference call with AAMC and NAPH regarding status |
| 12/26/2007 | Crenshaw, William | 2.80 | Review briefs and pleadings in NACDS case |
| 12/27/2007 | Crenshaw, William | 3.80 | Review memos and case law |
| 12/27/2007 | Crenshaw, William | 0.80 | Analyze potential claims |
| 12/28/2007 | Crenshaw, William | 3.20 | Draft, review and revise memo regarding prioritizing claims |
| 12/28/2007 | Crenshaw, William | 2.20 | Review research and statute |
| 12/31/2007 | Crenshaw, William | 0.60 | Telephone conference with Mr. Brown regarding claims issues |
| 1/2/2008 | Crenshaw, William | 2.20 | Review and revise memo |
| 1/2/2008 | Crenshaw, William | 2.00 | Draft, review and revise memo regarding status, etc. |
| 1/2/2008 | Crenshaw, William | 1.00 | Attend meeting with Ms. Eyman, Mr. Brown, Ms. Mutinsky and Mr. Luband regarding status and claims |
| 1/2/2008 | Crenshaw, William | 0.40 | Prepare for meeting regarding status and claims |
| 1/2/2008 | Crenshaw, William | 0.20 | Review emails regarding same |
| 1/3/2008 | Crenshaw, William | 1.40 | Review memos and analysis |
| 1/3/2008 | Crenshaw, William | 1.00 | Attend meeting with Ms. Burch, Ms. Fagnani, Ms. Baer, Ms. Fisher, Ms. Hatton, Mr. Pariser, and Ms. Kanner regarding status and claims |
| 1/3/2008 | Crenshaw, William | 0.80 | Prepare for meeting with NAPH, AAMC and AHA |
| 1/3/2008 | Crenshaw, William | 0.60 | Prepare emails and finalize memo regarding same |
| 1/7/2008 | Crenshaw, William | 5.50 | Review Chevron research and law review articles |
| 1/7/2008 | Crenshaw, William | 0.30 | Telephone Ms. Burch regarding status |
| 1/8/2008 | Crenshaw, William | 4.40 | Review Chevron cases and authorities |
| 1/8/2008 | Crenshaw, William | 2.40 | Begin drafting memo regarding same |
| 1/9/2008 | Crenshaw, William | 3.20 | Draft, review and revise litigation analysis regarding Chevron |
| 1/9/2008 | Crenshaw, William | 3.00 | Review research regarding same |
| 1/9/2008 | Crenshaw, William | 0.40 | Conference with Ms. Mutinsky regarding research and status |
| 1/10/2008 | Crenshaw, William | 0.80 | Review Chevron cases |
| 1/10/2008 | Crenshaw, William | 0.40 | Review and revise memo regarding same |
| 1/11/2008 | Crenshaw, William | 0.80 | Review Chevron cases |
| 1/11/2008 | Crenshaw, William | 0.80 | Attend meeting with Mr. Gage, Mr. Luband, Mr. Brown, and Ms. Eyman regarding status and case management |
| 1/11/2008 | Crenshaw, William | 0.40 | Prepare for meeting with Mr. Gage, Mr. Luband, Mr. Brown, and Ms. Eyman regarding status and case management |
| 1/14/2008 | Crenshaw, William | 1.80 | Review Chevron Medicaid cases |
| 1/14/2008 | Crenshaw, William | 0.20 | Prepare emails regarding status |
| 1/15/2008 | Crenshaw, William | 1.00 | Review and revise Chevron memo |
| 1/15/2008 | Crenshaw, William | 0.40 | Prepare email regarding status and time frames |
| 1/15/2008 | Crenshaw, William | 0.20 | Emails to and from Ms. Burch |
| 1/16/2008 | Crenshaw, William | 2.00 | Draft memo regarding Chevron cases |
| 1/16/2008 | Crenshaw, William | 0.40 | Draft email regarding status, scheduling issues, and Ms. Mutinsky issue |
| 1/17/2008 | Crenshaw, William | 0.60 | Correspond with Ms. Romig regarding preparation of EAJA pleadings, and follow up |
| 1/17/2008 | Crenshaw, William | 0.40 | Finalize email regarding scheduling |
| 1/18/2008 | Crenshaw, William | 0.60 | Correspond with Ms. Romig regarding EAJA pleadings |
| 1/18/2008 | Crenshaw, William | 0.20 | Conference with Mr. Brown regarding status |

## Phase 3

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 1/22/2008 | Crenshaw, William | 0.60 | Review and revise Chevron memo |
| 1/22/2008 | Crenshaw, William | 0.20 | Telephone conference with Mr. Brown regarding litigation issues and status |
| 1/22/2008 | Crenshaw, William | 0.20 | Conference with Ms. Mutinsky regarding same |
| 1/22/2008 | Crenshaw, William | 0.20 | Telephone conference with Ms. Baer regarding status |
| 1/22/2008 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 1/23/2008 | Crenshaw, William | 3.80 | Review and revise Chevron memo and cases |
| 1/24/2008 | Crenshaw, William | 4.20 | Draft, review and revise memo regarding Chevron cases |
| 1/24/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 1/25/2008 | Crenshaw, William | 1.60 | Finalize Chevron case memo; prepare emails regarding same |
| 1/25/2008 | Crenshaw, William | 0.20 | Conference with Ms. Mutinsky regarding same |
| 1/25/2008 | Crenshaw, William | 0.20 | Telephone conference with Mr. Brown regarding status |
| 1/25/2008 | Crenshaw, William | 0.20 | Prepare email to Ms. Hatton regarding plaintiffs |
| 2/1/2008 | Crenshaw, William | 0.40 | Telephone conference with Mr. Brown and Ms. Rayne regarding litigation issues and status |
| 2/5/2008 | Crenshaw, William | 0.40 | Telephone conferences with Mr. Brown and Ms. Baer regarding status |
| 2/7/2008 | Crenshaw, William | 0.60 | Review local rules and prepare email regarding same |
| 2/7/2008 | Crenshaw, William | 0.40 | Telephone conferences and emails with Mr. Brown regarding status |
| 2/8/2008 | Crenshaw, William | 1.00 | Prepare emails regarding conference calls, status and plaintiffs |
| 2/8/2008 | Crenshaw, William | 0.60 | Telephone conference with Mr. Brown regarding status and litigation issues |
| 2/11/2008 | Crenshaw, William | 0.20 | Telephone conference with Mr. Brown and Ms. Hatton regarding status |
| 2/11/2008 | Crenshaw, William | 0.20 | Telephone conference with Mr. Brown and Mr. Luband regarding NAPH and Alabama |
| 2/11/2008 | Crenshaw, William | 0.20 | Prepare email regarding same |

| | Phase 3 Total Hours William Crenshaw | 102.20 | |
|---|---|---|---|

| 1/2/2008 | Eyman, Barbara | 1.00 | Conference with Mr. Brown, Mr. Crenshaw, Ms. Mutinsky and Mr. Luband regarding status and claims |

| | Phase 3 Total Hours Barbara Eyman | 1.00 | |
|---|---|---|---|

| 1/2/2008 | Luband, Charles | 1.00 | Conference with Mr. Brown, Mr. Crenshaw, Ms. Eyman and Ms. Mutinsky regarding status and claims |

| | Phase 3 Total Hours Charles Luband | 1.00 | |
|---|---|---|---|

| 11/5/2007 | Brown, Nathan | 0.90 | Review litigation analysis |
| 11/5/2007 | Brown, Nathan | 0.50 | Telephone call with Messrs. Crenshaw and Gallant |
| 11/8/2007 | Brown, Nathan | 1.80 | Review litigation analysis |
| 11/26/2007 | Brown, Nathan | 0.40 | Conference with Messrs. Crenshaw and Snyder and Ms. Robinson |
| 12/14/2007 | Brown, Nathan | 0.80 | Conference with Mr. Crenshaw regarding status and strategy |
| 12/31/2007 | Brown, Nathan | 0.60 | Conference with Mr. Crenshaw regarding claims issue |
| 1/2/2008 | Brown, Nathan | 1.00 | Conference with Ms. Eyman, Mr. Crenshaw, Ms. Mutinsky and Mr. Luband regarding status and claims |
| 1/16/2008 | Brown, Nathan | 0.75 | Analyze e-mail and memo from Mr. Crenshaw |
| 1/17/2008 | Brown, Nathan | 0.25 | Correspond with Mr. Crenshaw regarding litigation issues |
| 1/18/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw and follow up |

| | Phase 3 Total Hours Nathan Brown | 7.50 | |
|---|---|---|---|

Exhibit C-1

## Phase 3

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/26/2007 | Snyder, Ivan | 1.20 | Conduct research regarding standing issue |
| 11/26/2007 | Snyder, Ivan | 0.80 | Review memo prepared by Mr. Gallant regarding standing issue |
| 11/26/2007 | Snyder, Ivan | 0.40 | Conference with Ms. Robinson, Mr. Crenshaw and Mr. Brown regarding standing issue |
| 11/27/2007 | Snyder, Ivan | 3.00 | Conduct research regarding standing when not direct recipient of federal funding |
| 11/28/2007 | Snyder, Ivan | 5.10 | Conduct research regarding standing issue, standing for each claim and moratorium on regulation |
| 11/29/2007 | Snyder, Ivan | 1.80 | Conduct research regarding standing |
| 11/30/2007 | Snyder, Ivan | 3.40 | Prepare memo regarding research on standing |
| 12/3/2007 | Snyder, Ivan | 0.60 | Conduct research regarding standing |
| 12/3/2007 | Snyder, Ivan | 0.20 | Review Ms. Robinson's memo regarding statutory violation as presumptive irreparable harm |
| 12/5/2007 | Snyder, Ivan | 2.20 | Revise memo to incorporate arguments from Ashley County case |
| 12/6/2007 | Snyder, Ivan | 0.60 | Revise memo to incorporate arguments from Ashley County case |
| 12/10/2007 | Snyder, Ivan | 0.20 | Revise memo regarding ripeness |
| 12/13/2007 | Snyder, Ivan | 0.20 | Review draft of memo regarding standing/ripeness with state intervention |
| 12/14/2007 | Snyder, Ivan | 3.70 | Conduct research regarding standing/ripeness in Medicaid cases |
| 12/17/2007 | Snyder, Ivan | 2.30 | Conduct research regarding ripeness in Medicaid cases |
| 12/17/2007 | Snyder, Ivan | 1.20 | Summarize ripeness cases for Messrs. Crenshaw and Brown |
| 12/18/2007 | Snyder, Ivan | 0.80 | Conduct research regarding standing |

| | **Phase 3 Total Hours Ivan Snyder** | **27.70** | |
|------|------|-------|-----------|
| 1/16/2008 | Mutinsky, Sarah | 1.40 | Review Mr. Bill Crenshaw's memo on proposed timeline and additional research required |
| 1/16/2008 | Mutinsky, Sarah | 0.40 | Conference with Mr. Bill Crenshaw regarding status of litigation and proposed workload and schedule |
| 1/22/2008 | Mutinsky, Sarah | 0.20 | Conference with Mr. Bill Crenshaw regarding outstanding research issues related to Chevron standard in challenges to administrative regulations |
| 1/24/2008 | Mutinsky, Sarah | 2.40 | Review and revise Mr. Bill Crenshaw's memo on Chevron's case summaries |
| 1/25/2008 | Mutinsky, Sarah | 0.80 | Review and revise Chevron's case summary memo and potential application for Chevron's claims |
| 1/25/2008 | Mutinsky, Sarah | 0.20 | Conference with Mr. Bill Crenshaw to discuss Chevron's claims |

| | **Phase 3 Total Hours Sarah Mutinsky** | **5.40** | |
|------|------|-------|-----------|
| 11/20/2007 | Robinson, Kristin | 5.60 | Review NAPH case materials regarding irreparable harm issue |
| 11/20/2007 | Robinson, Kristin | 0.40 | Attend NAPH meeting with Mr. Crenshaw and Mr. Brown regarding status and issues to be researched |
| 11/21/2007 | Robinson, Kristin | 6.60 | Review NAPH case materials regarding irreparable harm issue |
| 11/26/2007 | Robinson, Kristin | 7.80 | Conduct research regarding statutory violation of presumptive irreparable harm for Mr. Crenshaw and Mr. Brown |
| 11/26/2007 | Robinson, Kristin | 0.40 | Conference with Mr. Crenshaw, Mr. Snyder and Mr. Brown regarding research issue |
| 11/27/2007 | Robinson, Kristin | 3.80 | Conduct research regarding statutory violation of presumptive irreparable harm for Mr. Crenshaw and Mr. Brown |

Exhibit C-1

## Phase 3

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/28/2007 | Robinson, Kristin | 3.00 | Conduct research regarding statutory violation of presumptive irreparable harm for Mr. Crenshaw and Mr. Brown |
| 11/29/2007 | Robinson, Kristin | 6.60 | Conduct research regarding statutory violation of presumptive irreparable harm for Mr. Crenshaw and Mr. Brown |
| 11/30/2007 | Robinson, Kristin | 7.60 | Conduct research regarding statutory violation of presumptive irreparable harm for Mr. Crenshaw and Mr. Brown |
| 12/2/2007 | Robinson, Kristin | 3.40 | Draft NAPH memo for Mr. Crenshaw and Mr. Brown regarding statutory violation as presumptive irreparable harm |
| 12/3/2007 | Robinson, Kristin | 4.20 | Draft NAPH memo for Mr. Crenshaw and Mr. Brown regarding statutory violation as presumptive irreparable harm |
| 12/11/2007 | Robinson, Kristin | 1.20 | Cite check section of NAPH memo regarding irreparable harm for Mr. Crenshaw |

**Phase 3 Total Hours**
**Kristin Robinson**          **50.60**


**PHASE 3 TOTAL**     **195.40**

Exhibit C-1

## Phase 4

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 2/12/2008 | Crenshaw, William | 6.00 | Review and revise Complaint |
| 2/13/2008 | Crenshaw, William | 6.20 | Draft, review and revise Complaint |
| 2/13/2008 | Crenshaw, William | 0.60 | Prepare emails regarding same |
| 2/13/2008 | Crenshaw, William | 0.20 | Email regarding status and call |
| 2/14/2008 | Crenshaw, William | 0.80 | Attend conference call with AAMC, AHA and NAPH regarding status |
| 2/14/2008 | Crenshaw, William | 0.60 | Prepare for conference call |
| 2/14/2008 | Crenshaw, William | 0.20 | Telephone conference with Ms. Burch regarding status |
| 2/14/2008 | Crenshaw, William | 0.20 | Telephone conference with Mr. Brown regarding preparation for conference call and status |
| 2/14/2008 | Crenshaw, William | 0.20 | Prepare email to Ms. Eyman |
| 2/19/2008 | Crenshaw, William | 1.00 | Telephone conference with Mr. Brown regarding status |
| 2/19/2008 | Crenshaw, William | 0.50 | Review affidavits and prepare email regarding same |
| 2/20/2008 | Crenshaw, William | 2.20 | Review and revise affidavits of UCH, ACMC, AAMC, AHA and NAPH |
| 2/20/2008 | Crenshaw, William | 0.30 | Telephone conference with Mr. Brown and Ms. Mutinsky regarding same |
| 2/25/2008 | Crenshaw, William | 3.20 | Review and revise Memorandum of Law in Support for Motion for Preliminary Injunction |
| 2/25/2008 | Crenshaw, William | 0.40 | Telephone conference with Mr. Brown and Ms. Mutinsky regarding status |
| 2/26/2008 | Crenshaw, William | 2.60 | Review and revise Preliminary Injunction Memo |
| 2/26/2008 | Crenshaw, William | 0.40 | Telephone conference with Mr. Brown and Ms. Mutinsky regarding same |
| 2/27/2008 | Crenshaw, William | 3.00 | Review research regarding same |
| 2/27/2008 | Crenshaw, William | 1.20 | Telephone conference with Ms. Mutinsky regarding same |
| 2/27/2008 | Crenshaw, William | 0.60 | Preliminary Injunction and motion |
| 2/27/2008 | Crenshaw, William | 0.20 | Review and revise Complaint |
| 2/28/2008 | Crenshaw, William | 5.10 | Draft, review and revise PI memo |
| 2/28/2008 | Crenshaw, William | 2.00 | Review research regarding Preliminary Injunction |
| 2/28/2008 | Crenshaw, William | 0.20 | Telephone conferences with Mr. Brown regarding PI memo |
| 2/28/2008 | Crenshaw, William | 0.20 | Emails regarding PI memo |
| 2/29/2008 | Crenshaw, William | 4.00 | Review and revise Preliminary Injunction memo |
| 2/29/2008 | Crenshaw, William | 2.00 | Research regarding same |
| 2/29/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 2/29/2008 | Crenshaw, William | 0.40 | Telephone conferences with Mr. Brown regarding same |
| 3/3/2008 | Crenshaw, William | 5.80 | Review and revise Preliminary Injunction Memo |
| 3/3/2008 | Crenshaw, William | 0.60 | Review and revise Preliminary Injunction Motion |
| 3/3/2008 | Crenshaw, William | 0.40 | Telephone conferences and emails with Mr. Brown regarding same |
| 3/3/2008 | Crenshaw, William | 0.20 | Telephone conference with Ms. Baer regarding status |
| 3/4/2008 | Crenshaw, William | 0.80 | Review and revise Preliminary Injunction Memo and Motion |
| 3/4/2008 | Crenshaw, William | 0.40 | Review AHA comments |
| 3/4/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 3/4/2008 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 3/5/2008 | Crenshaw, William | 1.20 | Review and revise Preliminary Injunction memo |
| 3/5/2008 | Crenshaw, William | 1.00 | Review and revise comments on Complaint |
| 3/5/2008 | Crenshaw, William | 0.60 | Prepare emails regarding same |
| 3/5/2008 | Crenshaw, William | 0.60 | Telephone conference with Mr. Brown and Ms. Mutinsky regarding same |
| 3/6/2008 | Crenshaw, William | 2.60 | Review and revise pleadings and declarations |
| 3/6/2008 | Crenshaw, William | 0.60 | Telephone conferences with Mr. Brown, Ms. Hatton, and Ms. Baer regarding status and strategy |
| 3/6/2008 | Crenshaw, William | 0.40 | Review Waxman report |
| 3/7/2008 | Crenshaw, William | 6.00 | Review and revise Preliminary Injunction memo |
| 3/7/2008 | Crenshaw, William | 2.40 | Review and revise complaint |

Exhibit C-1

## Phase 4

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 3/7/2008 | Crenshaw, William | 0.60 | Telephone conference with Mr. Brown regarding same |
| 3/7/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 3/7/2008 | Crenshaw, William | 0.40 | Draft, review and revise motion |
| 3/9/2008 | Crenshaw, William | 0.40 | Emails regarding pleadings and status |
| 3/10/2008 | Crenshaw, William | 3.40 | Review, revise and finalize Complaint |
| 3/10/2008 | Crenshaw, William | 3.20 | Review, revise and finalize Memo |
| 3/10/2008 | Crenshaw, William | 1.00 | Numerous emails and telephone conferences with Mr. Brown regarding same |
| 3/10/2008 | Crenshaw, William | 0.60 | Review, revise and finalize Declarations |
| 3/10/2008 | Crenshaw, William | 0.40 | Review, revise and finalize Motion |
| 3/10/2008 | Crenshaw, William | 0.20 | Review, revise and finalize Order |
| 3/11/2008 | Crenshaw, William | 3.00 | Final review of pleadings |
| 3/11/2008 | Crenshaw, William | 0.80 | Telephone conferences with Mr. Brown regarding same |
| 3/11/2008 | Crenshaw, William | 0.40 | Conferences and emails with Mr. Brown  regarding same |
| 3/12/2008 | Crenshaw, William | 3.20 | Draft oral argument outline |
| 3/12/2008 | Crenshaw, William | 0.40 | Telephone conferences with Mr. Brown regarding litigation issues |
| 3/12/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 3/13/2008 | Crenshaw, William | 3.00 | Draft, review and revise Preliminary Injunction Oral Argument outline |
| 3/13/2008 | Crenshaw, William | 0.60 | Various emails regarding status |
| 3/14/2008 | Crenshaw, William | 2.40 | Review and revise Argument outline |
| 3/14/2008 | Crenshaw, William | 0.40 | Telephone conference with government counsel |
| 3/14/2008 | Crenshaw, William | 0.40 | Telephone conference with Mr. Brown regarding same |
| 3/14/2008 | Crenshaw, William | 0.20 | Prepare emails regarding same |
| 3/17/2008 | Crenshaw, William | 2.40 | Draft litigation questions |
| 3/17/2008 | Crenshaw, William | 1.80 | Draft Agreed Scheduling Motion and Order |
| 3/17/2008 | Crenshaw, William | 0.40 | Telephone conference with Mr. Brown and Ms. Moore regarding same |
| 3/18/2008 | Crenshaw, William | 2.00 | Review and revise Joint Scheduling Motion |
| 3/18/2008 | Crenshaw, William | 0.60 | Telephone conference with Mr. Brown, Ms. Hatton, Ms. Burch and Ms. Fagnani and emails regarding same |
| 3/19/2008 | Crenshaw, William | 0.60 | Review and revise Scheduling Motion and Order |
| 3/19/2008 | Crenshaw, William | 0.40 | Telephone conference with Ms. Lieber, Ms. Moore and Mr. Brown regarding scheduling issues |
| 3/19/2008 | Crenshaw, William | 0.40 | Prepare emails regarding Amicus issues |
| 3/19/2008 | Crenshaw, William | 0.40 | Draft Notice of Appearance |
| 3/19/2008 | Crenshaw, William | 0.20 | Telephone conference with Court regarding same |
| 3/20/2008 | Crenshaw, William | 0.80 | Prepare emails regarding numerous issues |
| 3/20/2008 | Crenshaw, William | 0.60 | Review scheduling order and prepare emails regarding same |
| 3/21/2008 | Crenshaw, William | 0.80 | Telephone conferences with Ms. Hatton and Ms. Burch regarding Amici issue |
| 3/21/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |

| | Phase 4 Total Hours William Crenshaw | 106.70 | |
|---|---|---|---|

| 2/8/2008 | Eyman, Barbara | 1.75 | Review draft complaint and conference with Mr. Brown regarding same |
| 2/12/2008 | Eyman, Barbara | 0.25 | Review complaint |
| 2/13/2008 | Eyman, Barbara | 0.75 | Review complaint |
| 2/14/2008 | Eyman, Barbara | 3.50 | Review complaint |
| 2/14/2008 | Eyman, Barbara | 1.00 | Correspond with Ms. Romig regarding preparation of EAJA pleadings, and follow up |

Exhibit C-1

## Phase 4

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 2/18/2008 | Eyman, Barbara | 1.50 | Review moratorium argument and provide comments regarding same |
| 2/20/2008 | Eyman, Barbara | 0.50 | Correspond with Ms. Romig regarding EAJA pleadings |
| 2/20/2008 | Eyman, Barbara | 0.50 | Confer with N. Brown regarding various arguments |
| 2/21/2008 | Eyman, Barbara | 3.00 | Review cost limit argument and legislative history |
| 2/21/2008 | Eyman, Barbara | 1.00 | Confer with N. Brown regarding unit of government analysis |
| 2/22/2008 | Eyman, Barbara | 2.00 | Revise brief |
| 2/23/2008 | Eyman, Barbara | 6.00 | Revise brief |
| 2/25/2008 | Eyman, Barbara | 4.75 | Revise brief |
| 2/26/2008 | Eyman, Barbara | 3.00 | Revise brief |
| 2/26/2008 | Eyman, Barbara | 0.75 | Confer with Mr. Brown |
| 2/28/2008 | Eyman, Barbara | 0.50 | Review brief |
| 3/1/2008 | Eyman, Barbara | 3.25 | Review and revise complaint |
| 3/2/2008 | Eyman, Barbara | 4.00 | Review and revise brief |
| 3/3/2008 | Eyman, Barbara | 1.00 | Review revised brief and confer with Mr. Brown regarding same |
| 3/4/2008 | Eyman, Barbara | 0.75 | Review comments on complaint |
| 3/4/2008 | Eyman, Barbara | 0.75 | Conference with Mr. Brown and follow up |
| 3/5/2008 | Eyman, Barbara | 5.75 | Revise Complaint |
| 3/5/2008 | Eyman, Barbara | 1.00 | Calls to potential declarants |
| 3/5/2008 | Eyman, Barbara | 0.75 | Telephone conference with Mr. Crenshaw and followup |
| 3/5/2008 | Eyman, Barbara | 0.50 | Review declarations |
| 3/7/2008 | Eyman, Barbara | 3.75 | Prepare and review complaint |
| 3/8/2008 | Eyman, Barbara | 1.00 | Review and revise brief |
| 3/9/2008 | Eyman, Barbara | 0.75 | Various e-mails regarding litigation |
| 3/10/2008 | Eyman, Barbara | 3.00 | Review and revise brief |
| 3/11/2008 | Eyman, Barbara | 0.50 | Review final pleadings |
| 3/12/2008 | Eyman, Barbara | 0.50 | Attend to litigation issues |

**Phase 4 Total Hours**
**Barbara Eyman**          **58.00**

| | | | |
|---|---|---|---|
| 2/26/2008 | Luband, Charles | 0.25 | Confer with Ms. Eyman regarding regulatory history |
| 3/1/2008 | Luband, Charles | 1.25 | Review complaint |
| 3/2/2008 | Luband, Charles | 3.00 | Review and revise brief |
| 3/4/2008 | Luband, Charles | 1.25 | Review complaint comments |
| 3/5/2008 | Luband, Charles | 4.00 | Review and revise declarations |
| 3/5/2008 | Luband, Charles | 3.50 | Confer with Texas hospitals regarding declarant and plaintiff status |
| 3/5/2008 | Luband, Charles | 1.00 | Confer with Mr. Brown and Mr. Crenshaw regarding brief and complaint |
| 3/5/2008 | Luband, Charles | 0.50 | Confer with Ms. Burch and Mr. Brown regarding same |
| 3/6/2008 | Luband, Charles | 1.75 | follow up with Texas hospitals and OHSU regarding declarant status |
| 3/7/2008 | Luband, Charles | 1.50 | Review LMHS notice |
| 3/7/2008 | Luband, Charles | 0.50 | Conference with Mr. Brown and Mr. Crenshaw regarding brief |
| 3/7/2008 | Luband, Charles | 0.50 | Conference call with Ms. Billups regarding OHSU |
| 3/7/2008 | Luband, Charles | 0.50 | Conference with Ms. Mutinsky regarding draft declarations |
| 3/7/2008 | Luband, Charles | 0.25 | Conference with Mr. Cosa regarding El Paso |
| 3/8/2008 | Luband, Charles | 0.75 | Review complaint |
| 3/8/2008 | Luband, Charles | 0.25 | E-mails regarding same |
| 3/10/2008 | Luband, Charles | 1.25 | Review and revise materials |
| 3/10/2008 | Luband, Charles | 1.00 | Review materials regarding litigation filing |
| 3/10/2008 | Luband, Charles | 0.50 | Conference with Mr. Hernandez regarding declarations |
| 3/10/2008 | Luband, Charles | 0.50 | Conference with Mr. Brown and Ms. Mutinsky regarding declarations |
| 3/11/2008 | Luband, Charles | 1.50 | Assist in reviewing exhibits and materials for filing |
| 3/12/2008 | Luband, Charles | 0.25 | Conference with Mr. Brown regarding next steps |

**Phase 4 Total Hours**
**Charles Luband**          **25.75**

Exhibit C-1

## Phase 4

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 1/21/2008 | Brown, Nathan | 0.50 | E-mail to team regarding case management |
| 1/30/2008 | Brown, Nathan | 0.50 | Confer with Ms. Rayne |
| 1/31/2008 | Brown, Nathan | 0.50 | Correspond with Ms. Rayne and team regarding litigation strategy |
| 2/1/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw and Ms. Rayne, and follow up with Ms. Rayne regarding complaint |
| 2/5/2008 | Brown, Nathan | 0.75 | Confer with Ms. Rayne and Ms. Mutinsky |
| 2/6/2008 | Brown, Nathan | 0.25 | Correspond with Mr. Crenshaw |
| 2/6/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Rayne |
| 2/7/2008 | Brown, Nathan | 1.25 | Revise complaint |
| 2/7/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Rayne and Ms. Mutinsky |
| 2/8/2008 | Brown, Nathan | 1.00 | Confer with Ms. Rayne and Ms. Mutinsky regarding complaint |
| 2/8/2008 | Brown, Nathan | 0.75 | Telephone conference with Mr. Crenshaw and followup |
| 2/8/2008 | Brown, Nathan | 0.75 | Telephone conference with Ms. Fagnani |
| 2/8/2008 | Brown, Nathan | 0.50 | Telephone conference with Ms. Eyman |
| 2/8/2008 | Brown, Nathan | 0.50 | E-mail to Mr. Luband regarding NACH |
| 2/9/2008 | Brown, Nathan | 2.75 | Revise complaint |
| 2/9/2008 | Brown, Nathan | 0.50 | E-mail to Ms. Mutinsky regarding pleadings |
| 2/11/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw and Ms. Hatton |
| 2/11/2008 | Brown, Nathan | 0.50 | Correspond with Ms. Rayne and Ms. Mutinsky |
| 2/11/2008 | Brown, Nathan | 0.25 | follow up with Mr. Crenshaw |
| 2/11/2008 | Brown, Nathan | 0.25 | Correspond with Mr. Luband |
| 2/12/2008 | Brown, Nathan | 2.25 | Revise moratorium section |
| 2/12/2008 | Brown, Nathan | 0.50 | Correspond with Ms. Rayne and Ms. Mutinsky regarding same |
| 2/13/2008 | Brown, Nathan | 1.50 | Analyze revised Complaint |
| 2/13/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Porter |
| 2/13/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Jones |
| 2/13/2008 | Brown, Nathan | 0.50 | Telephone conference with Ms. McGillicuddy |
| 2/13/2008 | Brown, Nathan | 0.25 | Correspond with Mr. Crenshaw |
| 2/13/2008 | Brown, Nathan | 0.25 | E-mail to Ms. Eyman regarding Complaint |
| 2/13/2008 | Brown, Nathan | 0.25 | E-mail to Mr. Porter |
| 2/14/2008 | Brown, Nathan | 4.25 | Revise cost limit section |
| 2/14/2008 | Brown, Nathan | 0.75 | Telephone conference with associations |
| 2/14/2008 | Brown, Nathan | 0.50 | Correspond with Ms. Mutinsky and Ms. Rayne |
| 2/14/2008 | Brown, Nathan | 0.50 | Telephone conference with Ms. Burch |
| 2/14/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw |
| 2/15/2008 | Brown, Nathan | 1.25 | Revise complaint |
| 2/15/2008 | Brown, Nathan | 0.50 | Confer with Ms. Rayne and Ms. Mutinsky |
| 2/15/2008 | Brown, Nathan | 0.50 | Telephone conference with Ms. Eyman regarding complaint |
| 2/17/2008 | Brown, Nathan | 1.00 | Revise ACMC and UCH declarations and e-mail to Ms. Mutinsky regarding same |
| 2/18/2008 | Brown, Nathan | 4.50 | Analyze record and revise sections of the argument |
| 2/18/2008 | Brown, Nathan | 0.50 | Correspond with Ms. Rayne and Ms. Mutinsky |
| 2/19/2008 | Brown, Nathan | 1.00 | Analyze unit of government argument |
| 2/19/2008 | Brown, Nathan | 0.75 | Revise declarations |
| 2/19/2008 | Brown, Nathan | 0.50 | Correspond with Ms. Rayne, Ms. Mutinsky, Ms. Eyman and Mr. Luband |
| 2/19/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Fagnani |
| 2/19/2008 | Brown, Nathan | 0.25 | Correspond regarding NACH participation |
| 2/20/2008 | Brown, Nathan | 1.50 | Revise pleadings |
| 2/20/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw and Ms. Mutinsky |
| 2/20/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Staver and follow up with Ms. Eyman |
| 2/20/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Rayne |
| 2/21/2008 | Brown, Nathan | 2.00 | Prepare unit of government argument |

Exhibit C-1

## Phase 4

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 2/21/2008 | Brown, Nathan | 0.50 | Confer with Ms. Eyman regarding same |
| 2/21/2008 | Brown, Nathan | 0.50 | Correspond with Ms. Mutinsky regarding pleadings and follow up |
| 2/21/2008 | Brown, Nathan | 0.50 | Revise complaint |
| 2/22/2008 | Brown, Nathan | 1.50 | Revise unit of government argument |
| 2/22/2008 | Brown, Nathan | 0.75 | Analyze legislative history |
| 2/22/2008 | Brown, Nathan | 0.50 | Revise complaint |
| 2/22/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Eyman |
| 2/22/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Burch |
| 2/22/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Swartz |
| 2/22/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Mutinsky |
| 2/23/2008 | Brown, Nathan | 3.25 | Revise brief |
| 2/23/2008 | Brown, Nathan | 1.50 | Analyze record and legislative history |
| 2/23/2008 | Brown, Nathan | 0.25 | E-mail to Ms. Eyman and Ms. Mutinsky |
| 2/24/2008 | Brown, Nathan | 1.50 | Revise facts section |
| 2/24/2008 | Brown, Nathan | 0.50 | Revise Motion |
| 2/24/2008 | Brown, Nathan | 0.25 | E-mail to Ms. Eyman and Ms. Mutinsky |
| 2/25/2008 | Brown, Nathan | 3.50 | Revise brief |
| 2/25/2008 | Brown, Nathan | 1.25 | Revise declarations |
| 2/25/2008 | Brown, Nathan | 0.50 | Revise Motion |
| 2/25/2008 | Brown, Nathan | 0.25 | E-mail to Ms. Eyman |
| 2/25/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw and Ms. Mutinsky |
| 2/26/2008 | Brown, Nathan | 4.25 | Confer with Ms. Eyman and revise brief |
| 2/26/2008 | Brown, Nathan | 0.50 | Telephone conference with Ms. Fagnani and team |
| 2/26/2008 | Brown, Nathan | 0.50 | Telephone conference with Fagnani and team |
| 2/26/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Rayne |
| 2/26/2008 | Brown, Nathan | 0.25 | E-mail draft declarations to AHA, NAPH and AAMC |
| 2/27/2008 | Brown, Nathan | 2.25 | Revise brief |
| 2/27/2008 | Brown, Nathan | 1.50 | Revise hospital declarations |
| 2/27/2008 | Brown, Nathan | 0.75 | Correspond with Ms. Rayne |
| 2/27/2008 | Brown, Nathan | 0.50 | Telephone conference with Ms. Mutinsky and Ms. Ossman and followup |
| 2/28/2008 | Brown, Nathan | 4.25 | Revise brief and declarations |
| 2/28/2008 | Brown, Nathan | 0.50 | Correspond with Ms. Mutinsky and Ms. Rayne |
| 2/28/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Fagnani |
| 2/28/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw |
| 2/28/2008 | Brown, Nathan | 0.25 | Correspond with Mr. Luband regarding Parkland |
| 2/29/2008 | Brown, Nathan | 1.50 | Revise Complaint |
| 2/29/2008 | Brown, Nathan | 0.50 | Revise certifications |
| 2/29/2008 | Brown, Nathan | 0.25 | Correspond with Mr. Crenshaw, Ms. Mutinsky, and Ms. Rayne |
| 3/1/2008 | Brown, Nathan | 7.75 | Revise brief |
| 3/1/2008 | Brown, Nathan | 0.50 | Correspond with Ms. Eyman regarding same |
| 3/1/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Mutinsky |
| 3/2/2008 | Brown, Nathan | 0.25 | Revise Lee Memorial memo and e-mail to Ms. McGillicuddy |
| 3/3/2008 | Brown, Nathan | 4.75 | Revise brief |
| 3/3/2008 | Brown, Nathan | 0.75 | Correspond with Ms. Eyman, Mr. Luband, Ms. Mutinsky, and Ms. Rayne |
| 3/3/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw |
| 3/3/2008 | Brown, Nathan | 0.25 | E-mail pleadings |
| 3/3/2008 | Brown, Nathan | 0.25 | Review NACH declaration |
| 3/4/2008 | Brown, Nathan | 1.75 | Revise declarations |
| 3/4/2008 | Brown, Nathan | 1.00 | Analyze comments from AHA |
| 3/4/2008 | Brown, Nathan | 0.50 | Correspond with team |
| 3/4/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw |
| 3/4/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Burch |

Exhibit C-1

## Phase 4

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 3/5/2008 | Brown, Nathan | 3.25 | Revise declarations and pleadings |
| 3/5/2008 | Brown, Nathan | 0.75 | Correspond with team |
| 3/5/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw and followup |
| 3/5/2008 | Brown, Nathan | 0.50 | Correspond with plaintiffs |
| 3/5/2008 | Brown, Nathan | 0.50 | Correspond with declarants |
| 3/6/2008 | Brown, Nathan | 3.50 | Revise pleadings |
| 3/6/2008 | Brown, Nathan | 0.75 | Correspondence with declarants and potential plaintiffs |
| 3/6/2008 | Brown, Nathan | 0.25 | Correspond with team |
| 3/7/2008 | Brown, Nathan | 8.25 | Revise and re-distribute pleadings |
| 3/7/2008 | Brown, Nathan | 0.75 | Correspondence with declarants and plaintiffs |
| 3/7/2008 | Brown, Nathan | 0.50 | Correspond with team |
| 3/9/2008 | Brown, Nathan | 1.00 | Revise complaint and declarations |
| 3/9/2008 | Brown, Nathan | 0.50 | Correspond with team |
| 3/10/2008 | Brown, Nathan | 5.00 | Revise declarations and pleadings |
| 3/10/2008 | Brown, Nathan | 0.50 | Correspond with team |
| 3/10/2008 | Brown, Nathan | 0.50 | Correspondence with associations |
| 3/10/2008 | Brown, Nathan | 0.25 | Correspondence with declarants |
| 3/11/2008 | Brown, Nathan | 11.50 | Revise and file pleadings |
| 3/12/2008 | Brown, Nathan | 0.75 | Coordinate service and register with the court |
| 3/12/2008 | Brown, Nathan | 0.50 | Organize pleadings file |
| 3/12/2008 | Brown, Nathan | 0.50 | E-mail to Mr. Arnold |
| 3/12/2008 | Brown, Nathan | 0.25 | follow up with declarants |
| 3/12/2008 | Brown, Nathan | 0.25 | Correspond with NAPH |
| 3/12/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw |

| | Phase 4 Total Hours Nathan Brown | 138.25 | |
|---|---|---|---|

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 2/5/2008 | Mutinsky, Sarah | 1.00 | Attend meeting with N. Brown and P. Schafer Rayne regarding status of complaint and followup regarding NAPH cost limit litigation related filings. |
| 2/6/2008 | Mutinsky, Sarah | 1.00 | Draft plaintiff and harm sections of NAPH cost limit litigation complaint |
| 2/7/2008 | Mutinsky, Sarah | 3.00 | Draft complaint for the NAPH cost limit litigation (including correspondence with P. Schafer Rayne and N. Brown regarding regulations and legislative history relevant to cost limit argument, find and send relevant regulations and cases to P. Schafer Rayne, draft plaintiff and harm sections of the complaint |
| 2/7/2008 | Mutinsky, Sarah | 1.75 | Locate and review declarations from prior NAPH litigation to create a template declaration |
| 2/8/2008 | Mutinsky, Sarah | 3.75 | Review draft complaint in light of NACDS and prior NAPH complaints and revise complaint |
| 2/8/2008 | Mutinsky, Sarah | 1.00 | Review and summarize Congressional action related to the cost limit rule for complaint |
| 2/8/2008 | Mutinsky, Sarah | 0.50 | Determine whether we have latest Texas impact figures for purposes of NAPH cost limit litigation |
| 2/11/2008 | Mutinsky, Sarah | 8.00 | Review N. Brown's comments on the draft complaint and make necessary revisions |
| 2/12/2008 | Mutinsky, Sarah | 3.00 | Draft declaration for ACMC |
| 2/12/2008 | Mutinsky, Sarah | 2.00 | Research available DC federal court declarations and create template for NAPH cost limit litigation |
| 2/12/2008 | Mutinsky, Sarah | 1.00 | Confer with P. Schafer regarding questions related to cost limit and arbitrary and capricious arguments |
| 2/14/2008 | Mutinsky, Sarah | 4.50 | Draft NAPH, UCH, and AAMC declarations |
| 2/14/2008 | Mutinsky, Sarah | 1.25 | Review Federal District Court of DC local rules of relevance to filing the NAPH lawsuit |
| 2/14/2008 | Mutinsky, Sarah | 0.50 | Confer with N. Brown regarding status and priority of declarations |
| 2/15/2008 | Mutinsky, Sarah | 5.50 | Draft fact section of memo in support of motion |

Exhibit C-1

## Phase 4

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 2/15/2008 | Mutinsky, Sarah | 3.50 | Finish drafts of ACMC and UCH declarations |
| 2/15/2008 | Mutinsky, Sarah | 0.50 | Confer with N. Brown and P. Rayne regarding status and assignments for NAPH litigation |
| 2/17/2008 | Mutinsky, Sarah | 5.25 | Draft and revise fact section of memo in support of motion for NAPH litigation |
| 2/18/2008 | Mutinsky, Sarah | 4.00 | Draft and revise NAPH, AAMC, and AHA declarations |
| 2/18/2008 | Mutinsky, Sarah | 3.00 | Draft fact section of memo in support of motion for NAPH litigation |
| 2/19/2008 | Mutinsky, Sarah | 5.00 | Revise NAPH and AAMC declarations, and draft NACH declaration |
| 2/19/2008 | Mutinsky, Sarah | 4.50 | Research example of appropriations to non-governmental entities from past federal appropriations conference reports |
| 2/19/2008 | Mutinsky, Sarah | 0.75 | Research federal rules of civil procedure requiring disclosure statements for parties |
| 2/19/2008 | Mutinsky, Sarah | 0.75 | Set up schedule for declaration approval and contact NACH regarding process for their declaration |
| 2/20/2008 | Mutinsky, Sarah | 4.75 | Draft harm section of facts |
| 2/20/2008 | Mutinsky, Sarah | 1.50 | Confer with B. Eyman and C. Luband regarding UCH harm and governance structure for declaration |
| 2/20/2008 | Mutinsky, Sarah | 0.75 | Confer with NACH regarding declaration |
| 2/20/2008 | Mutinsky, Sarah | 0.75 | Cconfer with B. Crenshaw and N. Brown to review declarations |
| 2/20/2008 | Mutinsky, Sarah | 0.75 | Draft and revise NACH declaration to conform with revisions from B. Crenshaw |
| 2/21/2008 | Mutinsky, Sarah | 4.00 | Research evolution of Social Security Act Section 1902(a)(13)(A) and draft summary of findings for B. Eyman |
| 2/21/2008 | Mutinsky, Sarah | 2.00 | Draft fact section of memo |
| 2/21/2008 | Mutinsky, Sarah | 1.00 | Confer with B. Eyman |
| 2/22/2008 | Mutinsky, Sarah | 6.50 | Draft fact section of memo in support of motion |
| 2/22/2008 | Mutinsky, Sarah | 0.50 | Telephone conference with N. Brown regarding cost limit argument and legislative history |
| 2/23/2008 | Mutinsky, Sarah | 1.50 | Review and catalog legislative history relevant to cost limit argument |
| 2/23/2008 | Mutinsky, Sarah | 0.50 | Draft statement of facts |
| 2/24/2008 | Mutinsky, Sarah | 1.50 | Research needed legislative history for cost limit argument |
| 2/24/2008 | Mutinsky, Sarah | 1.25 | Compile and review legislative history for cost limit argument |
| 2/25/2008 | Mutinsky, Sarah | 4.00 | Compile draft brief and send to B. Crenshaw |
| 2/25/2008 | Mutinsky, Sarah | 2.50 | Revise declarations in response to comments from B. Crenshaw and N. Brown |
| 2/25/2008 | Mutinsky, Sarah | 1.00 | Draft e-mails to send declarations for N. Brown |
| 2/25/2008 | Mutinsky, Sarah | 0.50 | Review local and federal rules of civil procedure regarding disclosure statements and draft related e-mail to B. Crenshaw |
| 2/25/2008 | Mutinsky, Sarah | 0.50 | Review Medicare-related research necessary for complaint and memo in support of motion with D. Gross |
| 2/26/2008 | Mutinsky, Sarah | 2.75 | Draft declaration for Lee Memorial |
| 2/26/2008 | Mutinsky, Sarah | 2.50 | Assist in revision and citations for the memo in support of the motion |
| 2/26/2008 | Mutinsky, Sarah | 1.50 | Revise association and ACMC and UCH declarations |
| 2/26/2008 | Mutinsky, Sarah | 1.00 | Review edits to fact section |
| 2/27/2008 | Mutinsky, Sarah | 3.00 | Draft Executive Summary of Medicaid cost limit litigation analysis |
| 2/27/2008 | Mutinsky, Sarah | 3.00 | Revise statement of facts |
| 2/27/2008 | Mutinsky, Sarah | 2.75 | Revise complaint |
| 2/27/2008 | Mutinsky, Sarah | 1.00 | Confer with B. Crenshaw regarding motion and complaint |
| 2/27/2008 | Mutinsky, Sarah | 0.75 | Confer with N. Brown regarding declarations |
| 2/27/2008 | Mutinsky, Sarah | 0.50 | Telephone conference with N. Brown and A. Ossman regarding NACH declaration |
| 2/28/2008 | Mutinsky, Sarah | 2.75 | Revise fact section of memo in support of motion |
| 2/28/2008 | Mutinsky, Sarah | 2.50 | Perform necessary research to fill in citations in brief |
| 2/28/2008 | Mutinsky, Sarah | 2.50 | Conferences with P. Rayne regarding evolution of statutory provisions and gathering necessary legislative history |
| 2/28/2008 | Mutinsky, Sarah | 0.75 | Confer with N. Brown regarding changes made to complaint and motion |
| 2/29/2008 | Mutinsky, Sarah | 3.75 | Revise complaint to include edits from B. Eyman, B. Crenshaw, and N. Brown, and perform research as required |

Exhibit C-1

## Phase 4

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 2/29/2008 | Mutinsky, Sarah | 1.75 | Draft memorandum for the Lee Memorial Hospital System Board regarding participation in the litigation |
| 2/29/2008 | Mutinsky, Sarah | 1.50 | Draft disclosure statements |
| 3/3/2008 | Mutinsky, Sarah | 6.50 | Revise memo in support of motion to incorporate revisions from Nathan Brown, Barbara Eyman, Charles Luband, and William Crenshaw |
| 3/3/2008 | Mutinsky, Sarah | 4.00 | Organize declarations and exhibits |
| 3/4/2008 | Mutinsky, Sarah | 4.00 | Review necessary documents for filing |
| 3/4/2008 | Mutinsky, Sarah | 2.25 | Draft declarations and disclosure statements for UCH and Alameda |
| 3/4/2008 | Mutinsky, Sarah | 2.00 | Draft declaration for Parkland |
| 3/4/2008 | Mutinsky, Sarah | 1.00 | Revise NACH declaration incorporating comments from Barbara Eyman |
| 3/5/2008 | Mutinsky, Sarah | 4.25 | Draft declaration for UHS and template declaration for Texas hospitals and states |
| 3/5/2008 | Mutinsky, Sarah | 4.00 | Gather legislative history and statutory text for potential exhibits |
| 3/5/2008 | Mutinsky, Sarah | 2.00 | Revise and send to clients declarations for NACH, AAMC, and Alameda |
| 3/6/2008 | Mutinsky, Sarah | 4.00 | Coordinate revising and approving declarations with declarants, approval of disclosure statements, collecting declaration signature pages |
| 3/6/2008 | Mutinsky, Sarah | 2.00 | Draft declaration for Hurley Medical Center and send to Karen Lopez |
| 3/6/2008 | Mutinsky, Sarah | 1.75 | Conference call with Barbara Eyman and Kansas University regarding potential declaration |
| 3/6/2008 | Mutinsky, Sarah | 1.75 | Complete draft Lee Memorial declaration |
| 3/6/2008 | Mutinsky, Sarah | 0.75 | Collect exhibit documents |
| 3/6/2008 | Mutinsky, Sarah | 0.50 | Send drafts of filings to declarants |
| 3/7/2008 | Mutinsky, Sarah | 4.00 | Finalize declarations and collect signature pages and approval of disclosure statements |
| 3/7/2008 | Mutinsky, Sarah | 2.50 | Revise complaint |
| 3/7/2008 | Mutinsky, Sarah | 2.00 | Draft declaration for OHSU |
| 3/7/2008 | Mutinsky, Sarah | 1.50 | Prepare redlines of all revised filings to be sent out to work group |
| 3/7/2008 | Mutinsky, Sarah | 1.00 | Assist in revision of proposed order |
| 3/9/2008 | Mutinsky, Sarah | 2.00 | Revise memo and complaint to incorporate changes from Barbara Eyman, Charles Luband, and NAPH |
| 3/9/2008 | Mutinsky, Sarah | 1.50 | Review completed and draft declarations and draft emails with outstanding questions for Nathan Brown and Bill Crenshaw |
| 3/9/2008 | Mutinsky, Sarah | 1.00 | Add harm from completed declarations into the memo |
| 3/9/2008 | Mutinsky, Sarah | 0.50 | Send revised draft pleadings to declarants |
| 3/9/2008 | Mutinsky, Sarah | 0.50 | Review revised order statements related to Alameda |
| 3/10/2008 | Mutinsky, Sarah | 15.00 | Revise complaint and memo in support of motion, including adding references from declarations, adding research references, compiling exhibits and exhibit list |
| 3/10/2008 | Mutinsky, Sarah | 4.00 | Revise declarations and prepare final declarations |
| 3/10/2008 | Mutinsky, Sarah | 0.25 | Review article on another D.D.C. litigation potentially relevant to our cost limit litigation |
| 3/10/2008 | Mutinsky, Sarah | 0.25 | Conference with Mr. Brown regarding preparation for reply to CMS and organize paralegal participation for reply |
| 3/11/2008 | Mutinsky, Sarah | 4.00 | Make final revisions to memo in support of brief |
| 3/11/2008 | Mutinsky, Sarah | 2.00 | Finalize declarations and prepare for filing |
| 3/11/2008 | Mutinsky, Sarah | 2.00 | Assist in finalizing exhibits and exhibit list |
| 3/11/2008 | Mutinsky, Sarah | 1.00 | Send declarants final declarations and pleadings |
| 3/11/2008 | Mutinsky, Sarah | 0.25 | Upload and send materials related to cost limit litigation in preparation for receiving CMS reply brief |
| 3/12/2008 | Mutinsky, Sarah | 1.50 | Conference call with Mr. Brown, Ms. Eyman, Mr. Luband, Mr. Crenshaw and Ms. Rayne regarding CMS reply brief |
| 3/12/2008 | Mutinsky, Sarah | 0.50 | Add descriptions of citations to the administrative record |

**Phase 4 Total Hours Sarah Mutinsky**    **223.00**

Exhibit C-1

## Phase 4

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 1/30/2008 | Rayne, Pamela Schafer | 1.00 | Conversation with N. Brown regarding cost limit litigation and followup analysis |
| 1/31/2008 | Rayne, Pamela Schafer | 3.50 | Read background materials including cost limit litigation memorandum to become familiar with arguments to be made |
| 1/31/2008 | Rayne, Pamela Schafer | 0.50 | Corresponded with N. Brown regarding litigation |
| 2/1/2008 | Rayne, Pamela Schafer | 5.00 | Prepare complaint for CMS litigation including background section on plaintiffs |
| 2/1/2008 | Rayne, Pamela Schafer | 1.00 | Call with N. Brown and W. Crenshaw and followup |
| 2/4/2008 | Rayne, Pamela Schafer | 5.50 | Write complaint for cost limit litigation |
| 2/5/2008 | Rayne, Pamela Schafer | 4.00 | Write complaint for cost limit litigation, specifically discussing causes of action |
| 2/5/2008 | Rayne, Pamela Schafer | 0.75 | Correspondence with N. Brown and S. Mutinsky regarding the same |
| 2/6/2008 | Rayne, Pamela Schafer | 5.00 | Work on CMS litigation complaint |
| 2/6/2008 | Rayne, Pamela Schafer | 0.50 | Correspondence with N. Brown regarding the complaint |
| 2/7/2008 | Rayne, Pamela Schafer | 3.50 | Work on CMS litigation complaint including writing of the harm section |
| 2/7/2008 | Rayne, Pamela Schafer | 0.75 | Call with N. Brown and S. Mutinsky to discuss complaint and followup |
| 2/7/2008 | Rayne, Pamela Schafer | 0.50 | Correspondence with N. Brown regarding the complaint |
| 2/8/2008 | Rayne, Pamela Schafer | 5.00 | Make revisions to CMS litigation complaint based on comments by B. Eyman, N. Brown and C. Luband |
| 2/8/2008 | Rayne, Pamela Schafer | 1.00 | Correspondence with N. Brown regarding the same |
| 2/10/2008 | Rayne, Pamela Schafer | 3.25 | Begin writing the memorandum in support of the complaint for cost limit litigation, including setting forth the outline |
| 2/11/2008 | Rayne, Pamela Schafer | 4.00 | Drafted the Chevron framework for memorandum in support of complaint |
| 2/11/2008 | Rayne, Pamela Schafer | 2.00 | Made revisions to the cost limit complaint |
| 2/11/2008 | Rayne, Pamela Schafer | 0.75 | Correspondence with N. Brown regarding the same and followup |
| 2/12/2008 | Rayne, Pamela Schafer | 6.50 | Drafted portions of the memorandum in support of the complaint including Chevron I argument |
| 2/12/2008 | Rayne, Pamela Schafer | 1.00 | Correspondence with N. Brown regarding the same and followup |
| 2/13/2008 | Rayne, Pamela Schafer | 5.00 | Continued to draft Chevron I argument for memorandum in support of complaint |
| 2/13/2008 | Rayne, Pamela Schafer | 2.50 | Performed case law research to support arguments in brief |
| 2/14/2008 | Rayne, Pamela Schafer | 4.00 | Continued to draft cost limit rule litigation brief |
| 2/14/2008 | Rayne, Pamela Schafer | 0.75 | Correspondence with N. Brown regarding the same |
| 2/15/2008 | Rayne, Pamela Schafer | 6.00 | Continued to draft memorandum in support of complaint including Chevron II argument |
| 2/15/2008 | Rayne, Pamela Schafer | 0.75 | Correspondence with N. Brown and S. Mutinsky regarding the same |
| 2/16/2008 | Rayne, Pamela Schafer | 2.00 | Continued to draft memorandum in support of complaint including Chevron II argument |
| 2/16/2008 | Rayne, Pamela Schafer | 2.00 | Performed case law research to identify cases in support of arguments |
| 2/17/2008 | Rayne, Pamela Schafer | 2.50 | Performed legislative history research to develop evolution of statutory provision argument |
| 2/17/2008 | Rayne, Pamela Schafer | 1.50 | Continued to draft memorandum in support of complaint |
| 2/18/2008 | Rayne, Pamela Schafer | 2.75 | Began drafting motion |
| 2/19/2008 | Rayne, Pamela Schafer | 4.00 | Draft motion |
| 2/19/2008 | Rayne, Pamela Schafer | 2.25 | Finish drafting memorandum in support of complaint |
| 2/19/2008 | Rayne, Pamela Schafer | 0.50 | Correspondence with N. Brown |
| 2/20/2008 | Rayne, Pamela Schafer | 2.00 | Drafted motion |
| 2/20/2008 | Rayne, Pamela Schafer | 2.00 | Made changes to memorandum in support of complaint |
| 2/20/2008 | Rayne, Pamela Schafer | 0.75 | Corresponded with N. Brown |
| 2/26/2008 | Rayne, Pamela Schafer | 2.00 | Performed case law and legislative history research to identify sources to support memorandum in support of complaint |
| 2/26/2008 | Rayne, Pamela Schafer | 0.75 | Corresponded with N. Brown regarding the same |
| 2/27/2008 | Rayne, Pamela Schafer | 4.00 | Made revisions to memorandum in support of complaint |
| 2/27/2008 | Rayne, Pamela Schafer | 0.75 | Corresponded with N. Brown regarding the same |
| 2/28/2008 | Rayne, Pamela Schafer | 2.25 | Performed legislative history research to support arguments |
| 2/28/2008 | Rayne, Pamela Schafer | 1.00 | Corresponded with S. Mutinsky regarding the same |
| 2/28/2008 | Rayne, Pamela Schafer | 0.75 | Corresponded with N. Brown regarding memorandum in support of complaint |

Exhibit C-1

## Phase 4

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 2/29/2008 | Rayne, Pamela Schafer | 4.25 | Made changes to the memorandum in support of complaint and complaint based on comments from B. Eyman, and N. Brown |
| 2/29/2008 | Rayne, Pamela Schafer | 0.75 | Corresponded with N. Brown and S. Mutinsky |
| 3/3/2008 | Rayne, Pamela Schafer | 2.00 | Researched whether states have ultimate authority over determining local units of government |
| 3/3/2008 | Rayne, Pamela Schafer | 1.50 | Integrated some of those comments into the brief |
| 3/3/2008 | Rayne, Pamela Schafer | 1.00 | Communicated with S. Mutinsky, N. Brown and B. Eyman regarding various comments on the brief |
| 3/3/2008 | Rayne, Pamela Schafer | 1.00 | Gathered relevant documents for S. Antzoulatos to use in cite check |
| 3/3/2008 | Rayne, Pamela Schafer | 0.50 | Coordinated with S. Antzoulatos to perform cite check |
| 3/4/2008 | Rayne, Pamela Schafer | 1.00 | Made changes to the brief and complaint |
| 3/4/2008 | Rayne, Pamela Schafer | 0.50 | Coordinated with S. Antzoulatos regarding cite checking |
| 3/5/2008 | Rayne, Pamela Schafer | 2.50 | Researched provisions of the APA with regards to the effect of publishing a proposed rule as opposed to putting a proposed rule on display |
| 3/5/2008 | Rayne, Pamela Schafer | 2.00 | Researched legislative history regarding 1396b(i) provision |
| 3/5/2008 | Rayne, Pamela Schafer | 0.50 | Corresponded with N. Brown and S. Mutinsky regarding the same |
| 3/6/2008 | Rayne, Pamela Schafer | 3.00 | Researched case law on the APA s. 552 |
| 3/6/2008 | Rayne, Pamela Schafer | 1.00 | Confirmed cites throughout brief |
| 3/6/2008 | Rayne, Pamela Schafer | 1.00 | Gathered a list of exhibits |
| 3/7/2008 | Rayne, Pamela Schafer | 2.50 | Made changes to Cost Limit litigation brief |
| 3/7/2008 | Rayne, Pamela Schafer | 1.00 | Organized exhibits |
| 3/7/2008 | Rayne, Pamela Schafer | 0.50 | Gathered relevant documents for timeline |
| 3/7/2008 | Rayne, Pamela Schafer | 0.50 | Confirmed citations |
| 3/7/2008 | Rayne, Pamela Schafer | 0.50 | Communicated with S. Mutinsky and N. Brown to discuss changes and strategy for exhibits |
| 3/7/2008 | Rayne, Pamela Schafer | 0.50 | Reviewed documents to be filed prepared by S. Antzoulatos |
| 3/9/2008 | Rayne, Pamela Schafer | 1.00 | Put together exhibit index and reordered exhibits |
| 3/9/2008 | Rayne, Pamela Schafer | 1.00 | Made changes to the Order |
| 3/10/2008 | Rayne, Pamela Schafer | 4.00 | Finalized exhibit index |
| 3/10/2008 | Rayne, Pamela Schafer | 4.00 | Made changes to the brief and complaint |
| 3/10/2008 | Rayne, Pamela Schafer | 2.00 | Finalized other court documents |
| 3/10/2008 | Rayne, Pamela Schafer | 1.50 | Added content from the declarations into the brief |
| 3/10/2008 | Rayne, Pamela Schafer | 1.50 | Filled in missing citations in the brief |
| 3/10/2008 | Rayne, Pamela Schafer | 1.00 | Finalized declarations |
| 3/10/2008 | Rayne, Pamela Schafer | 1.00 | Communicated with N. Brown and S. Mutinsky regarding these changes |
| 3/11/2008 | Rayne, Pamela Schafer | 4.00 | Finalized filings and finalized court documents including exhibits, declarations, brief, complaint and other court documents |
| 3/11/2008 | Rayne, Pamela Schafer | 3.00 | Put together exhibit binder for Defendants |
| 3/11/2008 | Rayne, Pamela Schafer | 0.50 | Coordinated with N. Brown and S. Mutinsky in getting the documents finalized and filed |
| 3/12/2008 | Rayne, Pamela Schafer | 0.50 | Confirmed exhibits were in order |
| 3/12/2008 | Rayne, Pamela Schafer | 0.25 | Coordinated with N. Brown and S. Antzoulatos to deliver documents to defendants |
| 3/12/2008 | Rayne, Pamela Schafer | 0.25 | Organized court filings |

| | | | |
|------|------|-------|-----------|
| **Phase 4 Total Hours** **Pamela Schafer Rayne** | | **161.25** | |

| | | | |
|------|------|-------|-----------|
| 3/6/2008 | Antzoulatos, Sophia | 3.25 | Edit, proof, blue book and cite check memorandum |
| 3/6/2008 | Antzoulatos, Sophia | 1.50 | Prepare and pull exhibits to memo |
| 3/6/2008 | Antzoulatos, Sophia | 0.50 | Review Complaint and Memo in support of PI |
| 3/7/2008 | Antzoulatos, Sophia | 1.50 | Draft and prepare summons, civil cover sheet, and proposed order |
| 3/7/2008 | Antzoulatos, Sophia | 0.50 | Discuss filing issues with P. Rayne |
| 3/10/2008 | Antzoulatos, Sophia | 2.00 | Work on editing memorandum and preparing exhibits and table of authorities |
| 3/10/2008 | Antzoulatos, Sophia | 0.50 | Discuss rules and procedure with team |

Exhibit C-1

**Phase 4**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 3/11/2008 | Antzoulatos, Sophia | 4.00 | Work with P. Rayne and N. Brown on preparing Complaint, Motion for PI and accompanying dockets for filing with DDC |
| 3/11/2008 | Antzoulatos, Sophia | 1.00 | Travel to court and file documents with clerk |
| 3/12/2008 | Antzoulatos, Sophia | 1.50 | Prepare summons and exhibits for service on all parties |
| 3/12/2008 | Antzoulatos, Sophia | 0.50 | Prepare disk of all exhibits and stamped materials |
| 3/12/2008 | Antzoulatos, Sophia | 0.50 | Coordinate pick up of date stamped documents and issued summons |

**Phase 4 Total Hours**
**Sophia Antzoulatos**    **17.25**


**PHASE 4 TOTAL**    **730.20**

Exhibit C-1

## Phase 5

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 3/24/2008 | Crenshaw, William | 3.40 | Draft, review and revise Statement of Undisputed Material Facts |
| 3/24/2008 | Crenshaw, William | 2.00 | Review Robertson cases |
| 3/24/2008 | Crenshaw, William | 0.60 | Telephone conferences with Ms. Baer, Ms. Hatton, Ms. Burch and Mr. Brown regarding Amici issues |
| 3/25/2008 | Crenshaw, William | 2.20 | Review and revise Statement of Facts |
| 3/25/2008 | Crenshaw, William | 1.80 | Review and revise Motion for Summary Judgment and Order |
| 3/25/2008 | Crenshaw, William | 0.40 | Telephone conference with CIR counsel regarding amicus |
| 3/25/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 3/25/2008 | Crenshaw, William | 0.20 | Emails regarding same |
| 3/26/2008 | Crenshaw, William | 1.40 | Review and revise Motion for Summary Judgment and Memo |
| 3/26/2008 | Crenshaw, William | 0.80 | Review and revise Statement of Facts and Affidavit |
| 3/26/2008 | Crenshaw, William | 0.20 | Telephone conferences with Mr. Brown regarding amici |
| 3/26/2008 | Crenshaw, William | 0.20 | Prepare emails regarding same |
| 3/26/2008 | Crenshaw, William | 0.20 | Telephone conference with Ms. Moore regarding amici |
| 3/26/2008 | Crenshaw, William | 0.20 | Telephone conference with Mr. Brown regarding status |
| 3/27/2008 | Crenshaw, William | 4.60 | Review and revise pleadings |
| 3/27/2008 | Crenshaw, William | 0.80 | Draft amici notice and order |
| 3/27/2008 | Crenshaw, William | 0.40 | Prepare emails regarding amici and status |
| 3/27/2008 | Crenshaw, William | 0.40 | Telephone Mr. Brown regarding status |
| 3/27/2008 | Crenshaw, William | 0.20 | Prepare emails regarding same |
| 3/31/2008 | Crenshaw, William | 4.20 | Draft, review and revise Statement of Facts, Summary Judgment Memo |
| 3/31/2008 | Crenshaw, William | 0.60 | Telephone conference with Mr. Brown and Ms. Mutinsky regarding same |
| 3/31/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same and regarding amici issues |
| 4/1/2008 | Crenshaw, William | 3.00 | Initial review of record |
| 4/1/2008 | Crenshaw, William | 0.60 | Review and revise and finalize amici motion and emails regarding same |
| 4/1/2008 | Crenshaw, William | 0.60 | Research regarding executive orders |
| 4/2/2008 | Crenshaw, William | 2.80 | Review and revise summary judgment memo |
| 4/2/2008 | Crenshaw, William | 0.40 | Telephone conference with amici and Mr. Brown |
| 4/2/2008 | Crenshaw, William | 0.40 | Review CMS report |
| 4/2/2008 | Crenshaw, William | 0.40 | Conference with Mr. Brown regarding summary judgment issues |
| 4/2/2008 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 4/3/2008 | Crenshaw, William | 0.60 | Telephone conferences with Ms. Kanner and Mr. Brown |
| 4/3/2008 | Crenshaw, William | 0.40 | Telephone conferences and emails to Mr. Brown regarding status and strategy |
| 4/3/2008 | Crenshaw, William | 0.40 | Emails and conferences regarding amici issues |
| 4/4/2008 | Crenshaw, William | 2.00 | Final review of summary judgment papers |
| 4/4/2008 | Crenshaw, William | 0.40 | Emails regarding summary judgment memo and motion |
| 4/4/2008 | Crenshaw, William | 0.20 | Telephone conference with Mr. Macrocco regarding amicus issues |
| 4/7/2008 | Crenshaw, William | 3.60 | Review final rule and comments |
| 4/7/2008 | Crenshaw, William | 0.20 | Emails regarding status |
| 4/8/2008 | Crenshaw, William | 0.80 | Review and revise questions |
| 4/8/2008 | Crenshaw, William | 0.20 | Emails regarding amici and filings |
| 4/10/2008 | Crenshaw, William | 0.40 | Telephone conferences and emails regarding work assignments |
| 4/10/2008 | Crenshaw, William | 0.20 | Emails regarding amici |
| 4/11/2008 | Crenshaw, William | 0.60 | Review amicus brief and conferences |
| 4/11/2008 | Crenshaw, William | 0.20 | Telephone conferences with Mr. Brown regarding same |
| 4/11/2008 | Crenshaw, William | 0.20 | Prepare emails to amici |
| 4/12/2008 | Crenshaw, William | 2.60 | Initial review of government filings |
| 4/12/2008 | Crenshaw, William | 0.20 | Telephone conference with Mr. Brown regarding same |
| 4/12/2008 | Crenshaw, William | 0.20 | Emails regarding same |

## Phase 5

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 4/13/2008 | Crenshaw, William | 1.80 | Review and analyze government filings |
| 4/13/2008 | Crenshaw, William | 0.40 | Telephone conferences with Mr. Brown regarding same |
| 4/13/2008 | Crenshaw, William | 0.20 | Emails regarding same |
| 4/14/2008 | Crenshaw, William | 7.00 | Draft, review and revise opposition brief |
| 4/14/2008 | Crenshaw, William | 2.00 | Review research regarding same |
| 4/14/2008 | Crenshaw, William | 0.40 | Emails regarding same |
| 4/14/2008 | Crenshaw, William | 0.40 | Review and revise amici briefs |
| 4/15/2008 | Crenshaw, William | 6.20 | Draft, review and revise Opposition |
| 4/15/2008 | Crenshaw, William | 2.00 | Research regarding res judicata and draft footnote regarding same |
| 4/15/2008 | Crenshaw, William | 1.80 | Response to Statement of Facts |
| 4/16/2008 | Crenshaw, William | 9.80 | Draft, review and revise opposition |
| 4/16/2008 | Crenshaw, William | 0.40 | Telephone conferences with Mr. Brown regarding opposition |
| 4/16/2008 | Crenshaw, William | 0.40 | Emails regarding same |
| 4/17/2008 | Crenshaw, William | 5.00 | Draft, review and revise opposition and reply |
| 4/17/2008 | Crenshaw, William | 2.00 | Research regarding statutory interpretation issues |
| 4/17/2008 | Crenshaw, William | 0.80 | Draft, review and revise Burch Declaration |
| 4/17/2008 | Crenshaw, William | 0.40 | Telephone conferences and emails with Mr. Brown regarding same |
| 4/18/2008 | Crenshaw, William | 2.40 | Finalize filings |
| 4/18/2008 | Crenshaw, William | 0.40 | Telephone conferences with Mr. Brown regarding same |
| 4/18/2008 | Crenshaw, William | 0.40 | Review amicus brief and email regarding same |
| **Phase 5 Total Hours William Crenshaw** | | **91.60** | |
| 3/14/2008 | Eyman, Barbara | 0.50 | Prepare e-mail regarding litigation |
| 3/17/2008 | Eyman, Barbara | 0.25 | Review scheduling order for the litigation |
| 3/18/2008 | Eyman, Barbara | 0.50 | Conference regarding litigation strategy |
| 3/28/2008 | Eyman, Barbara | 1.25 | Review and revise summary judgment papers and e-mails regarding same |
| 3/29/2008 | Eyman, Barbara | 1.25 | Review and revise summary judgment brief and related pleadings |
| 3/29/2008 | Eyman, Barbara | 1.00 | E-mails regarding same |
| 3/29/2008 | Eyman, Barbara | 1.00 | Review administrative record |
| 3/31/2008 | Eyman, Barbara | 0.50 | E-mails regarding pleadings |
| 3/31/2008 | Eyman, Barbara | 0.25 | Review request for hearing |
| 4/10/2008 | Eyman, Barbara | 0.25 | Review amicus brief |
| 4/12/2008 | Eyman, Barbara | 4.75 | Review CMS briefs, prepare notes regarding same, and conference call regarding same |
| 4/13/2008 | Eyman, Barbara | 3.00 | Prepare response brief section |
| 4/14/2008 | Eyman, Barbara | 1.25 | Review and revise statement of facts |
| 4/14/2008 | Eyman, Barbara | 0.75 | Review amicus briefs, various e-mails regarding litigation arguments |
| 4/15/2008 | Eyman, Barbara | 3.00 | Review and revise brief |
| 4/16/2008 | Eyman, Barbara | 4.50 | Review and revise brief |
| 4/18/2008 | Eyman, Barbara | 2.00 | Review and revise brief |
| 4/18/2008 | Eyman, Barbara | 0.50 | E-mails regarding CRA and other arguments |
| **Phase 5 Total Hours Barbara Eyman** | | **26.50** | Correspond with Ms. Romig regarding preparation of EAJA pleadings, and follow up |
| 3/17/2008 | Luband, Charles | 0.25 | Review scheduling order |
| 3/18/2008 | Luband, Charles | 1.25 | Correspond with Ms. Romig regarding EAJA pleadings |
| 3/27/2008 | Luband, Charles | 1.00 | Review Declaration, undisputed facts, motion and order |
| 3/28/2008 | Luband, Charles | 1.00 | Review administrative record and County Declaration |
| 3/28/2008 | Luband, Charles | 0.25 | Conference with Mr. Brown regarding issues |
| 3/29/2008 | Luband, Charles | 1.75 | Review brief |
| 4/1/2008 | Luband, Charles | 0.25 | Conference with Mr. Brown and Ms. Eyman regarding litigation issues |
| 4/1/2008 | Luband, Charles | 0.25 | Review e-mails regarding brief |
| 4/3/2008 | Luband, Charles | 0.50 | Review and revise declaration |
| 4/3/2008 | Luband, Charles | 0.25 | Confer with Ms. Eyman and Mr. Brown regarding statutory history |

Exhibit C-1

## Phase 5

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 4/4/2008 | Luband, Charles | 0.50 | Review and revise same |
| 4/4/2008 | Luband, Charles | 0.25 | Confer with Ms. Mutinsky and Mr. Brown regarding declaration |
| 4/12/2008 | Luband, Charles | 1.00 | Attend conference call regarding response to summary judgment brief |
| 4/13/2008 | Luband, Charles | 2.00 | Review brief and e-mails regarding same |
| 4/13/2008 | Luband, Charles | 1.50 | Prepare outline for Section 1.b |
| 4/14/2008 | Luband, Charles | 4.00 | Prepare section of brief |
| 4/14/2008 | Luband, Charles | 1.00 | Conference with Mr. Brown, Ms. Mutinsky, and Ms. Rayne regarding brief and followup |
| 4/15/2008 | Luband, Charles | 6.25 | Review and revise cost limit Chevron Step 2 argument |
| 4/16/2008 | Luband, Charles | 3.00 | Review various brief sections |
| 4/16/2008 | Luband, Charles | 0.50 | Conference with Mr. Crenshaw and Mr. Brown regarding same |
| 4/17/2008 | Luband, Charles | 0.75 | Conference with Mr. Brown regarding reply brief and review same |
| 4/18/2008 | Luband, Charles | 0.25 | Conference with Ms. Mutinsky regarding filing issue |
| 4/21/2008 | Luband, Charles | 0.50 | Review e-mails regarding litigation issues |
| **Phase 5 Total Hours Charles Luband** | | **28.25** | |
| 3/13/2008 | Brown, Nathan | 0.75 | Research and analysis regarding Judge Robertson |
| 3/13/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Crenshaw |
| 3/13/2008 | Brown, Nathan | 0.25 | Correspondence with NAPH |
| 3/13/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Mutinsky regarding declarant |
| 3/14/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw and CMS counsel and follow up |
| 3/14/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Eyman and Mr. Luband regarding moratorium language |
| 3/14/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Segroves |
| 3/14/2008 | Brown, Nathan | 0.25 | Correspondence regarding amici and declarants |
| 3/14/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Gormley |
| 3/17/2008 | Brown, Nathan | 0.50 | Revise scheduling motion |
| 3/17/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Luband and Mr. Crenshaw regarding scheduling |
| 3/17/2008 | Brown, Nathan | 0.25 | E-mail to Mr. Henandez regarding declaration |
| 3/17/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Segroves |
| 3/18/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw and opposing counsel and follow up |
| 3/18/2008 | Brown, Nathan | 0.25 | Analyze FOIA response regarding Rule |
| 3/18/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Luband, Ms. Eyman and Mr. Crenshaw regarding same |
| 3/18/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Mudron |
| 3/18/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Porter and Ms. Ullman |
| 3/18/2008 | Brown, Nathan | 0.25 | Correspondence with team regarding declarants and amici |
| 3/19/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw, CMS counsel, and court clerk |
| 3/19/2008 | Brown, Nathan | 0.25 | Revise scheduling motion |
| 3/19/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Mutinsky regarding summary judgment filings |
| 3/20/2008 | Brown, Nathan | 0.25 | Analyze scheduling order |
| 3/20/2008 | Brown, Nathan | 0.25 | E-mail to Mr. Crenshaw, Ms. Eyman and Mr. Luband regarding same |
| 3/20/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Segroves regarding amicus |
| 3/21/2008 | Brown, Nathan | 1.00 | Analyze Summary Judgment rules and pleadings |
| 3/21/2008 | Brown, Nathan | 0.25 | Correspondence with team regarding amici |
| 3/21/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Brown regarding joint states amicus brief |
| 3/21/2008 | Brown, Nathan | 0.25 | follow up e-mail to Ms. Brown |
| 3/21/2008 | Brown, Nathan | 0.25 | Research regarding Judge Robertson |
| 3/24/2008 | Brown, Nathan | 4.75 | Prepare motion and memo for Summary Judgment and order |
| 3/24/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw |
| 3/24/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Mutinsky |
| 3/24/2008 | Brown, Nathan | 0.25 | Analyze Summary Judgment pleadings |
| 3/25/2008 | Brown, Nathan | 2.00 | Prepare Summary Judgment memo |
| 3/25/2008 | Brown, Nathan | 1.50 | Analyze draft statement of facts |
| 3/25/2008 | Brown, Nathan | 0.50 | Analyze summary of Robertson decisions |

Exhibit C-1

## Phase 5

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 3/25/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Mutinsky and Mr. Crenshaw |
| 3/25/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Lutz |
| 3/26/2008 | Brown, Nathan | 2.25 | Revise Statement of Undisputed Facts |
| 3/26/2008 | Brown, Nathan | 2.00 | Revise Statement of Undisputed Facts |
| 3/26/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Miller regarding amicus |
| 3/26/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Crenshaw and Ms. Mutinsky regarding Summary Judgment pleadings |
| 3/26/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Segroves |
| 3/26/2008 | Brown, Nathan | 0.25 | Revise UHS declaration |
| 3/27/2008 | Brown, Nathan | 1.75 | Revise joint amici order |
| 3/27/2008 | Brown, Nathan | 0.50 | Revise Hernandez declaration |
| 3/27/2008 | Brown, Nathan | 0.50 | Correspondence with team regarding administrative record |
| 3/27/2008 | Brown, Nathan | 0.50 | Telephone conference with opposing counsel and follow up |
| 3/27/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Miller |
| 3/27/2008 | Brown, Nathan | 0.25 | Correspondence Mr. Segroves |
| 3/27/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Crenshaw and Ms. Mutinsky regarding pleadings |
| 3/28/2008 | Brown, Nathan | 2.00 | Revise Summary Judgment pleadings |
| 3/28/2008 | Brown, Nathan | 1.75 | Research and analysis regarding severability |
| 3/28/2008 | Brown, Nathan | 0.50 | Correspondence with opposing counsel |
| 3/28/2008 | Brown, Nathan | 0.50 | Coordinate receipt of record |
| 3/28/2008 | Brown, Nathan | 0.25 | Correspondence with team |
| 3/28/2008 | Brown, Nathan | 0.25 | Correspondence with Amici |
| 3/29/2008 | Brown, Nathan | 2.25 | Revise Summary Judgment memo |
| 3/29/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Eyman, Mr. Luband and Ms. Mutinsky regarding same |
| 3/31/2008 | Brown, Nathan | 2.25 | Revise pleadings and send draft to clients |
| 3/31/2008 | Brown, Nathan | 2.00 | Revise pleadings and send draft to clients |
| 3/31/2008 | Brown, Nathan | 0.50 | Correspondence with team |
| 3/31/2008 | Brown, Nathan | 0.25 | Correspondence with team |
| 3/31/2008 | Brown, Nathan | 0.25 | Call to Mr. Hernandez |
| 3/31/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Segroves |
| 3/31/2008 | Brown, Nathan | 0.25 | Call to Mr. Hernandez |
| 3/31/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Segroves |
| 4/1/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Hatton |
| 4/1/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw |
| 4/1/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Mutinsky regarding pleadings and Hernandez declaration |
| 4/1/2008 | Brown, Nathan | 0.25 | E-mail to Ms. Brown |
| 4/2/2008 | Brown, Nathan | 1.75 | Correspondence with Ms. Mutinsky and team regarding remedies and statement of facts |
| 4/2/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw and Mr. Franklin |
| 4/2/2008 | Brown, Nathan | 0.50 | Correspondence with Ms. Kanner |
| 4/3/2008 | Brown, Nathan | 1.25 | Revise pleadings |
| 4/3/2008 | Brown, Nathan | 1.00 | Analyze legislative history |
| 4/3/2008 | Brown, Nathan | 0.75 | Correspondence with team |
| 4/3/2008 | Brown, Nathan | 0.50 | E-mail to Ms. Hatton |
| 4/3/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw and Ms. Kanner |
| 4/3/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Brown |
| 4/3/2008 | Brown, Nathan | 0.25 | Analyze court order |
| 4/4/2008 | Brown, Nathan | 0.50 | Finalize pleadings |
| 4/4/2008 | Brown, Nathan | 0.50 | Correspondence with team |
| 4/4/2008 | Brown, Nathan | 0.50 | Revise appendix |
| 4/4/2008 | Brown, Nathan | 0.50 | Coordinate filings and distribute pleadings |
| 4/8/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Crenshaw regarding amici |
| 4/8/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Mutinsky regarding pleadings |
| 4/10/2008 | Brown, Nathan | 0.25 | E-mail to team regarding litigation |

Exhibit C-1

## Phase 5

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 4/10/2008 | Brown, Nathan | 0.25 | Review CIR amicus |
| 4/10/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Miller |
| 4/11/2008 | Brown, Nathan | 0.75 | Telephone conference with Mr. Crenshaw regarding slides and CIR brief |
| 4/11/2008 | Brown, Nathan | 0.50 | Download CMS pleadings |
| 4/11/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Moore and follow up |
| 4/12/2008 | Brown, Nathan | 2.00 | Analyze CMS briefs |
| 4/12/2008 | Brown, Nathan | 1.00 | Prepare outline of response brief |
| 4/12/2008 | Brown, Nathan | 0.50 | Telephone conference with team and followup |
| 4/13/2008 | Brown, Nathan | 0.25 | Correspondence with team regarding legal arguments |
| 4/14/2008 | Brown, Nathan | 5.25 | Research, analyze, and prepare response brief |
| 4/14/2008 | Brown, Nathan | 0.75 | Analyze Covington amicus |
| 4/14/2008 | Brown, Nathan | 0.25 | Correspondence with team |
| 4/15/2008 | Brown, Nathan | 6.25 | Prepare and revise response brief |
| 4/15/2008 | Brown, Nathan | 1.00 | Analyze amici and correspondence with amici counsel |
| 4/15/2008 | Brown, Nathan | 0.75 | Correspondence with team |
| 4/16/2008 | Brown, Nathan | 8.75 | Revise brief |
| 4/16/2008 | Brown, Nathan | 0.75 | Correspondence with team |
| 4/16/2008 | Brown, Nathan | 0.75 | Correspondence with amici counsel and review CHA brief |
| 4/17/2008 | Brown, Nathan | 6.75 | Revise brief |
| 4/17/2008 | Brown, Nathan | 1.00 | Coordinate exhibits |
| 4/17/2008 | Brown, Nathan | 0.25 | E-mail draft to clients |
| 4/17/2008 | Brown, Nathan | 0.25 | Correspondence with team |
| 4/17/2008 | Brown, Nathan | 0.25 | Correspondence with amici counsel |
| 4/18/2008 | Brown, Nathan | 3.25 | Finalize brief |
| 4/18/2008 | Brown, Nathan | 0.50 | Analyze States' amicus and telephone conference with Mr. Metzler regarding same |
| 4/18/2008 | Brown, Nathan | 0.25 | Correspondence with team |
| 4/18/2008 | Brown, Nathan | 0.25 | Correspondence with opposing counsel |
| 4/21/2008 | Brown, Nathan | 1.50 | Prepare joint appendix and conference with Ms. Beauregard regarding same |
| 4/21/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Mutinsky regarding declaration filing |
| 4/21/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw and Ms. Moore |
| 4/23/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Beauregard regarding appendix |
| 4/23/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Moore |
| 4/24/2008 | Brown, Nathan | 1.75 | Correspondence with Ms. Moore, Mr. Crenshaw and Ms. Beauregard regarding joint appendix and revise same |
| 4/25/2008 | Brown, Nathan | 0.50 | Prepare and file joint appendix |
| 4/25/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Moore, Mr. Crenshaw, and Ms. Beauregard regarding same |

| | Phase 5 Total Hours Nathan Brown | 101.25 | |
|------|------|-------|-----------|
| 3/13/2008 | Mutinsky, Sarah | 0.50 | Review Hurley Medical Center declaration in response to inquiry |
| 3/13/2008 | Mutinsky, Sarah | 0.25 | Draft e-mails to Bill Crenshaw, Nathan Brown, and Karen Lopez regarding declaration |
| 3/14/2008 | Mutinsky, Sarah | 7.50 | Perform research for response memo to CMS (including research references to CMS publishing and displaying rule, transmitting rule to Congress and CRA requirements, etc. for moratorium argument in response to CMS, research Medicare margins to inpatient hospitals, etc.) |
| 3/14/2008 | Mutinsky, Sarah | 2.00 | Review declarations for retention language and evaluate need for supplemental declarations |
| 3/14/2008 | Mutinsky, Sarah | 0.50 | Send CMS reply and to filings to the declarants |
| 3/15/2008 | Mutinsky, Sarah | 4.50 | Review edits to and revise statements of facts and sections of the memo, and perform necessary research to support memo |
| 3/15/2008 | Mutinsky, Sarah | 3.00 | Research and make efforts to obtain CRA letter from CMS to Congress |
| 3/15/2008 | Mutinsky, Sarah | 0.75 | Conference with Mr. Brown, Mr. Luband and Ms. Rayne regarding status of response memo to CMS and followup |

Exhibit C-1

## Phase 5

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 3/15/2008 | Mutinsky, Sarah | 0.75 | Coordinate with paralegal for assistance in filing |
| 3/16/2008 | Mutinsky, Sarah | 7.50 | Research, add citations, and edit sections of response memo to CMS for Cost Limit Rule litigation |
| 3/17/2008 | Mutinsky, Sarah | 2.00 | Prepare supplemental declaration |
| 3/17/2008 | Mutinsky, Sarah | 2.00 | Revise filings |
| 3/17/2008 | Mutinsky, Sarah | 0.75 | Coordinate with paralegal regarding filing |
| 3/17/2008 | Mutinsky, Sarah | 0.25 | Follow-up email and conference call with Nathan Brown regarding George Hernandez declaration issue |
| 3/18/2008 | Mutinsky, Sarah | 4.25 | Prepare brief in support of response to CMS motion for summary judgment/reply to CMS |
| 3/18/2008 | Mutinsky, Sarah | 3.00 | Response to CMS statement of facts for filing |
| 3/18/2008 | Mutinsky, Sarah | 1.00 | Supplemental declaration |
| 3/19/2008 | Mutinsky, Sarah | 1.00 | Review Ashley appeal for examples of brief in support of motion for summary judgment and statement of undisputed facts, and compare to memo in support of motion for preliminary injunction |
| 3/19/2008 | Mutinsky, Sarah | 0.50 | Research Judge Robertson's prior decisions related to agency action/rulemaking |
| 3/21/2008 | Mutinsky, Sarah | 2.00 | Find examples of motion for SJ, SJ order, and statement of materials facts from Ashley and other DDC cases |
| 3/21/2008 | Mutinsky, Sarah | 1.00 | Summarize PI cases |
| 3/21/2008 | Mutinsky, Sarah | 0.50 | Research Judge Robertson's PI and summary judgment cases related to agency regulations |
| 3/21/2008 | Mutinsky, Sarah | 0.25 | Pull and send amicus briefs to Mr. Brown and review which have been accepted by court |
| 3/21/2008 | Mutinsky, Sarah | 0.25 | Telephone calls with D.C. District court clerk regarding follow up to filings |
| 3/24/2008 | Mutinsky, Sarah | 2.75 | Research and review summary judgment cases decided by Judge Robertson to inform summary judgment memo research standard of review for summary judgment |
| 3/24/2008 | Mutinsky, Sarah | 1.75 | Draft summary e-mail of preliminary injunction cases for Mr. Brown and Mr. Crenshaw to inform next filing |
| 3/25/2008 | Mutinsky, Sarah | 2.50 | Research issue of timing for requesting attorneys fees and relevant cases and draft summary for Mr. Brown and Mr. Crenshaw |
| 3/25/2008 | Mutinsky, Sarah | 2.25 | Review summary judgment standard specifically for agency actions, and distinguishing review of agency adjudication from review of rulemaking |
| 3/25/2008 | Mutinsky, Sarah | 0.50 | Review Judge Robertson's summary judgment cases and draft summary e-mail for Mr. Brown and Mr. Crenshaw |
| 3/26/2008 | Mutinsky, Sarah | 0.75 | Assist with Hernandez declaration |
| 3/26/2008 | Mutinsky, Sarah | 0.75 | Draft e-mail to Mr. Crenshaw regarding N.C. Fisheries and the related standard |
| 3/26/2008 | Mutinsky, Sarah | 0.50 | Confirm whether cited summary judgment cases involve adjudication |
| 3/26/2008 | Mutinsky, Sarah | 0.50 | Find sources for citation to the date the president signed the moratorium for incorporation into the summary judgment memo |
| 3/26/2008 | Mutinsky, Sarah | 0.50 | Conference with Mr. Brown regarding next steps for litigation |
| 3/26/2008 | Mutinsky, Sarah | 0.25 | Review e-mails from Mr. Brown and Mr. Crenshaw regarding summary judgment standard and attorneys fees research |
| 3/27/2008 | Mutinsky, Sarah | 2.00 | Begin revisions to memo |
| 3/27/2008 | Mutinsky, Sarah | 0.75 | Conference call with Mr. Brown and Mr. Crenshaw to discuss suggested changes and next steps |
| 3/27/2008 | Mutinsky, Sarah | 0.50 | Review memo in support of motion for summary judgment and changes from Mr. Brown and Mr. Crenshaw |
| 3/27/2008 | Mutinsky, Sarah | 0.25 | Draft e-mail to Mr. Hernandez regarding declaration and reformat signature page |
| 3/28/2008 | Mutinsky, Sarah | 3.75 | Revise memo in support of motion for summary judgment, including performing research on severability of parts of the rule |
| 3/28/2008 | Mutinsky, Sarah | 2.50 | Review administrative record and add citations to the record into the memo |
| 3/28/2008 | Mutinsky, Sarah | 1.25 | Organize copies of administrative record for Ms. Eyman and others |

Exhibit C-1

## Phase 5

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 3/28/2008 | Mutinsky, Sarah | 0.25 | Review e-mails on revising Bexar declaration and memo in support of motion for summary judgment |
| 3/28/2008 | Mutinsky, Sarah | 0.25 | Send out memo for internal review |
| 3/29/2008 | Mutinsky, Sarah | 1.50 | Read CMS reply and provide feedback to Mr. Brown |
| 3/29/2008 | Mutinsky, Sarah | 1.50 | Review and shepardize Cervase case for ways to rebut CMS reply to the moratorium argument |
| 3/29/2008 | Mutinsky, Sarah | 1.25 | Research history of Medicaid state share regulation (42 C.F.R. 433.51) |
| 3/31/2008 | Mutinsky, Sarah | 5.00 | Revise memo in support of motion of summary judgment, incorporating comments from Mr. Crenshaw, Mr. Brown, Mr. Luband, and Ms. Eyman |
| 3/31/2008 | Mutinsky, Sarah | 2.50 | Revise statement of materials facts |
| 3/31/2008 | Mutinsky, Sarah | 1.00 | Assist with finalizing Hernandez declaration for filing with the memo |
| 3/31/2008 | Mutinsky, Sarah | 0.75 | Conference call with Mr. Brown and Mr. Crenshaw regarding revisions to the memo |
| 4/1/2008 | Mutinsky, Sarah | 0.75 | Review and revise memo in support of motion for summary judgment and draft e-mail of potential issues to Mr. Nathan Brown |
| 4/1/2008 | Mutinsky, Sarah | 0.50 | Make revisions to Mr. Hernandez's declaration to incorporate date estimates and resend |
| 4/1/2008 | Mutinsky, Sarah | 0.50 | Make further revisions to Mr. Hernandez's declaration to incorporate suggestions from Ms. Eyman |
| 4/1/2008 | Mutinsky, Sarah | 0.50 | Conference with Mr. Brown regarding administrative record |
| 4/1/2008 | Mutinsky, Sarah | 0.25 | Conference call with Mr. Hernandez regarding declaration |
| 4/2/2008 | Mutinsky, Sarah | 1.25 | Revise memo in support of motion for summary judgment to include changes from Mr. Crenshaw |
| 4/2/2008 | Mutinsky, Sarah | 0.50 | Conference with Mr. Brown regarding next steps for filing summary judgment papers on Friday, filing requirements, etc. |
| 4/2/2008 | Mutinsky, Sarah | 0.50 | Correspondence with Ms. Antzoulatos regarding preparation for filing summary judgment papers |
| 4/2/2008 | Mutinsky, Sarah | 0.50 | Review Dennis Smith testimony from House hearing about moratorium provisions for incorporation into filing |
| 4/2/2008 | Mutinsky, Sarah | 0.25 | E-mail Ms. Burch regarding declaration |
| 4/2/2008 | Mutinsky, Sarah | 0.25 | E-mails to Mr. Brown and Mr. Crenshaw regarding declarations |
| 4/3/2008 | Mutinsky, Sarah | 4.00 | Edit and fill in research holes in summary judgment papers and prepare for filing; |
| 4/3/2008 | Mutinsky, Sarah | 1.50 | Address potential changes to NAPH declaration and edits to UHS declaration; |
| 4/3/2008 | Mutinsky, Sarah | 1.00 | Conferences with Mr. Brown and Mr. Luband regarding changes to UHS declaration |
| 4/4/2008 | Mutinsky, Sarah | 4.00 | Prepare summary judgment papers for filing |
| 4/4/2008 | Mutinsky, Sarah | 1.50 | Revise UHS declaration |
| 4/7/2008 | Mutinsky, Sarah | 0.75 | Research an efficient way to distribute large summary judgment filings and exhibits to clients/plaintiffs and prepare documents to send |
| 4/8/2008 | Mutinsky, Sarah | 2.50 | Send pleadings and exhibits from MSJ to plaintiffs/client, and final declaration to Mr. Hernandez |
| | **Phase 5 Total Hours Sarah Mutinsky** | **105.00** | |
| 4/14/2008 | Robinson, Kristin | 10.00 | Research NAPH issue for Mr. Crenshaw regarding standing of members of an association |
| | **Phase 5 Total Hours Kristin Robinson** | **10.00** | |
| 4/3/2008 | Rayne, Pamela Schafer | 0.75 | Check legislative history for text of cost limit |
| 4/3/2008 | Rayne, Pamela Schafer | 0.50 | Discuss text with N. Brown and S. Mutinsky |
| 4/3/2008 | Rayne, Pamela Schafer | 0.25 | Request additional documents from librarian |
| 4/12/2008 | Rayne, Pamela Schafer | 1.00 | Draft Executive Summary of Medicaid cost limit litigation analysis |
| 4/12/2008 | Rayne, Pamela Schafer | 1.00 | Pulled cases for B. Crenshaw |
| 4/12/2008 | Rayne, Pamela Schafer | 0.75 | Read reply brief |
| 4/12/2008 | Rayne, Pamela Schafer | 0.50 | Noted the administrative record citations on brief |

Exhibit C-1

## Phase 5

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 4/13/2008 | Rayne, Pamela Schafer | 3.00 | Wrote rebuttal to Moratorium argument presented in agency's response brief |
| 4/13/2008 | Rayne, Pamela Schafer | 1.00 | Performed case law research to support Moratorium argument |
| 4/13/2008 | Rayne, Pamela Schafer | 1.00 | Researched Office of Federal Register's role with regard to other agency's |
| 4/13/2008 | Rayne, Pamela Schafer | 1.00 | Looked into whether there was an agency relationship formed between Office of Federal Register and CMS; researched case law relating to the meaning of "published" in the APA |
| 4/14/2008 | Rayne, Pamela Schafer | 4.00 | Wrote reply to moratorium argument |
| 4/14/2008 | Rayne, Pamela Schafer | 2.00 | Conducted case law research to fill in cites for Chevron step I argument |
| 4/14/2008 | Rayne, Pamela Schafer | 1.00 | Conversations with S. Mutinsky, N. Brown and C. Luband regarding strategy for these sections |
| 4/15/2008 | Rayne, Pamela Schafer | 1.50 | Completed Moratorium section of the brief |
| 4/15/2008 | Rayne, Pamela Schafer | 1.00 | Performed case law research related to whether technical violations of statutes are still significant |
| 4/15/2008 | Rayne, Pamela Schafer | 1.00 | Identified citations to be used in Chevron I section |
| 4/15/2008 | Rayne, Pamela Schafer | 0.50 | Discussions with N. Brown, S. Mutinsky and B. Crenshaw regarding the same |
| 4/16/2008 | Rayne, Pamela Schafer | 4.00 | Combined brief inserts into main document including making changes to conform style |
| 4/16/2008 | Rayne, Pamela Schafer | 3.00 | Made changes based on B. Crenshaw and B. Eyman comments |
| 4/16/2008 | Rayne, Pamela Schafer | 2.00 | Researched case law and legislative history to fill in cites in section I and IV of the brief |
| 4/16/2008 | Rayne, Pamela Schafer | 1.00 | Linked citations to administrative record |
| 4/16/2008 | Rayne, Pamela Schafer | 0.50 | Conversed with S. Mutinsky and N. Brown regarding changes to the brief |
| 4/17/2008 | Rayne, Pamela Schafer | 1.00 | Incorporated changes into the brief from N. Brown, B. Eyman, C. Luband and B. Crenshaw |
| 4/17/2008 | Rayne, Pamela Schafer | 1.00 | Conducted research on Social Security Act's delegation of power to HHS |
| 4/17/2008 | Rayne, Pamela Schafer | 1.00 | Reviewed Shepards report and confirmed cases were still good law on issues cited |
| 4/17/2008 | Rayne, Pamela Schafer | 0.50 | Gathered documents to be added to the record |
| 4/18/2008 | Rayne, Pamela Schafer | 2.00 | Made changes to the reply brief |
| 4/18/2008 | Rayne, Pamela Schafer | 0.50 | Confirmed citations and filled in holes relating to cross-references in the brief |

|  | **Phase 5 Total Hours Pamela Schafer Rayne** | **38.25** |  |
|------|------|-------|-----------|

| 3/19/2008 | Antzoulatos, Sophia | 0.50 | Review Joint motion and prepare for filing through ECF with D.D.C. |
| 4/2/2008 | Antzoulatos, Sophia | 0.50 | Answer various questions for S. Mutinsky regarding D.D.C. court rules and procedures for filing a summary judgment motion |
| 4/4/2008 | Antzoulatos, Sophia | 0.25 | Answer questions regarding filing of Summary Judgment |
|  | **Phase 5 Total Hours Sophia Antzoulatos** | **1.25** |  |
| 4/4/2008 | Beauregard, Sheryl | 1.00 | Convert exhibits for acceptable format |
| 4/4/2008 | Beauregard, Sheryl | 0.75 | Prepare copies of filed documents for distribution to the client |
| 4/4/2008 | Beauregard, Sheryl | 0.50 | Review local rules prior to filing |
| 4/4/2008 | Beauregard, Sheryl | 0.50 | Review MSJ documents; |
| 4/4/2008 | Beauregard, Sheryl | 0.50 | Check and Update Table of Authorities |
| 4/4/2008 | Beauregard, Sheryl | 0.50 | File documents |
| 4/4/2008 | Beauregard, Sheryl | 0.25 | Contact ECF regarding filing format of documents |
| 4/17/2008 | Beauregard, Sheryl | 3.00 | Proofread, citecheck, bluebook, quotecheck document |
| 4/17/2008 | Beauregard, Sheryl | 0.50 | Review Plaintiffs' Memo in Opposition to Defendants' Cross-Motion for Summary Judgment and in Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment |
| 4/18/2008 | Beauregard, Sheryl | 8.50 | Proofread, citecheck, quotecheck, shepardize; create Table of Authorities |
| 4/18/2008 | Beauregard, Sheryl | 1.00 | Discuss format with Court Clerk, and Electronically File the Document |

Exhibit C-1

## Phase 5

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 4/18/2008 | Beauregard, Sheryl | 0.50 | Review Plaintiffs' Memorandum of Law in Opposition to Defendants' Cross-Motion for Summary Judgment |
| 4/21/2008 | Beauregard, Sheryl | 0.25 | Teleconference with clerks office, discuss supplemental declaration exhibits |
| 4/21/2008 | Beauregard, Sheryl | 0.25 | File errata and forward material to N. Brown |
| 4/21/2008 | Beauregard, Sheryl | 0.25 | Teleconference with clerks office regarding docket entry of combined pleading |
| 4/21/2008 | Beauregard, Sheryl | 0.25 | Forward information to team |
| 4/23/2008 | Beauregard, Sheryl | 3.00 | Review all summary judgment documents, pull out all cites to administrative record |
| 4/23/2008 | Beauregard, Sheryl | 0.50 | Begin preparation of Joint Appendix |
| 4/24/2008 | Beauregard, Sheryl | 5.00 | Gather all docueme+E1729nts combine to form complete index |
| 4/24/2008 | Beauregard, Sheryl | 0.50 | Contact Clerk regarding filing of Joint Appendix |
| 4/24/2008 | Beauregard, Sheryl | 0.50 | Continue review of Summary Judgment documents, building of Joint Appendix |
| 4/24/2008 | Beauregard, Sheryl | 0.25 | Forward to N. Brown for review |
| 4/24/2008 | Beauregard, Sheryl | 0.25 | Finalize Joint Appendix, forward for review |
| 4/25/2008 | Beauregard, Sheryl | 1.00 | Update Joint Appendix, including coverpages for all documents not identified by AR designation |
| 4/25/2008 | Beauregard, Sheryl | 1.00 | Create 20 pages portions of Joint Appendix for filing with the court |
| 4/25/2008 | Beauregard, Sheryl | 1.00 | File all portions of the Joint Appendix with ECF |
| 4/25/2008 | Beauregard, Sheryl | 0.25 | Attempt to compress file for faster ECF file |
| 4/25/2008 | Beauregard, Sheryl | 0.25 | Contact clerk to verify size limits |
| 4/25/2008 | Beauregard, Sheryl | 0.25 | Final review of all briefs for AR cites |
| 4/25/2008 | Beauregard, Sheryl | 0.25 | Teleconference with Litigation Counsel office regarding Index, AR Cites and Appendix |

**Phase 5 Total Hours
Sheryl Beauregard**          **32.50**

**PHASE 5 TOTAL          434.60**

Exhibit C-1

## Phase 6

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 4/1/2008 | Crenshaw, William | 0.80 | Prepare analysis and power point |
| 4/1/2008 | Crenshaw, William | 0.40 | Emails regarding status and arguments |
| 4/3/2008 | Crenshaw, William | 2.80 | Review and revise legal argument and slides |
| 4/3/2008 | Crenshaw, William | 0.40 | Telephone conferences with Mr. Brown regarding power point |
| 4/9/2008 | Crenshaw, William | 3.20 | Draft, review and revise power point |
| 4/10/2008 | Crenshaw, William | 2.00 | Draft, review and revise power point |
| 4/11/2008 | Crenshaw, William | 1.60 | Review and revise power point and question and answer |
| 4/21/2008 | Crenshaw, William | 2.00 | Review and organize files and research |
| 4/21/2008 | Crenshaw, William | 1.80 | Review and revise Argument |
| 4/21/2008 | Crenshaw, William | 0.40 | Telephone conferences with Mr. Brown and emails regarding filing issues |
| 4/21/2008 | Crenshaw, William | 0.40 | Telephone conference with Ms. Moore and Mr. Brown regarding Appendix |
| 4/22/2008 | Crenshaw, William | 5.80 | Draft, review and revise Argument outline and PowerPoint |
| 4/22/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 4/23/2008 | Crenshaw, William | 3.40 | Draft, review and revise summary judgment argument |
| 4/23/2008 | Crenshaw, William | 3.00 | Review and revise PowerPoint |
| 4/23/2008 | Crenshaw, William | 0.40 | Practice argument |
| 4/23/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 4/24/2008 | Crenshaw, William | 3.60 | Prepare for moot court session for summary judgment hearing |
| 4/24/2008 | Crenshaw, William | 2.00 | Attend moot court session for summary judgment hearing |
| 4/24/2008 | Crenshaw, William | 2.00 | Review and revise argument |
| 4/25/2008 | Crenshaw, William | 1.00 | Review and revise PowerPoint and prepare emails regarding same |
| 4/25/2008 | Crenshaw, William | 0.60 | Review and revise argument |
| 4/25/2008 | Crenshaw, William | 0.40 | Telephone conferences and emails with Mr. Brown regarding Appendix |
| 4/25/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 4/26/2008 | Crenshaw, William | 1.00 | Review reply brief |
| 4/27/2008 | Crenshaw, William | 3.40 | Review and revise Oral Argument and PowerPoint |
| 4/27/2008 | Crenshaw, William | 0.40 | Emails regarding same |
| 4/28/2008 | Crenshaw, William | 3.00 | Review background materials and rule |
| 4/28/2008 | Crenshaw, William | 2.40 | Review and revise PowerPoint and argument |
| 4/28/2008 | Crenshaw, William | 2.00 | Review and analyze Reply Brief |
| 4/29/2008 | Crenshaw, William | 3.20 | Review research |
| 4/29/2008 | Crenshaw, William | 1.60 | Preparation for oral argument |
| 4/29/2008 | Crenshaw, William | 1.60 | Review and revise PowerPoint and argument |
| 4/29/2008 | Crenshaw, William | 0.40 | Telephone conferences and emails with Mr. Brown regarding same |
| 4/30/2008 | Crenshaw, William | 3.20 | Review and revise argument and PowerPoint |
| 4/30/2008 | Crenshaw, William | 2.70 | Prepare for oral argument |
| 4/30/2008 | Crenshaw, William | 2.00 | Conduct moot session |
| 4/30/2008 | Crenshaw, William | 0.60 | Conferences with Mr. Brown and Ms. Eyman regarding same |
| 5/1/2008 | Crenshaw, William | 7.40 | Review and revise oral argument and PowerPoint presentation |
| 5/1/2008 | Crenshaw, William | 0.40 | Telephone conferences and emails with Mr. Brown and Ms. Eyman regarding same |
| 5/2/2008 | Crenshaw, William | 4.40 | Review files and research |
| 5/2/2008 | Crenshaw, William | 2.00 | Review and revise summary judgment argument and PowerPoint presentation |
| 5/2/2008 | Crenshaw, William | 1.40 | Prepare for summary judgment hearing |
| 5/2/2008 | Crenshaw, William | 0.40 | Prepare email regarding same |
| 5/3/2008 | Crenshaw, William | 2.00 | Review record |
| 5/4/2008 | Crenshaw, William | 2.00 | Review files |

Exhibit C-1

## Phase 6

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 5/4/2008 | Crenshaw, William | 2.00 | Prepare for oral argument |
| 5/4/2008 | Crenshaw, William | 1.60 | Review and revise argument |
| 5/4/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 5/5/2008 | Crenshaw, William | 3.60 | Prepare for oral argument |
| 5/5/2008 | Crenshaw, William | 0.40 | Emails regarding same |
| 5/6/2008 | Crenshaw, William | 3.00 | Prepare for Motion for Summary Judgment hearing |
| 5/6/2008 | Crenshaw, William | 2.80 | Attend Moot Argument sessions |
| 5/6/2008 | Crenshaw, William | 2.50 | Finalize presentation |
| 5/6/2008 | Crenshaw, William | 1.20 | Prepare for Moot Argument sessions |
| 5/6/2008 | Crenshaw, William | 0.40 | Prepare correspondence to court regarding PowerPoint |
| 5/6/2008 | Crenshaw, William | 0.20 | Telephone conference with law clerk regarding hearing |
| 5/6/2008 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 5/6/2008 | Crenshaw, William | 0.20 | Emails regarding same |
| 5/7/2008 | Crenshaw, William | 5.50 | Prepare for oral argument |
| 5/7/2008 | Crenshaw, William | 2.60 | Attend oral argument |
| 5/7/2008 | Crenshaw, William | 0.40 | Follow up conferences with Mr. Brown regarding same |
| 5/8/2008 | Crenshaw, William | 1.40 | Telephone conferences and emails with Mr. Brown and Ms. Mutinsky regarding follow up issues |
| 5/9/2008 | Crenshaw, William | 0.20 | Prepare email regarding status |
| 5/12/2008 | Crenshaw, William | 0.60 | Brief appellate research |
| 5/12/2008 | Crenshaw, William | 0.40 | Telephone conferences with Ms. Baer and Mr. Brown regarding status and strategy |
| 5/12/2008 | Crenshaw, William | 0.30 | Prepare emails regarding same |
| 5/12/2008 | Crenshaw, William | 0.20 | Prepare emails regarding same |
| 5/13/2008 | Crenshaw, William | 1.20 | Review research regarding same |
| 5/13/2008 | Crenshaw, William | 0.80 | Telephone conferences with Ms. Kanner, Mr. Gallant and Mr. Brown regarding letter |
| 5/13/2008 | Crenshaw, William | 0.30 | Emails regarding call |
| 5/13/2008 | Crenshaw, William | 0.30 | Prepare email regarding same |
| 5/14/2008 | Crenshaw, William | 3.40 | Draft, review and revise letter to Judge Robertson |
| 5/14/2008 | Crenshaw, William | 0.40 | Telephone conferences with Mr. Brown |
| 5/14/2008 | Crenshaw, William | 0.40 | Emails regarding same |
| 5/15/2008 | Crenshaw, William | 2.80 | Draft emergency motion and order |
| 5/15/2008 | Crenshaw, William | 0.80 | Finalize letter to Judge and emails regarding same |
| 5/15/2008 | Crenshaw, William | 0.60 | Telephone conferences and emails with Mr. Brown regarding same |
| 5/16/2008 | Crenshaw, William | 1.40 | Finalize and file Emergency Motion and Order |
| 5/16/2008 | Crenshaw, William | 0.40 | Telephone conferences and emails regarding same |
| 5/16/2008 | Crenshaw, William | 0.40 | Review Notice of Intent |
| 5/16/2008 | Crenshaw, William | 0.40 | Prepare response |
| 5/16/2008 | Crenshaw, William | 0.20 | Emails regarding same |
| 5/19/2008 | Crenshaw, William | 0.50 | Emails regarding status and reply |
| 5/21/2008 | Crenshaw, William | 0.80 | Telephone conferences and emails with Mr. Brown regarding same |
| 5/21/2008 | Crenshaw, William | 0.40 | Review Government filing |
| 5/21/2008 | Crenshaw, William | 0.20 | Prepare emails regarding same |
| 5/21/2008 | Crenshaw, William | 0.10 | Correspond with Ms. Romig regarding preparation of EAJA pleadings, and follow up |
| 5/22/2008 | Crenshaw, William | 3.80 | Review and revise Reply |
| 5/22/2008 | Crenshaw, William | 0.80 | Correspond with Ms. Romig regarding EAJA pleadings |

Exhibit C-1

## Phase 6

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 5/22/2008 | Crenshaw, William | 0.40 | Conferences and emails with Mr. Brown regarding same |
| 5/23/2008 | Crenshaw, William | 1.00 | Review Opinion |
| 5/23/2008 | Crenshaw, William | 0.60 | Emails regarding status and ruling |
| 5/27/2008 | Crenshaw, William | 0.60 | Review opinion and judgment |
| 5/27/2008 | Crenshaw, William | 0.60 | Telephone conferences with Mr. Brown and emails regarding same |

**Phase 6 Total Hours William Crenshaw** — **140.40**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 4/24/2008 | Eyman, Barbara | 3.25 | Moot session with Mr. Crenshaw |
| 4/25/2008 | Eyman, Barbara | 0.75 | Review litigation powerpoint |
| 4/26/2008 | Eyman, Barbara | 0.75 | E-mail regarding oral argument |
| 4/28/2008 | Eyman, Barbara | 1.00 | E-mail regarding CMS reply brief; review same |
| 4/29/2008 | Eyman, Barbara | 1.00 | Prepare comments on CMS brief |
| 4/29/2008 | Eyman, Barbara | 0.75 | Review and revise powerpoint |
| 4/29/2008 | Eyman, Barbara | 0.25 | Related e-mails |
| 4/29/2008 | Eyman, Barbara | 0.25 | Review IGT history research |
| 4/30/2008 | Eyman, Barbara | 3.00 | Attend moot court session and debriefing |
| 4/30/2008 | Eyman, Barbara | 0.50 | Conference call with Ms. Brown of Covington |

**Phase 6 Total Hours Barbara Eyman** — **11.50**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 4/22/2008 | Luband, Charles | 0.25 | Review e-mails regarding powerpoint |
| 4/23/2008 | Luband, Charles | 0.25 | Review powerpoint |
| 4/23/2008 | Luband, Charles | 0.25 | Conference with Ms. Eyman and Mr. Brown regarding same |
| 4/25/2008 | Luband, Charles | 1.75 | Review and revise powerpoint presentation |
| 4/25/2008 | Luband, Charles | 0.50 | Conference with Mr. Crenshaw and Mr. Brown regarding same |
| 4/27/2008 | Luband, Charles | 0.25 | Review government reply |
| 4/28/2008 | Luband, Charles | 1.50 | Review CMS brief |
| 4/28/2008 | Luband, Charles | 0.50 | Review and revise slideshow |
| 4/28/2008 | Luband, Charles | 0.25 | E-mails regarding same |
| 4/28/2008 | Luband, Charles | 0.25 | Conference with Mr. Crenshaw and Mr. Brown regarding hearing issues |
| 4/29/2008 | Luband, Charles | 1.00 | Review and revise talking points |
| 4/29/2008 | Luband, Charles | 0.50 | Confer with Mr. Brown and Ms. Eyman regarding litigation issues |
| 4/30/2008 | Luband, Charles | 2.00 | Attend moot |
| 4/30/2008 | Luband, Charles | 0.50 | Review and revise presentation |
| 4/30/2008 | Luband, Charles | 0.50 | Feedback regarding same |
| 4/30/2008 | Luband, Charles | 0.25 | Comments regarding same |

**Phase 6 Total Hours Charles Luband** — **10.50**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 4/22/2008 | Brown, Nathan | 1.75 | Analyze CBO report and correspondence with Mr. Luband regarding same |
| 4/22/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Crenshaw |
| 4/23/2008 | Brown, Nathan | 1.75 | Analyze draft powerpoint and correspondence with Ms. Eyman and Mr. Crenshaw regarding same |
| 4/24/2008 | Brown, Nathan | 3.25 | Moot session with Mr. Crenshaw, Ms. Eyman and Mr. Luband and follow up |
| 4/25/2008 | Brown, Nathan | 1.50 | Analyze presentation powerpoint and correspondence with team |
| 4/25/2008 | Brown, Nathan | 0.50 | Analyze CBPP report on Rule |
| 4/28/2008 | Brown, Nathan | 4.00 | Analyze legislative history and revise presentation |
| 4/28/2008 | Brown, Nathan | 1.75 | Analyze pleadings |
| 4/28/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Crenshaw |
| 4/28/2008 | Brown, Nathan | 0.25 | Correspondence with amici |
| 4/29/2008 | Brown, Nathan | 1.75 | Analyze Cervase case and OFR regulations |
| 4/29/2008 | Brown, Nathan | 0.75 | Correspondence with team and revise powerpoint |
| 4/30/2008 | Brown, Nathan | 3.00 | Moot court preparation and follow up with team |

Exhibit C-1

## Phase 6

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 4/30/2008 | Brown, Nathan | 1.50 | Revise presentation |
| 4/30/2008 | Brown, Nathan | 0.50 | Telephone conference with Ms. Eyman and Ms. Brown |
| 4/30/2008 | Brown, Nathan | 0.25 | Correspondence with amici |
| 4/30/2008 | Brown, Nathan | 0.25 | Analyze court schedule |
| 5/7/2008 | Brown, Nathan | 6.00 | Preparation, oral argument, and follow up |
| 5/7/2008 | Brown, Nathan | 0.50 | Correspondence with declarants and amici |
| 5/8/2008 | Brown, Nathan | 1.00 | Analyze ripeness and finality doctrines |
| 5/8/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw, Mr. Gage, and Ms. Eyman regarding next steps |
| 5/12/2008 | Brown, Nathan | 1.00 | Analyze appellate procedure issues |
| 5/12/2008 | Brown, Nathan | 0.50 | Conference with Mr. Gage, Ms. Eyman, Mr. Luband, and Mr.Crenshaw regarding litigation strategy |
| 5/12/2008 | Brown, Nathan | 0.25 | follow up with Mr. Luband regarding same |
| 5/13/2008 | Brown, Nathan | 0.75 | Analyze case law on jurisdiction |
| 5/13/2008 | Brown, Nathan | 0.50 | Correspondence with team regarding letter to judge |
| 5/13/2008 | Brown, Nathan | 0.50 | Revise letter |
| 5/13/2008 | Brown, Nathan | 0.50 | Telephone conference with Ms. Burch and Ms. Fagnani regarding same |
| 5/14/2008 | Brown, Nathan | 1.25 | Correspondence with team and revise same |
| 5/14/2008 | Brown, Nathan | 0.75 | Telephone call with Mr. Crenshaw, Mr. Gallant, Ms. Kanner, and Ms. Hatton regarding letter and follow up |
| 5/15/2008 | Brown, Nathan | 0.50 | Correspondence with Mr. Crenshaw and team |
| 5/15/2008 | Brown, Nathan | 0.25 | Revise motion |
| 5/16/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Crenshaw and Ms. Mutinsky regarding motion |
| 5/19/2008 | Brown, Nathan | 0.50 | Analyze CMS motion |
| 5/19/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw regarding same |
| 5/20/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Segroves regarding status of litigation |
| 5/20/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Crenshaw regarding same |
| 5/21/2008 | Brown, Nathan | 2.25 | Analyze CMS opposition memo, review record and prepare reply draft |
| 5/21/2008 | Brown, Nathan | 0.50 | Correspondence with team |
| 5/21/2008 | Brown, Nathan | 0.50 | Telephone call with Mr. Crenshaw |
| 5/22/2008 | Brown, Nathan | 3.75 | Revise emergency motion reply |
| 5/22/2008 | Brown, Nathan | 0.75 | Correspondence with team |
| 5/22/2008 | Brown, Nathan | 0.50 | Correspondence with Ms. Burch and Ms. Fagnani |
| 5/22/2008 | Brown, Nathan | 0.50 | Telephone conference with Ms. Kanner |
| 5/23/2008 | Brown, Nathan | 1.25 | Analyze and distribute court's decision |
| 5/23/2008 | Brown, Nathan | 0.75 | Correspondence with team regarding same and follow up |
| 5/23/2008 | Brown, Nathan | 0.50 | E-mail to declarants regarding emergency motion pleadings |
| 5/23/2008 | Brown, Nathan | 0.50 | Organize litigation files |

|  | **Phase 6 Total Hours Nathan Brown** | **51.25** |  |

| 5/7/2008 | Mutinsky, Sarah | 3.25 | Prepare for and attend hearing in Cost limit litigation |
| 5/23/2008 | Mutinsky, Sarah | 0.75 | Review court decision and followup |

|  | **Phase 6 Total Hours Sarah Mutinsky** | **4.00** |  |

| 4/30/2008 | Beauregard, Sheryl | 0.25 | Review Judge's calendar, review Pacer docket for hearing information, contact clerk regarding hearing time, other hearings scheduled following Oral Argument and forward information to N. Brown |

|  | **Phase 6 Total Hours Sheryl Beauregard** | **0.25** |  |

**PHASE 6 TOTAL    217.90**

## Phase 7

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 3/26/2008 | Crenshaw, William | 0.60 | Review research regarding Attorney's fee issue and prepare emails regarding same |
| 5/27/2008 | Crenshaw, William | 1.60 | Initial research regarding EAJA |
| 5/27/2008 | Crenshaw, William | 0.60 | Draft memo regarding same |
| 5/28/2008 | Crenshaw, William | 0.80 | Review and revise memo regarding EAJA |
| 5/28/2008 | Crenshaw, William | 0.40 | Prepare emails regarding same |
| 5/29/2008 | Crenshaw, William | 1.40 | Review cases regarding same |
| 5/29/2008 | Crenshaw, William | 0.60 | Draft, review and revise EAJA Memo |
| 6/2/2008 | Crenshaw, William | 0.20 | Review Supreme Court EAJA case |
| 6/2/2008 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 6/9/2008 | Crenshaw, William | 0.40 | Initial review of EAJA Memo |
| 6/10/2008 | Crenshaw, William | 0.30 | Prepare emails regarding EAJA issues and status |
| 6/11/2008 | Crenshaw, William | 2.60 | Review memo and research regarding EAJA issues |
| 6/12/2008 | Crenshaw, William | 0.60 | Review and revise EAJA Memo |
| 6/12/2008 | Crenshaw, William | 0.60 | Review cases regarding same |
| 6/16/2008 | Crenshaw, William | 0.60 | Conference with Mr. Brown and Ms. Reis regarding EAJA issues and work assignments |
| 6/16/2008 | Crenshaw, William | 0.40 | Review memos regarding EAJA issues |
| 6/16/2008 | Crenshaw, William | 0.20 | Follow up call with Mr. Brown regarding same |
| 6/17/2008 | Crenshaw, William | 0.40 | Prepare emails to Ms. Baer and Mr. Brown regarding EAJA eligibility |
| 6/20/2008 | Crenshaw, William | 0.40 | Review EAJA cases |
| 6/20/2008 | Crenshaw, William | 0.40 | Review and revise memos regarding same |
| 6/20/2008 | Crenshaw, William | 0.40 | Conference with Ms. Robinson regarding changes to memo |
| 6/23/2008 | Crenshaw, William | 0.30 | Telephone conference with Mr. Pariser (AHA Counsel) regarding EAJA issues |
| 6/24/2008 | Crenshaw, William | 0.40 | Attend telephone conference with Mr. Brown regarding EAJA issues and memo |
| 6/24/2008 | Crenshaw, William | 0.40 | Prepare for telephone conference with Mr. Brown regarding EAJA issues and |
| 6/25/2008 | Crenshaw, William | 0.80 | Initial review of bills for EAJA Motion |
| 7/2/2008 | Crenshaw, William | 3.20 | Review and revise memo regarding EAJA analysis |
| 7/3/2008 | Crenshaw, William | 2.80 | Review and revise EAJA memo |
| 7/3/2008 | Crenshaw, William | 0.20 | Prepare email regarding same |
| 7/8/2008 | Crenshaw, William | 0.20 | Telephone conference with Ms. Baer regarding fee issues |
| 7/8/2008 | Crenshaw, William | 0.10 | Prepare email regarding same |
| 7/9/2008 | Crenshaw, William | 0.80 | Telephone conference with Mr. Brown regarding EAJA memo and analysis |
| 7/10/2008 | Crenshaw, William | 1.20 | Conference with Ms. Carlson regarding background of case and EAJA issues |
| 7/10/2008 | Crenshaw, William | 0.20 | Review and compile materials regarding same |
| 7/11/2008 | Crenshaw, William | 0.40 | Emails regarding fee application |
| 7/17/2008 | Crenshaw, William | 0.40 | E-mails to and from Ms. Carlson regarding EAJA fee issues |
| 7/18/2008 | Crenshaw, William | 0.20 | E-mails to and from Ms. Carlson regarding Laffey issues |
| 7/22/2008 | Crenshaw, William | 0.80 | Conference with Ms. Carlson regarding fee application issues |
| 7/22/2008 | Crenshaw, William | 0.40 | Initial review of fee entries |
| 7/22/2008 | Crenshaw, William | 0.20 | Review CPI website |
| 7/23/2008 | Crenshaw, William | 0.60 | Prepare detailed email to Mr. Brown regarding EAJA memo and issues |
| 7/23/2008 | Crenshaw, William | 0.20 | Conference with Ms. Carlson regarding time entry issues |
| 7/23/2008 | Crenshaw, William | 0.20 | Review bills regarding same |
| 7/23/2008 | Crenshaw, William | 0.20 | Draft, review and revise memo regarding EAJA fees |
| 7/24/2008 | Crenshaw, William | 1.50 | Review and revise time entries |
| 7/25/2008 | Crenshaw, William | 0.60 | Telephone conference with Mr. Brown regarding EAJA issues |
| 7/25/2008 | Crenshaw, William | 0.20 | Conferences with Ms. Carlson regarding status and calculations |
| 8/4/2008 | Crenshaw, William | 0.40 | Initial review of EAJA Motion and Memorandum |
| 8/5/2008 | Crenshaw, William | 1.00 | Review and revise EAJA Motion and Memorandum |
| 8/5/2008 | Crenshaw, William | 0.80 | Telephone conference with Mr. Brown and Ms. Mutinsky regarding same |
| 8/5/2008 | Crenshaw, William | 0.20 | Prepare email to Ms. Carlson regarding same |
| 8/11/2008 | Crenshaw, William | 0.20 | Emails and conference with Ms. Carlson and Mr. Brown regarding EAJA Fees |

## Phase 7

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/12/2008 | Crenshaw, William | 2.40 | Draft, review and revise memo regarding EAJA fees |
| 8/13/2008 | Crenshaw, William | 1.80 | Draft, review and revise EAJA Memo and description of services performed |
| 8/13/2008 | Crenshaw, William | 0.40 | Emails regarding same |
| 8/13/2008 | Crenshaw, William | 0.20 | Review bills |
| 8/13/2008 | Crenshaw, William | 0.20 | Prepare Laffey matrix |
| 8/13/2008 | Crenshaw, William | 0.20 | Email regarding same |
| 8/14/2008 | Crenshaw, William | 0.40 | Telephone conference with Mr. Brown and Ms. Mutinsky regarding EAJA issues |
| 8/14/2008 | Crenshaw, William | 0.20 | Prepare for conference with Mr. Brown and Ms. Mutinsky regarding EAJA issues |
| 8/14/2008 | Crenshaw, William | 0.20 | Telephone conference with Ms. Moore and Mr. Brown regarding same |
| | **Phase 5 Total Hours William Crenshaw** | **38.80** | |
| 5/27/2008 | Eyman, Barbara | 0.75 | Teleconference with Mr. Crenshaw regarding attorney fees and next steps and conference with Mr. Brown regarding same |
| | **Phase 5 Total Hours Barbara Eyman** | **0.75** | |
| 8/5/2008 | Luband, Charles | 0.25 | Review time for litigation EAJA filing |
| | **Phase 5 Total Hours Charles Luband** | **0.25** | |
| 5/27/2008 | Brown, Nathan | 1.75 | Telephone conference with Ms. Eyman and Mr. Crenshaw regarding EAJA and follow up analysis of same |
| 5/28/2008 | Brown, Nathan | 0.75 | E-mail to Ms. Eyman regarding EAJA case law and analyze same |
| 5/28/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Mutinsky regarding EAJA |
| 6/2/2008 | Brown, Nathan | 0.75 | Conference with Ms. Romig regarding EAJA project and follow up regarding same |
| 6/2/2008 | Brown, Nathan | 0.25 | E-mail to Ms. Romig regarding order |
| 6/6/2008 | Brown, Nathan | 0.25 | Conference with Ms. Romig and correspondence with Mr. Luband regarding EAJA issue |
| 6/6/2008 | Brown, Nathan | 0.25 | Analyze EAJA statute |
| 6/6/2008 | Brown, Nathan | 0.25 | E-mail to Ms. Burch regarding amici |
| 6/9/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Romig regarding EAJA issue |
| 6/12/2008 | Brown, Nathan | 0.50 | Analyze EAJA outline and DC Circuit case regarding same |
| 6/16/2008 | Brown, Nathan | 0.75 | Telephone conference with Mr. Crenshaw, Ms. Robinson, and Ms. Romig regarding EAJA issues |
| 6/16/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Romig |
| 6/16/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Burch regarding same |
| 6/16/2008 | Brown, Nathan | 0.25 | follow up with Ms. Romig |
| 6/19/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Gormley regarding EAJA, telephone conference with Ms. Burch regarding same |
| 6/20/2008 | Brown, Nathan | 0.50 | E-mail to Mr. Gage et al regarding EAJA |
| 6/20/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Crenshaw regarding same |
| 6/24/2008 | Brown, Nathan | 0.75 | Telephone conference with Mr. Crenshaw regarding EAJA motion and follow up with Mr. Romig regarding same |
| 7/7/2008 | Brown, Nathan | 0.50 | Analyze EAJA memo |
| 7/7/2008 | Brown, Nathan | 0.25 | follow up e-mail to Mr. Crenshaw |
| 7/9/2008 | Brown, Nathan | 0.50 | Telephone conference with Mr. Crenshaw regarding motion for EAJA fees and follow up |
| 7/9/2008 | Brown, Nathan | 0.25 | Analyze case law regarding same |

Exhibit C-1

## Phase 7

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 7/10/2008 | Brown, Nathan | 0.75 | Correspond with Ms. Romig regarding preparation of EAJA pleadings, and follow up |
| 7/11/2008 | Brown, Nathan | 0.50 | Compile billing records for EAJA submission |
| 7/16/2008 | Brown, Nathan | 0.25 | Correspond with Ms. Romig regarding EAJA pleadings |
| 7/20/2008 | Brown, Nathan | 0.50 | Analyze and organize billing files |
| 7/21/2008 | Brown, Nathan | 0.25 | Conference with Ms. Thomas regarding compilation of billing record and expenses and follow up |
| 7/22/2008 | Brown, Nathan | 0.50 | Analyze and organize billing files and conference with Ms. Thomas regarding same |
| 7/23/2008 | Brown, Nathan | 0.50 | Analyze and revise charges spreadsheet |
| 7/24/2008 | Brown, Nathan | 0.50 | Revise billing charges spreadsheet and correspondence with Ms. Thomas regarding same |
| 7/25/2008 | Brown, Nathan | 0.50 | Conference with Mr. Crenshaw regarding preparation of EAJA pleadings and follow up |
| 7/25/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Gage and Ms. Thomas regarding preparation of fee request |
| 7/25/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Burch regarding same |
| 7/28/2008 | Brown, Nathan | 1.25 | Review and revise draft pleadings |
| 7/28/2008 | Brown, Nathan | 0.25 | Conference with Mr. Gage regarding EAJA request |
| 7/28/2008 | Brown, Nathan | 0.25 | Telephone conference with Ms. Baer regarding same |
| 7/29/2008 | Brown, Nathan | 0.50 | Conference with Ms. Mutinsky regarding revisions to EAJA brief and submission documents |
| 7/29/2008 | Brown, Nathan | 0.50 | E-mail to Ms. Romig summarizing outstanding issues |
| 8/1/2008 | Brown, Nathan | 0.50 | Organize and prepare time entries for filing |
| 8/2/2008 | Brown, Nathan | 1.75 | Revise EAJA brief and motion |
| 8/2/2008 | Brown, Nathan | 0.25 | E-mail to Mr. Crenshaw and Ms. Mutinsky regarding same |
| 8/4/2008 | Brown, Nathan | 0.50 | E-mail to timekeepers regarding review of billings and narratives |
| 8/4/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Crenshaw regarding brief |
| 8/5/2008 | Brown, Nathan | 0.75 | Telephone conference with Mr. Crenshaw and Ms. Mutinsky regarding revisions to pleadings and outstanding issues |
| 8/5/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Baer and Mr. Crenshaw regarding eligibility criteria |
| 8/7/2008 | Brown, Nathan | 0.50 | E-mail to timekeepers regarding review of litigation narratives |
| 8/7/2008 | Brown, Nathan | 0.50 | Review requirements for billing submissions |
| 8/7/2008 | Brown, Nathan | 0.25 | Confirm status of plaintiffs |
| 8/8/2008 | Brown, Nathan | 1.25 | Prepare narratives and billing files |
| 8/8/2008 | Brown, Nathan | 0.75 | Revise draft and memo and correspondence with Ms. Mutinsky regarding same |
| 8/12/2008 | Brown, Nathan | 0.25 | Review narratives from timekeepers |
| 8/12/2008 | Brown, Nathan | 0.25 | Review revisions to pleadings and correspondence with Ms. Eyman regarding same |
| 8/13/2008 | Brown, Nathan | 1.00 | Review and quality control narratives and time entries |
| 8/13/2008 | Brown, Nathan | 0.50 | Revise and review organizational phases |
| 8/13/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Crenshaw and Ms. Mutinsky regarding brief and supportive pleadings |
| 8/13/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Eyman regarding her entries |
| 8/13/2008 | Brown, Nathan | 0.25 | Analyze CPI and COLA adjustments |
| 8/14/2008 | Brown, Nathan | 0.75 | Telephone conference with Mr. Crenshaw and Ms Mutinsky regarding exhibits and attachments and outstanding issues, and follow up |
| 8/14/2008 | Brown, Nathan | 0.50 | Review entries from Ms. Eyman, Ms. Mutinsky and Ms. Antzoulatos |
| 8/14/2008 | Brown, Nathan | 0.25 | Correspondence with Mr. Luband regarding his narratives and entries |
| 8/14/2008 | Brown, Nathan | 0.25 | Telephone conference with Mr. Crenshaw and Ms Moore regarding EAJA motion |
| 8/15/2008 | Brown, Nathan | 2.50 | Review and format narratives and correspondence with Ms. Mutinsky regarding same |
| 8/15/2008 | Brown, Nathan | 1.50 | Review Crenshaw declaration and prepare Ropes & Gray declaration |

## Phase 7

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/15/2008 | Brown, Nathan | 1.50 | Assign phases to narratives |
| 8/15/2008 | Brown, Nathan | 0.75 | Telephone conference with Mr. Crenshaw and Ms. Mutinsky regarding remaining steps and filing, and follow up |
| 8/15/2008 | Brown, Nathan | 0.75 | Prepare NAPH declaration and correspondence with Ms. Burch regarding same |
| 8/15/2008 | Brown, Nathan | 0.50 | Prepare AAMC declaration and correspondence with Ms. Baer regarding same |
| 8/15/2008 | Brown, Nathan | 0.50 | Review and revise brief and motion |
| 8/15/2008 | Brown, Nathan | 0.25 | Review and revise draft order |
| 8/18/2008 | Brown, Nathan | 1.00 | Correspondence with Ms. Mutinsky regarding identification of names from narratives and revise exhibit of same |
| 8/18/2008 | Brown, Nathan | 0.50 | Assign phases to narratives |
| 8/19/2008 | Brown, Nathan | 2.75 | Teleconference with Mr. Crenshaw and correspondence with Ms. Mutinsky and review and revise pleadings and narratives |
| 8/19/2008 | Brown, Nathan | 1.00 | Revise declarations |
| 8/19/2008 | Brown, Nathan | 0.50 | Calculate and review expenses |
| 8/19/2008 | Brown, Nathan | 0.25 | Correspondence with Ms. Baer regarding declaration |

| | | | |
|---|---|---|---|
| **Phase 7 Total Hours Nathan Brown** | | **43.75** | |

| | | | |
|------|------|-------|-----------|
| 7/30/2008 | Mutinsky, Sarah | 0.50 | Calls with Mr. Brown and Ms. Romig regarding EAJA brief |
| 7/30/2008 | Mutinsky, Sarah | 0.50 | Review Brief |
| 7/30/2008 | Mutinsky, Sarah | 0.50 | Begin draft of EAJA motion |
| 7/31/2008 | Mutinsky, Sarah | 3.00 | Revise draft of EAJA brief |
| 7/31/2008 | Mutinsky, Sarah | 0.50 | Conference with Mr. Brown and Ms. Romig regarding questions related to EAJA brief and fee calculations |
| 7/31/2008 | Mutinsky, Sarah | 0.50 | Research use of Laffey matrix in D.C. District court decisions |
| 8/1/2008 | Mutinsky, Sarah | 3.25 | Review EAJA brief and research examples of EAJA motions |
| 8/1/2008 | Mutinsky, Sarah | 0.75 | Conference with Ms. Romig regarding her research related to COLA adjustments |
| 8/4/2008 | Mutinsky, Sarah | 0.25 | Identify NAPH billing for cost limit litigation for EAJA motion |
| 8/5/2008 | Mutinsky, Sarah | 1.00 | Make suggested changes to EAJA motion and brief |
| 8/5/2008 | Mutinsky, Sarah | 0.50 | Conference with Mr. Brown and Mr. Crenshaw regarding drafts of EAJA motion and brief |
| 8/5/2008 | Mutinsky, Sarah | 0.25 | Follow-up conference with Mr. Brown regarding changes to motion and brief |
| 8/6/2008 | Mutinsky, Sarah | 0.25 | Research COLA calculation methodology in D.C. District court case |
| 8/7/2008 | Mutinsky, Sarah | 1.50 | Review time entries for work performed at Ropes & Gray for cost limit litigation for EAJA motion |
| 8/7/2008 | Mutinsky, Sarah | 0.75 | Review EAJA brief to incorporate revisions from Mr. Crenshaw |
| 8/8/2008 | Mutinsky, Sarah | 0.50 | Conference with Mr. Brown regarding EAJA brief progress |
| 8/8/2008 | Mutinsky, Sarah | 0.50 | Review general time billed to cost limit litigation analysis from Powell Goldstein |
| 8/8/2008 | Mutinsky, Sarah | 0.50 | Revise EAJA brief incorporating Mr. Crenshaw's changes and perform necessary research |
| 8/12/2008 | Mutinsky, Sarah | 0.25 | Review Mr. Crenshaw's comments on EAJA brief and draft e-mail to Mr. Brown with related questions |
| 8/12/2008 | Mutinsky, Sarah | 0.25 | Begin review of spreadsheet of NAPH general billing time related to cost limit litigation |
| 8/13/2008 | Mutinsky, Sarah | 2.25 | Review Ropes & Gray and Powell Goldstein time spreadsheet for EAJA motion |
| 8/14/2008 | Mutinsky, Sarah | 1.00 | Conference call with Mr. Brown and Mr. Crenshaw regarding changes to EAJA brief |
| 8/14/2008 | Mutinsky, Sarah | 1.00 | Revise EAJA brief according to Mr. Crenshaw's suggestions |
| 8/14/2008 | Mutinsky, Sarah | 0.25 | Conference with Ms. Thomas regarding EAJA time spreadsheets |

Exhibit C-1

## Phase 7

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/14/2008 | Mutinsky, Sarah | 0.25 | Conference call with Mr. Brown, Mr. Crenshaw and Ms. Moore to inform opposing counsel of plan to file motion |
| 8/18/2008 | Mutinsky, Sarah | 2.75 | Draft and revise exhibition of proper names referenced in time spreadsheets for EAJA motion |
| 8/18/2008 | Mutinsky, Sarah | 0.75 | Review time spreadsheets for EAJA motion |
| 8/19/2008 | Mutinsky, Sarah | 1.00 | Revise and reformat exhibition of proper names referenced in time spreadsheets for EAJA motion |
| 8/19/2008 | Mutinsky, Sarah | 0.75 | Review time spreadsheets for EAJA motion and conference with Mr. Brown |

**Phase7 Total Hours
Sarah Mutinsky**          **26.00**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 6/2/2008 | Robinson, Kristin | 5.60 | Research recent interpretation of EAJA by DC Circuit and District Courts for Mr. Crenshaw |
| 6/3/2008 | Robinson, Kristin | 5.60 | Research recent interpretation of EAJA by DC Circuit and District Courts for Mr. Crenshaw |
| 6/4/2008 | Robinson, Kristin | 6.60 | Research recent interpretation of EAJA by DC Circuit and District Courts for Mr. Crenshaw |
| 6/5/2008 | Robinson, Kristin | 6.40 | Research recent interpretation of EAJA by DC Circuit and District Courts for Mr. Crenshaw |
| 6/6/2008 | Robinson, Kristin | 7.20 | Draft NAPH memo regarding courts' recent interpretation EAJA fees for Mr. Crenshaw |
| 6/9/2008 | Robinson, Kristin | 4.00 | Draft NAPH memo regarding courts' recent interpretation EAJA fees for Mr. Crenshaw |
| 6/10/2008 | Robinson, Kristin | 7.80 | Research EAJA allowable and enhanced fees for fee petition for Mr. Crenshaw |
| 6/11/2008 | Robinson, Kristin | 6.40 | Research EAJA fee petition issue for Mr. Crenshaw |
| 6/12/2008 | Robinson, Kristin | 5.80 | Draft memo for Mr. Crenshaw regarding reimbursable fees under EAJA |
| 6/12/2008 | Robinson, Kristin | 1.80 | Research EAJA fee petition issue for Mr. Crenshaw |
| 6/16/2008 | Robinson, Kristin | 5.80 | Research NAPH fee petition issues for Mr. Crenshaw |
| 6/16/2008 | Robinson, Kristin | 0.60 | Conference call with Mr. Crenshaw and Mr. Brown regarding fee petition issues |
| 6/17/2008 | Robinson, Kristin | 8.60 | Research allowable fees under EAJA issue for Mr. Crenshaw |
| 6/18/2008 | Robinson, Kristin | 3.60 | Research allowable fees under EAJA issue for Mr. Crenshaw |
| 6/20/2008 | Robinson, Kristin | 0.60 | Meeting with Mr. Crenshaw regarding fee petition issues |
| 6/28/2008 | Robinson, Kristin | 5.00 | Draft NAPH memo for Mr. Crenshaw regarding likelihood of enhanced fees allowable under EAJA for fee petition |
| 6/29/2008 | Robinson, Kristin | 3.60 | Draft NAPH memo for Mr. Crenshaw regarding likelihood of enhanced fees allowable under EAJA for fee petition |
| 6/30/2008 | Robinson, Kristin | 5.30 | Draft NAPH memo for Mr. Crenshaw regarding likelihood of enhanced fees allowable under EAJA for fee petition |
| 7/1/2008 | Robinson, Kristin | 6.00 | Draft NAPH memo for Mr. Crenshaw regarding likelihood of enhanced fees allowable under EAJA for fee petition |
| 7/2/2008 | Robinson, Kristin | 2.20 | Draft NAPH memo for Mr. Crenshaw regarding likelihood of enhanced fees allowable under EAJA for fee petition |

**Phase 7 Total Hours
Kristin Robinson**          **98.50**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/4/2008 | Rayne, Pamela Schafer | 2.00 | Broke out bill by task for cost limit litigation |

**Phase 7 Total Hours
Pamela Schafer Rayne**          **2.00**

Exhibit C-1

## Phase 7

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 6/3/2008 | Romig, Jennifer | 0.50 | Begin to read memos regarding potential EAJA case |
| 6/4/2008 | Romig, Jennifer | 0.75 | Research Equal Access to Justice Act cases on Westlaw |
| 6/4/2008 | Romig, Jennifer | 0.25 | Read Equal Access to Justice Act memos |
| 6/5/2008 | Romig, Jennifer | 0.50 | Research Equal Access to Justice Act cases |
| 6/6/2008 | Romig, Jennifer | 2.00 | Research Equal Access to Justice Act provisions to see whether clients can qualify to seek Equal Access to Justice Act fees |
| 6/6/2008 | Romig, Jennifer | 0.50 | Discussion with Nathan Brown regarding Equal Access to Justice fee statute |
| 6/9/2008 | Romig, Jennifer | 1.00 | Research issue of whether one party to an Equal Access to Justice Act litigation can continue to litigate if other parties are disqualified |
| 6/10/2008 | Romig, Jennifer | 1.50 | Compose outline for Equal Access to Justice Act case regarding whether clients are qualified to seek Equal Access to Justice Act fees |
| 6/12/2008 | Romig, Jennifer | 2.00 | Continue reading additional cases that might assist in qualifying member hospitals for Equal access to Justice Act fees, particularly in regard to issue of associations seeking Equal Access to Justice Act fees |
| 6/16/2008 | Romig, Jennifer | 2.75 | Research issue of whether under the Equal Access to Justice Act in the D.C. Circuit the prevailing party has 30 days to respond or whether it is actually longer |
| 6/16/2008 | Romig, Jennifer | 1.75 | Answer e-mails in response to questions raised during conference call |
| 6/16/2008 | Romig, Jennifer | 0.75 | Prepare for conference call regarding Equal Access to Justice Act fees |
| 6/16/2008 | Romig, Jennifer | 0.75 | Participate in conference call regarding Equal Access to Justice Act fees and followup |
| 6/16/2008 | Romig, Jennifer | 0.50 | Prepare outline regarding this same issue |
| 6/17/2008 | Romig, Jennifer | 0.50 | Discuss research regarding additional cases with Westlaw |
| 6/17/2008 | Romig, Jennifer | 0.25 | Add to outline regarding Equal Access to Justice Act fees |
| 6/17/2008 | Romig, Jennifer | 0.25 | Edit outline |
| 7/7/2008 | Romig, Jennifer | 1.25 | Read Powell Goldstein memorandum regarding EAJA fee issues and take notes on said memorandum |
| 7/7/2008 | Romig, Jennifer | 0.75 | Note what parts of memorandum are applicable to EAJA fees brief and insert notes into EAJA brief outline |
| 7/7/2008 | Romig, Jennifer | 0.50 | Organize outline for EAJA fees brief |
| 7/7/2008 | Romig, Jennifer | 0.50 | Including subheadings in outline and major points the brief needs to make |
| 7/8/2008 | Romig, Jennifer | 0.50 | Add information from Powell Goldstein's memo regarding EAJA fees to outline for brief |
| 7/14/2008 | Romig, Jennifer | 1.00 | Research and outline brief section regarding how CMS implemented the public provider rule in bad faith |
| 7/21/2008 | Romig, Jennifer | 2.00 | Write background sections of EAJA brief dealing with the public provider rule, and the court's decision in Alameda |
| 7/21/2008 | Romig, Jennifer | 1.50 | Read binders regarding Alameda case and take detailed notes on section that will be useful for EAJA fees briefs |
| 7/21/2008 | Romig, Jennifer | 0.50 | Insert notes into brief outline |
| 7/22/2008 | Romig, Jennifer | 2.25 | Begin writing argument section about defendants acting in bad faith |
| 7/22/2008 | Romig, Jennifer | 2.00 | Write background sections of brief describing EAJA fees and plaintiffs NAPH and AAMC moving for EAJA fees |
| 7/22/2008 | Romig, Jennifer | 0.75 | Edit previous sections of EAJA brief written |
| 7/23/2008 | Romig, Jennifer | 2.50 | Write and edit section of EAJA brief dealing with defendants acting in bad faith |
| 7/23/2008 | Romig, Jennifer | 1.00 | Begin writing section of EAJA brief dealing with defendants' actions being not substantially justified |
| 7/24/2008 | Romig, Jennifer | 2.00 | Continue writing section of EAJA fees brief that argued plaintiffs were entitled to EAJA fees because the defendants actions were not substantially justified |
| 7/24/2008 | Romig, Jennifer | 2.00 | Begin editing EAJA fees brief |
| 7/25/2008 | Romig, Jennifer | 4.00 | Read over and edit brief regarding Equal Access to Justice Act fees |

Exhibit C-1

## Phase 7

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 7/29/2008 | Romig, Jennifer | 0.75 | Research cases in response to e-mail |
| 7/29/2008 | Romig, Jennifer | 0.25 | Draw up response to N. Brown's e-mail regarding EAJA fee brief |
| 7/30/2008 | Romig, Jennifer | 0.75 | Read cases and find direct cites to answer questions |
| 7/30/2008 | Romig, Jennifer | 0.50 | Edit and send Mr. Brown e-mail regarding response to EAJA brief |
| 7/30/2008 | Romig, Jennifer | 0.25 | Review response to Nathan Brown's e-mail regarding EAJA brief |
| 7/31/2008 | Romig, Jennifer | 0.50 | Meet with N. Brown and S. Mutinsky regarding EAJA fee brief |
| 8/1/2008 | Romig, Jennifer | 0.75 | Research and makes changes to brief on EAJA fees |
| 8/1/2008 | Romig, Jennifer | 0.75 | Correspond with S. Mutinsky regarding changes to brief |

|  | **Phase 7 Total Hours Jennifer Romig** | **46.00** |  |
|------|------|-------|-----------|
| 7/10/2008 | Carlson, Pamela | 1.20 | Meet with Mr. Crenshaw regarding scope of project to compile billing entries in form required by court for Fee Petition |
| 7/11/2008 | Carlson, Pamela | 1.60 | Read cases regarding fee petitions pursuant to EAJA guidelines |
| 7/11/2008 | Carlson, Pamela | 1.40 | Review accumulated expenses to determine costs to be excluded from Fee Petition |
| 7/11/2008 | Carlson, Pamela | 0.80 | Research Laffey Matrix and CPI data regarding market rates for attorneys, paralegals, and librarians |
| 7/11/2008 | Carlson, Pamela | 0.40 | Work with billing department to generate accumulated billing report for Fee Petition |
| 7/11/2008 | Carlson, Pamela | 0.40 | E-mail Mr. Crenshaw regarding parameter for billing computations |
| 7/11/2008 | Carlson, Pamela | 0.20 | E-mail Mr. Crenshaw regarding costs to be excluded from Fee Petition |
| 7/16/2008 | Carlson, Pamela | 0.30 | Work with Billing Department to produce accumulated billing reports in acceptable format for Fee Petition |
| 7/17/2008 | Carlson, Pamela | 3.00 | Prepare memo to Mr. Crenshaw regarding required format of detailed time entries, market rates, and EAJA allowable rates for Fee Petition |
| 7/17/2008 | Carlson, Pamela | 0.20 | Research regarding update Laffey Matrix |
| 7/18/2008 | Carlson, Pamela | 3.20 | Review all billing entries to compile list of proper names referenced that need detailed description of relationship to case for Fee Petition |
| 7/22/2008 | Carlson, Pamela | 0.80 | Meet with Mr. Crenshaw regarding identify of proper names referenced in billing entries and breakdown on lumped billing entries |
| 7/22/2008 | Carlson, Pamela | 0.30 | Review billing report for General Matter |
| 7/22/2008 | Carlson, Pamela | 0.10 | E-mail Billing Department regarding accumulated billing entries report for General Matter |
| 7/23/2008 | Carlson, Pamela | 2.00 | Prepare memo to Mr. Crenshaw outlining court's requirements for billing |
| 7/23/2008 | Carlson, Pamela | 1.40 | Review billing entries on general matter number and sort by timekeeper |
| 7/23/2008 | Carlson, Pamela | 0.60 | Prepare accumulated list of billing entries sorted by timekeeper |
| 7/23/2008 | Carlson, Pamela | 0.40 | Revise list of proper names referenced in billing entries |
| 7/23/2008 | Carlson, Pamela | 0.20 | Work with Billing Department to prepare accumulated billing report for general matter number |
| 7/23/2008 | Carlson, Pamela | 0.20 | Conference with Mr. Crenshaw regarding same |
| 7/25/2008 | Carlson, Pamela | 3.00 | Eliminate billing entries for which compensation will not be sought |
| 7/25/2008 | Carlson, Pamela | 0.20 | Meet with Mr. Crenshaw regarding detail breakdown for his billing entries and rates |
| 8/5/2008 | Carlson, Pamela | 0.40 | Reply to Mr. Crenshaw's e-mail regarding status of work flow for revisions to master billing spreadsheet |
| 8/11/2008 | Carlson, Pamela | 1.40 | Separate lumped billing entries on master spreadsheet |
| 8/11/2008 | Carlson, Pamela | 1.20 | Allocate time for Mr. Snyder's lumped billing entries |
| 8/11/2008 | Carlson, Pamela | 0.20 | Confer with Mr. Snyder to clarify descriptions |
| 8/12/2008 | Carlson, Pamela | 1.80 | Separate Ms. Robinson's lumped billing entries on master spreadsheet |
| 8/12/2008 | Carlson, Pamela | 0.40 | Confer with Ms. Robinson to clarify time descriptions |
| 8/13/2008 | Carlson, Pamela | 0.80 | Prepare sample summary billing reports for meeting with Mr. Crenshaw |

Exhibit C-1

## Phase 7

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/13/2008 | Carlson, Pamela | 0.20 | Review EAJA cases regarding allowable expenses |
| 8/13/2008 | Carlson, Pamela | 0.20 | Meet with Mr. Crenshaw to review sample billing spreadsheets and discuss formatting changes |
| 8/13/2008 | Carlson, Pamela | 0.10 | Review fees and expense section of draft petition |
| 8/15/2008 | Carlson, Pamela | 5.80 | Separate billing entries and clarify descriptions on master spreadsheet |
| 8/15/2008 | Carlson, Pamela | 0.40 | Correspond by e-mail with Mr. Brown regarding allocation of lumped billing entries for Ms. Eyman, Ms. Mutinsky, Mr. Luband, and Mr. Brown's time |
| 8/15/2008 | Carlson, Pamela | 0.20 | Meet with Mr. Crenshaw regarding summary of time and expenses for Declaration |
| 8/17/2008 | Carlson, Pamela | 4.40 | Separate lumped billing entries on master spreadsheet and clarify descriptions |
| 8/17/2008 | Carlson, Pamela | 0.40 | Prepare spreadsheet of Mr. Luband's billing entries for his review and allocation |
| 8/17/2008 | Carlson, Pamela | 0.40 | E-mail Mr. Brown regarding allocation of lumped billing entries for Mr. Luband's time |
| 8/17/2008 | Carlson, Pamela | 0.20 | E-mail Mr. Brown regarding clarification of billing descriptions for Ms. Mutinsky |
| 8/18/2008 | Carlson, Pamela | 1.40 | Separate lumped billing entries for Mr. Luband's time |
| 8/18/2008 | Carlson, Pamela | 0.40 | Clarify Ms. Mustinsky's billing descriptions |

**Phase 7 Total Hours
Pamela Carlson**          **42.20**

| 8/8/2008 | Beauregard, Sheryl | 0.50 | Review billing, modify to fit requested billing increment format |
|------|------|-------|-----------|
| 8/11/2008 | Beauregard, Sheryl | 0.50 | Revise billing format for fee submission |

**Phase 7 Total Hours
Sheryl Beauregard**          **1.00**

**PHASE 7 TOTAL          299.25**

Exhibit C-2

| Timekeeper | Position | Phase 1 Hours | Phase 2 Hours | Phase 3 Hours | Phase 4 Hours | Phase 5 Hours | Phase 6 Hours | Phase 7 Hours | Total Hours Phases 1-6 | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| Antzoulatos, Sophia | Paralegal | 0.00 | 0.00 | 0.00 | 17.25 | 1.25 | 0.00 | 0.00 | 18.50 | 18.50 |
| Beauregard, Sheryl | Paralegal | 0.00 | 0.00 | 0.00 | 0.00 | 32.50 | 0.25 | 1.00 | 32.75 | 33.75 |
| Brown, Nathan | Attorney | 73.80 | 81.60 | 7.50 | 138.25 | 101.25 | 51.25 | 43.75 | 453.65 | 497.40 |
| Carlson, Pamela | Paralegal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42.20 | 0.00 | 42.20 |
| Crenshaw, William | Attorney | 75.60 | 9.00 | 102.20 | 106.70 | 91.60 | 140.40 | 38.80 | 525.50 | 564.30 |
| Eyman, Barbara | Attorney | 21.80 | 12.95 | 1.00 | 58.00 | 11.50 | 11.50 | 0.75 | 131.75 | 132.50 |
| Luband, Charles | Attorney | 9.80 | 14.60 | 1.00 | 25.75 | 28.25 | 10.50 | 0.25 | 89.90 | 90.15 |
| Mudinsky, Sarah | Attorney | 187.80 | 127.90 | 5.40 | 223.00 | 105.00 | 4.00 | 26.00 | 653.10 | 679.10 |
| Rayne, Pamela Schafer | Attorney | 0.00 | 0.00 | 0.00 | 161.25 | 38.25 | 0.00 | 2.00 | 199.50 | 201.50 |
| Robinson, Kristin | Attorney | 0.00 | 0.00 | 50.00 | 0.00 | 10.00 | 0.00 | 98.50 | 60.00 | 159.10 |
| Romig, Jennifer | Law Clerk | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.00 | 0.00 | 46.00 |
| Snyder, Ivan | Attorney | 75.70 | 0.00 | 27.70 | 0.00 | 0.00 | 0.00 | 0.00 | 103.40 | 103.40 |
| TOTAL HOURS | | 444.50 | 246.05 | 195.40 | 730.20 | 434.60 | 217.90 | 259.25 | 2,268.65 | 2,567.90 |

| Timekeeper | Position | Total Hours thru 5/31/08* | Laffey Rate thru 5/31/08 | Laffey Fees thru 5/31/08 | COLA Rate thru 5/31/08 | COLA fees thru 5/31/08 | Hours after 5/31/08** | Laffey Rate after 5/31/08** | Laffey fees after 5/31/08** | Adjustment *** | Net Laffey fees after 5/31/08** | COLA Rate after 5/31/08 | COLA fees after 5/31/08 | Total Laffey fees | Total COLA fees | 2/3 Laffey fees | 2/3 COLA fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Antzoulatos, Sophia | Paralegal | 18.50 | $146 | 2,701.00 | $146 | 2,701.00 | 0.00 | $152 | - | | - | $146 | - | 2,701.00 | 2,701.00 | 1,800.67 | 1,800.67 |
| Beauregard, Sheryl | Paralegal | 32.75 | $146 | 4,781.50 | $146 | 4,781.50 | 1.00 | $152 | 152.00 | | 152.00 | $146 | 146.00 | 4,933.50 | 4,927.50 | 3,289.00 | 3,285.00 |
| Brown, Nathan | Attorney | 453.65 | $475 | 215,483.75 | $168.66 | 76,512.61 | 43.75 | $494 | 21,612.50 | -19 | 21,593.50 | $168.66 | 7,378.88 | 237,077.25 | 83,891.48 | 158,051.50 | 55,927.66 |
| Carlson, Pamela | Paralegal | 0.00 | $146 | - | $146 | - | 42.20 | $152 | 6,414.40 | | 6,414.40 | $146 | 6,161.20 | 6,414.40 | 6,161.20 | 4,276.27 | 4,107.47 |
| Crenshaw, William | Attorney | 525.50 | $645 | 338,947.50 | $168.66 | 88,630.83 | 38.80 | $671 | 26,034.80 | -156 | 25,878.80 | $168.66 | 6,544.01 | 364,826.30 | 95,174.84 | 243,217.53 | 63,449.89 |
| Eyman, Barbara | Attorney | 131.75 | $536 | 70,618.00 | $168.66 | 22,220.96 | 0.75 | $557 | 417.75 | -15.75 | 402.00 | $168.66 | 126.50 | 71,020.00 | 22,347.45 | 47,346.67 | 14,898.30 |
| Luband, Charles | Attorney | 89.90 | $536 | 48,186.40 | $168.66 | 15,162.53 | 0.25 | $557 | 139.25 | | 139.25 | $168.66 | 42.17 | 48,325.65 | 15,204.70 | 32,217.10 | 10,136.47 |
| Mudinsky, Sarah | Attorney | 653.10 | $268 | 175,030.80 | $168.66 | 110,151.85 | 26.00 | $279 | 7,254.00 | | 7,254.00 | $168.66 | 4,385.16 | 182,284.80 | 114,537.01 | 121,523.20 | 76,358.01 |
| Rayne, Pamela Schafer | Attorney | 199.50 | $268 | 53,466.00 | $168.66 | 33,647.67 | 2.00 | $279 | 558.00 | | 558.00 | $168.66 | 337.32 | 54,024.00 | 33,984.99 | 36,016.00 | 22,656.66 |
| Robinson, Kristin | Attorney | 60.60 | $268 | 16,240.80 | $168.66 | 10,220.80 | 98.50 | $279 | 27,481.50 | | 27,481.50 | $168.66 | 16,613.01 | 43,722.30 | 26,833.81 | 29,148.20 | 17,889.20 |
| Romig, Jennifer | Law Clerk | 0.00 | | - | | - | 46.00 | $152 | 6,992.00 | | 6,992.00 | $146 | 6,716.00 | 6,992.00 | 6,716.00 | 4,661.33 | 4,477.33 |
| Snyder, Ivan | Attorney | 103.40 | $268 | 27,711.20 | $168.66 | 17,439.44 | 0.00 | $288 | - | | - | $168.66 | - | 27,711.20 | 17,439.44 | 18,474.13 | 11,626.30 |
| Total | | 2,268.65 | | 953,166.95 | | 381,469.18 | 299.25 | | 97,056.20 | -190.75 | 96,865.45 | | 48,450.23 | 1,050,032.40 | 429,919.42 | 700,021.60 | 285,612.94 |

Adjusted Total | | | | | | | | | | -190.75 | 96,865.45 |

*for ease of computation, these do not include Phase 7 time, which are added below

**for ease of computation, these are the Phase 7 fees; Phase 7 time before May 31 has been adjusted as indicated

*** Adjustments: Brown: 1 hour/$19=$19; Crenshaw 8 hours/$26=$156; Eyman .75 hours/$21=$15.75; total $190.75

## PHASE 1 SUMMARY

| Timekeeper | Position | Phase 1 Hours | Phase 1 Laffey Rate | Phase 1 Laffey Fees | Phase 1 COLA Rate | Phase 1 COLA Fees | 2/3 Phase 1 Laffey Fees | 2/3 Phase 1 COLA Fees |
|---|---|---|---|---|---|---|---|---|
| Brown, Nathan | Attorney | 73.80 | $ 475 | 35,055.00 | $ 168.66 | 12,447.11 | $ 23,370.00 | 8,298.07 |
| Crenshaw, William | Attorney | 75.60 | $ 645 | 48,762.00 | $ 168.66 | 12,750.70 | $ 32,508.00 | 8,500.46 |
| Eyman, Barbara | Attorney | 21.80 | $ 536 | 11,684.80 | $ 168.66 | 3,676.79 | $ 7,789.87 | 2,451.19 |
| Luband, Charles | Attorney | 9.80 | $ 536 | 5,252.80 | $ 168.66 | 1,652.87 | $ 3,501.87 | 1,101.91 |
| Mudinsky, Sarah | Attorney | 187.80 | $ 268 | 50,330.40 | $ 168.66 | 31,674.35 | $ 33,553.60 | 21,116.23 |
| Snyder, Ivan | Attorney | 75.70 | $ 268 | 20,287.60 | $ 168.66 | 12,767.56 | $ 13,525.07 | 8,511.71 |
| TOTAL | | 444.50 | | 171,372.60 | | 74,969.37 | $ 114,248.40 | 49,979.58 |

## PHASE 2 SUMMARY

| Timekeeper | Position | Phase 2 Hours | Phase 2 Laffey Rate | Phase 2 Laffey Fees | Phase 2 COLA Rate | Phase 2 COLA Fees | 2/3 Phase 2 Laffey Fees | 2/3 Phase 2 COLA Fees |
|---|---|---|---|---|---|---|---|---|
| Brown, Nathan | Attorney | 81.60 | $ 475 | 38,760.00 | $ 168.66 | 13,762.66 | $ 25,840.00 | 9,175.10 |
| Crenshaw, William | Attorney | 9.00 | $ 645 | 5,805.00 | $ 168.66 | 1,517.94 | $ 3,870.00 | 1,011.96 |
| Eyman, Barbara | Attorney | 12.95 | $ 536 | 6,941.20 | $ 168.66 | 2,184.15 | $ 4,627.47 | 1,456.10 |
| Luband, Charles | Attorney | 14.60 | $ 536 | 7,825.60 | $ 168.66 | 2,462.44 | $ 5,217.07 | 1,641.62 |
| Mudinsky, Sarah | Attorney | 127.90 | $ 268 | 34,277.20 | $ 168.66 | 21,571.61 | $ 22,851.47 | 14,381.08 |
| TOTAL | | 246.05 | | 93,609.00 | | 41,498.79 | $ 62,406.00 | 27,665.86 |

## PHASE 3 SUMMARY

| Timekeeper | Position | Phase 3 Hours | Phase 3 Laffey Rate | Phase 3 Laffey Fees | Phase 3 COLA Rate | Phase 3 COLA Fees | 2/3 Phase 3 Laffey Fees | 2/3 Phase 3 COLA Fees |
|---|---|---|---|---|---|---|---|---|
| Brown, Nathan | Attorney | 7.50 | $ 475 | 3,562.50 | $ 168.66 | 1,264.95 | $ 2,375.00 | 843.30 |
| Crenshaw, William | Attorney | 102.20 | $ 645 | 65,919.00 | $ 168.66 | 17,237.05 | $ 43,946.00 | 11,491.37 |
| Eyman, Barbara | Attorney | 1.00 | $ 536 | 536.00 | $ 168.66 | 168.66 | $ 357.33 | 112.44 |
| Luband, Charles | Attorney | 1.00 | $ 536 | 536.00 | $ 168.66 | 168.66 | $ 357.33 | 112.44 |
| Mudinsky, Sarah | Attorney | 5.40 | $ 268 | 1,447.20 | $ 168.66 | 910.76 | $ 964.80 | 607.18 |
| Robinson, Kristin | Attorney | 50.60 | $ 268 | 13,560.80 | $ 168.66 | 8,534.20 | $ 9,040.53 | 5,689.46 |
| Snyder, Ivan | Attorney | 27.70 | $ 268 | 7,423.60 | $ 168.66 | 4,671.88 | $ 4,949.07 | 3,114.59 |
| TOTAL | | 195.40 | | 92,985.10 | | 32,956.16 | $ 61,990.07 | 21,970.78 |

## PHASE 4 SUMMARY

| Timekeeper | Position | Phase 4 Hours | Phase 4 Laffey Rate | Phase 4 Laffey Fees | Phase 4 COLA Rate | Phase 4 COLA Fees | 2/3 Phase 4 Laffey Fees | 2/3 Phase 4 COLA Fees |
|---|---|---|---|---|---|---|---|---|
| Antzoulatos, Sophia | Paralegal | 17.25 | $ 146 | 2,518.50 | $ 146 | 2,518.50 | $ 1,679.00 | 1,679.00 |
| Brown, Nathan | Attorney | 138.25 | $ 475 | 65,668.75 | $ 168.66 | 23,317.25 | $ 43,779.17 | 15,544.83 |

| Timekeeper | Position | Hours | Laffey Rate | Laffey Fees | COLA Rate | COLA Fees | 2/3 Laffey Fees | 2/3 COLA Fees |
|---|---|---|---|---|---|---|---|---|
| Crenshaw, William | Attorney | 106.70 | $ 645 | 68,821.50 | $ 168.66 | 17,996.02 | $ 45,881.00 | 11,997.35 |
| Eyman, Barbara | Attorney | 58.00 | $ 536 | 31,088.00 | $ 168.66 | 9,782.28 | $ 20,725.33 | 6,521.52 |
| Luband, Charles | Attorney | 25.75 | $ 536 | 13,802.00 | $ 168.66 | 4,343.00 | $ 9,201.33 | 2,895.33 |
| Mulinsky, Sarah | Attorney | 223.00 | $ 268 | 59,764.00 | $ 168.66 | 37,611.18 | $ 39,842.67 | 25,074.12 |
| Rayne, Pamela Schafer | Attorney | 161.25 | $ 268 | 43,215.00 | $ 168.66 | 27,196.43 | $ 28,810.00 | 18,130.95 |
| **TOTAL** | | **730.20** | | **284,877.75** | | **122,764.65** | **$ 189,918.50** | **81,843.10** |

## PHASE 5 SUMMARY

| Timekeeper | Position | Phase 5 Hours | Phase 5 Laffey Rate | Phase 5 Laffey Fees | Phase 5 COLA Rate | Phase 5 COLA Fees | 2/3 Phase 5 Laffey Fees | 2/3 Phase 5 COLA Fees |
|---|---|---|---|---|---|---|---|---|
| Antzoulatos, Sophia | Paralegal | 1.25 | $ 146 | 182.50 | $ 146 | 182.50 | $ 121.67 | 121.67 |
| Beauregard, Sheryl | Paralegal | 32.50 | $ 146 | 4,745.00 | $ 146 | 4,745.00 | $ 3,163.33 | 3,163.33 |
| Brown, Nathan | Attorney | 101.25 | $ 475 | 48,093.75 | $ 168.66 | 17,076.83 | $ 32,062.50 | 11,384.55 |
| Crenshaw, William | Attorney | 91.60 | $ 645 | 59,082.00 | $ 168.66 | 15,449.26 | $ 39,388.00 | 10,299.50 |
| Eyman, Barbara | Attorney | 26.50 | $ 536 | 14,204.00 | $ 168.66 | 4,469.49 | $ 9,469.33 | 2,979.66 |
| Luband, Charles | Attorney | 28.25 | $ 536 | 15,142.00 | $ 168.66 | 4,764.65 | $ 10,094.67 | 3,176.43 |
| Mulinsky, Sarah | Attorney | 105.00 | $ 268 | 28,140.00 | $ 168.66 | 17,709.30 | $ 18,760.00 | 11,806.20 |
| Rayne, Pamela Schafer | Attorney | 38.25 | $ 268 | 10,251.00 | $ 168.66 | 6,451.25 | $ 6,834.00 | 4,300.83 |
| Robinson, Kristin | Attorney | 10.00 | $ 268 | 2,680.00 | $ 168.66 | 1,686.60 | $ 1,786.67 | 1,124.40 |
| **TOTAL** | | **434.60** | | **182,520.25** | | **72,534.86** | **$ 121,680.17** | **48,356.57** |

## PHASE 6 SUMMARY

| Timekeeper | Position | Phase 6 Hours | Phase 6 Laffey Rate | Phase 6 Laffey Fees | Phase 6 COLA Rate | Phase 6 COLA Fees | 2/3 Phase 6 Laffey Fees | 2/3 Phase 6 COLA Fees |
|---|---|---|---|---|---|---|---|---|
| Beauregard, Sheryl | Paralegal | 0.25 | $ 146 | 36.50 | $ 146 | 36.50 | $ 24.33 | 24.33 |
| Brown, Nathan | Attorney | 51.25 | $ 475 | 24,343.75 | $ 168.66 | 8,643.83 | $ 16,229.17 | 5,762.55 |
| Crenshaw, William | Attorney | 140.40 | $ 645 | 90,558.00 | $ 168.66 | 23,679.86 | $ 60,372.00 | 15,786.58 |
| Eyman, Barbara | Attorney | 11.50 | $ 536 | 6,164.00 | $ 168.66 | 1,939.59 | $ 4,109.33 | 1,293.06 |
| Luband, Charles | Attorney | 10.50 | $ 536 | 5,628.00 | $ 168.66 | 1,770.93 | $ 3,752.00 | 1,180.62 |
| Mulinsky, Sarah | Attorney | 4.00 | $ 268 | 1,072.00 | $ 168.66 | 674.64 | $ 714.67 | 449.76 |
| **TOTAL** | | **217.90** | | **127,802.25** | | **36,745.35** | **$ 85,201.50** | **24,496.90** |

## PHASE 7 SUMMARY

| Timekeeper | Position | Phase 7 Hours | Phase 7 Laffey Rate post 5/31/08 | Phase 7 Laffey Fees | Adjustment for pre 5/31 fees* | Phase 7 Adjusted Laffey Fees | Phase 7 COLA Rate | Phase 7 COLA Fees | 2/3 Phase 7 Laffey Fees | 2/3 Phase 7 COLA Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| Beauregard, Sheryl | Paralegal | 1.00 | $ 152 | 152.00 | | 152.00 | 146 | $ 146.00 | $ 101.33 | 97.33 |
| Brown, Nathan | Attorney | 43.75 | $ 494 | 21,612.50 | -19 | 21,593.50 | 168.66 | $ 7,378.88 | $ 14,395.67 | 4,919.25 |

| Name | Title | Hours | Rate | Laffey Fees | Adj.* | Adj. Laffey Fees | COLA Rate | COLA Fees | 2/3 Laffey Fees | 2/3 COLA Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| Carlson, Pamela | Paralegal | 42.20 | $152 | 6,414.40 | | 6,414.40 | $146 | 6,161.20 | $4,276.27 | 4,107.47 |
| Crenshaw, William | Attorney | 38.80 | $671 | 26,034.80 | -156 | 25,878.80 | 168.66 | 6,544.01 | $17,262.53 | 4,362.67 |
| Eyman, Barbara | Attorney | 0.75 | $557 | 417.75 | -15.75 | 402.00 | 168.66 | 126.50 | $268.00 | 84.33 |
| Luband, Charles | Attorney | 0.25 | $557 | 139.25 | | 139.25 | 168.66 | 42.17 | 92.83 | 28.11 |
| Mulinsky, Sarah | Attorney | 26.00 | $279 | 7,254.00 | | 7,254.00 | 168.66 | 4,385.16 | $4,836.00 | 2,923.44 |
| Rayne, Pamela Schafer | Attorney | 2.00 | $279 | 558.00 | | 558.00 | 168.66 | 337.32 | $372.00 | 224.88 |
| Robinson, Kristin | Attorney | 98.50 | $279 | 27,481.50 | | 27,481.50 | 168.66 | 16,613.01 | $18,321.00 | 11,075.34 |
| Romig, Jennifer | Law Clerk | 46.00 | $152 | 6,992.00 | | 6,992.00 | $146 | 6,716.00 | $4,661.33 | 4,477.33 |
| TOTAL | | 299.26 | | 97,056.20 | -190.75 | 96,865.45 | 146 | $64,576.97 | | 32,300.16 |

*Adjustments for differential between post-May 31, 2008 Laffey rates and pre-May 31, 2008 Laffey rates: Brown: 1 hour/$19=$19; Crenshaw 6 hours/$26=$156; Eyman .75 hours/$21=$15.75; total $190.75

**OVERALL SUMMARY**

| Phase | Hours | Laffey Fees | COLA Fees | 2/3 Laffey Fees | 2/3 COLA fees |
|---|---|---|---|---|---|
| 1 | 444.50 | $171,373 | 74,969.37 | 114,248.40 | 49,979.58 |
| 2 | 246.05 | 93,609 | 41,498.79 | 62,406.00 | 27,665.86 |
| 3 | 195.40 | 92,985 | 32,956.16 | 61,990.07 | 21,970.78 |
| 4 | 730.20 | 284,878 | 122,764.65 | 189,918.50 | 81,843.10 |
| 5 | 434.60 | 182,520 | 72,534.86 | 121,680.17 | 48,356.57 |
| 6 | 217.90 | 127,802 | 36,745.35 | 85,201.50 | 24,496.90 |
| 7 | 299.25 | 96,865 | 48,450.23 | 64,576.97 | 32,300.16 |
| TOTAL | 2,567.90 | 1,050,032.40 | 429,919.42 | 700,021.60 | 286,612.94 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALAMEDA COUNTY MEDICAL CENTER,** | ) ) ) | |
| *et al.* | ) ) | |
| **Plaintiffs,** | ) ) ) | **Civil Action No. 1:08-00422 (JR)** |
| **v.** | ) ) ) | |
| **MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services,** | ) ) ) ) | |
| *et al.* | ) ) ) | |
| **Defendants.** | ) ) ) | |

## DECLARATION OF NATHAN A. BROWN

I, Nathan A. Brown, under penalty of perjury, do hereby declare:

1.      I am counsel with Ropes & Gray LLP and was previously a partner at Powell Goldstein LLP. I was primarily responsible for the development of the factual record and substantive arguments in this case, and for the preparation of the substantive pleadings.

2.      I have reviewed the attached time entries, which have been prepared from the books and records of Ropes & Gray LLP, and they are accurate to the best of my knowledge and belief. In addition, some of the time entries and expenses incurred in this matter were excluded from or reduced in the attached time entries and expenses submitted with this Motion.

3.      To assist in the Court's review of the pending Motion, attached to this Declaration as Exhibit 1 is a list identifying names and entities other than timekeepers that are referenced in the time entries.

4.      A summary of the relevant experience of timekeepers at Ropes & Gray LLP who billed time to this matter is as follows:

a.      Barbara Eyman, Charles Luband, Sarah Mutinsky, and I practiced in the Health Care Group of Powell Goldstein LLP until January 2008, at which time we joined Ropes & Gray LLP.  Our experience is described in the Declaration of William Crenshaw, and is incorporated herein by reference.  Each of us has represented Plaintiff the National Association of Public Hospitals and Health Systems ("NAPH") for a significant portion of our legal careers.

b.      Pamela Schafer Rayne graduated from Boston College Law School in 2006 and has specialized in the practice of health care law since that time.

c.      Sheryl Beauregard is a litigation paralegal who graduated from Towson University with a Bachelor of Science degree in 1996. She also holds her paralegal certificate from Arizona Paralegal Training Program. She has been a paralegal since 1999.

d.      Sophia Antzoulatos is a litigation paralegal specialist who graduated from George Mason University with a Masters in Public Administration in 2008.  She has been a paralegal since 1999.

e.      Jennifer Romig is entering her final year at University of Chicago Law School and was a summer associate with Ropes & Gray LLP during the summer of 2008.

5.      Ropes & Gray LLP was retained by NAPH, the Association of American Medical Colleges ("AAMC"), the American Hospital Association ("AHA"), and Alameda County Medical Center ("Alameda") in connection with this matter.  Alameda was not obligated to pay any legal fees or expenses in connection with the representation. The responsibility for the legal fees and expenses due to Ropes & Gray was shared evenly between NAPH, AAMC, and AHA.

6.      In addition to the attorneys' fees sought, Movants seek recovery of two-thirds of the following expenses incurred by Ropes & Gray LLP (as well as two-thirds of the expenses incurred by Powell Goldstein LLP, as identified in Mr. Crenshaw's Declaration):

| | |
|---|---|
| Copying | $   651.10 |
| Legal Research | $ 3,780.16 |
| Service of Process | $   875.00 |
| Filing Fee | $   350.00 |
| **Total:** | $ 5,656.26 |
| **2/3 Total:** | $ 3,770.84 |

7.      The expenses sought are accurate to the best of my knowledge and belief. Copying is charged at the firm's cost of 10 cents per page.  Computer research charges (primarily Lexis and Westlaw) reflect the firm's pro rated costs for such services.

Dated:  August **21**, 2008

_Nathan A. Brown_
Nathan A. Brown
Ropes & Gray LLP

Exhibit D-1

**Identity of Proper Names Shown in Billing Entries**

| Non-Timekeepers and Entities Mentioned in Billing Entries | Explanation |
|---|---|
| Alameda County Medical Center ("ACMC") | Plaintiff |
| American Hospital Association ("AHA") | Plaintiff |
| Association of American Medical Colleges ("AAMC") | Plaintiff |
| National Association of Public Hospitals and Health Systems ("NAPH") | Plaintiff |
| Bexar County Hospital District, d/b/a University Health System ("UHS") | Declarant |
| El Paso County Hospital District, d/b/a/ R.E. Thomason General Hospital ("Thomason") | Declarant |
| Hurley Medical Center ("Hurley") | Declarant |
| Lee Memorial Health System ("Lee Memorial") | Declarant |
| National Association of Children's Hospitals ("N.A.C.H.") | Declarant |
| Oregon Health and Sciences University ("OHSU") | Declarant |
| University of Colorado Hospital Authority ("UCH") | Declarant |
| University of Utah Hospitals and Clinics ("UUHC") | Declarant |
| Catholic Health Association ("CHA") | Amicus Curiae |
| Committee of Interns and Residents ("CIR") | Amicus Curiae |
| Alabama Medicaid Agency | Discussions for purposes of information gathering |
| Central Georgia Health System Inc. | Discussions for purposes of information gathering |
| Cogdell Memorial Hospital | Discussions for purposes of information gathering |
| Harborview Medical Center ("Harborview") | Discussions for purposes of information gathering |
| Harris County Hospital District | Discussions for purposes of information gathering |
| (The) Health and Hospital Corporation of Marion County ("Wishard") | Discussions for purposes of information gathering |
| (The) MetroHealth System | Discussions for purposes of information gathering |
| North Carolina Hospital Association | Discussions for purposes of information gathering |
| Parkland Health and Hospital System | Discussions for purposes of information gathering |
| State of New Jersey Office of the Attorney General | Discussions for purposes of information gathering |
| State of New York | Discussions for purposes of information gathering |
| Truman Medical Center | Discussions for purposes of information gathering |
| University of Kansas Hospital | Discussions for purposes of information gathering |
| University of Mississippi Medical Center | Discussions for purposes of information gathering |
| Utah Department of Health | Discussions for purposes of information gathering |
| Ashley County Medical Center | *Ashley County Med. Ctr. v. Thompson*, 205 F. Supp. 2d 1026 (E.D. Ark. 2002) |
| National Association of Chain Drug Stores ("NACDS") | *Nat'l Ass'n of Chain Drug Stores, et.al., v. Leavitt* |
| Mr. Keith Arnold | Consultant to Lee Memorial Health System |
| Ms. Ivy Baer | Director and Regulatory Counsel, AAMC |
| Ms. Janet Billups | Attorney, Covington & Burling (Amici Curiae State Agencies and Officials) |
| Ms. Caroline Brown | Attorney, Covington & Burling (Amici Curiae State Agencies and Officials) |
| Ms. Christine Capito Burch | Executive Director, NAPH |
| Ms. Molly Collins | Policy Division, AHA |
| Mr. Gordon Crabtree | Chief Financial Officer, University of Utah Hospitals and Clinics |
| Ms. Keri Disney | Director, Government Reimbursement, Parkland Health & Hospital System |
| Mr. Vance Eggers | Associate Actuary, Utah Department of Health |
| Ms. Sally Enevoldson | Director of Reimbursement, University of Kansas Hospital |

Exhibit D-1

**Identity of Proper Names Shown in Billing Entries**

| Non-Timekeepers and Entities Mentioned in Billing Entries | Explanation |
|---|---|
| Mr. John Everett | CFO, Cogdell Memorial Hospital |
| Ms. Lynne Fagnani | Senior Vice President, NAPH |
| Ms. Karen Fisher | Senior Director, Health Care Affairs, AAMC |
| Mr. Larry Gage | Attorney, Ropes & Gray |
| Mr. Mark Gallant | Attorney, Cozen O'Connor (AAMC) |
| Ms. Sandra George | Attorney, Ropes & Gray |
| Mr. Blaine Goff | Assistant Director - Division of Health Care Financing, Utah Department of Health |
| Ms. Mary Ellyn Gormley | Chief General Counsel, Alameda County Medical Center |
| Ms. Mindy Hatton | Senior Vice President and General Counsel, AHA |
| Mr. George Hernández | President/CEO, Bexar County Hospital District |
| Mr. Linwood Jones | General Counsel, North Carolina Hospital Association |
| Ms. Sheree Kanner | Attorney, Hogan & Hartson (AHA) |
| Mr. David Lara | Federal Budget Liaison/ Health and Human Services Advisor, State of New York |
| Mr. Wright Lassiter | CEO, Alameda County Medical Center |
| Ms. Megan Lewis | Attorney, N.J. Attorney General's Office |
| Ms. Sheila Lieber | Attorney, Department of Justice (Defendants' Counsel) |
| Ms. Karen Lopez | Assistant Vice President for External Affairs & Governance, Hurley Medical Center |
| Ms. Holley Lutz | Attorney, Sonnenschein Nath & Rosenthal LLP (Amicus Curiae CHA) |
| Mr. Drew Marrocco | Attorney, Sonnenschein Nath & Rosenthal LLP (Amicus Curiae CHA) |
| Ms. Mary McGillicuddy | Chief Legal Officer, Lee Memorial Health System |
| Mr. Theodore Metzler | Attorney, Covington & Burling (Amici Curiae State Agencies and Officials) |
| Mr. Charles Miller | Attorney, Covington & Burling (Amici Curiae State Agencies and Officials) |
| Ms. Christiane Mitchell | Senior Legislative Analyst, Office of Governmental Relations, AAMC |
| Ms. Tamra Moore | Attorney, Department of Justice (Defendants' Counsel) |
| Mr. W. Evan Moore | CEO, Cogdell Memorial Hospital |
| Mr. John Morris | General Counsel, University of Utah |
| Ms. Maureen Mudron | Washington Counsel, AHA |
| Mr. Tom Nickels | Senior Vice President, Federal Relations, AHA |
| Ms. Aimee Ossman | Director, Medicaid and State Policy Analysis and Acting Vice President, Public Policy, N.A.C.H. |
| Mr. Jeffrey Pariser | Attorney, Hogan & Hartson (AHA) |
| Mr. Cheirs Porter | Alabama Office of the Attorney General |
| Ms. Amy Ricks | Executive Assistant to Gordon Crabtree, University of Utah Hospitals & Clinics |
| Mr. Steven Roth | Deputy General Counsel, Parkland Health & Hospital System |
| Mr. James Segroves | Attorney, Proskauer Rose, for interested party |
| Mr. Doug Springmeyer | Utah Assistant Attorney General |
| Mr. Alan Staver | Vice President and General Counsel, University of Colorado Hospital |
| Ms. Leah Stone | Attorney, Powell Goldstein |
| Ms. Claudine Swartz | Assistant Vice President for Policy, NAPH |
| Ms. Lisa Tofil | Attorney, Holland & Knight, for interested party |
| Ms. Lisa Ullman | Attorney, State of New York Department of Budget |
| Ms. Barb Viskochil | University of Utah Medical Center/University Health Care, Director, Medicare & Medicaid Services Office |
| Ms. Elizabeth Winter | Deputy General Counsel, University of Utah |