UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, et al. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civ. No. 1:08CV0422 (JR) |
| THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary of Health and Human Services, et al. | | |
| Defendants. | | |

**JOINT MOTION TO AMEND BRIEFING SCHEDULE REGARDING MOTION FOR ATTORNEYS' FEES AND COSTS**

Movants, American Association of Medical Colleges ("AAMC"), and National Association of Public Hospitals and Healthy Systems ("NAPH") (collectively, "Movants") and Defendants Michael O. Leavitt, in his official capacity as Secretary of Department of Health and Human Services, the United States Department of Health and Human Services, Kerry Weems, in his official capacity as Acting Administrator of the Centers for Medicare & Medicaid Services, and the Centers for Medicare & Medicaid Services (collectively, "Defendants") jointly move this Court for an amended briefing schedule with respect to Movants' Motion for Attorneys' Fees and Costs. In support of this motion, the parties state as follows:

1.      On May 23, 2008, this Court issued a Memorandum Opinion and Order, granting summary judgment for Plaintiffs, Alameda County Medical Center, American Hospital Association, AAMC and NAPH.

2. On August 21, 2008, Movants petitioned this Court for an award of attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"). Defendants' response to Movants' fee petition currently is due September 4, 2008.

3. Defendants believe additional information is necessary to prepare an appropriate response to Movants' fee petition. Accordingly, Defendants intend to propound written discovery requests by September 12, 2008.

4. To permit Defendants to respond fully to Movants' fee petition, the parties have agreed that Defendants' time to respond to Movants' fee petition be extended until November 10, 2008, or 20 days after Movants' counsel has advised Defendants' counsel that Movants have fully responded to Defendants' written discovery requests, whichever comes earlier. In addition, the parties have agreed that Movants shall have until November 25, 2008, or 15 days after Defendants file their response to Movants' fee petition to file Movants' reply brief, whichever comes earlier.

5. The parties reserve the right to seek additional relief as may be appropriate. Movants specifically reserve the right to object to any discovery propounded and Defendants specifically reserve the right to seek additional discovery or an additional extension in the event they believe Movants' responses require them to seek additional discovery (e.g., depositions) or that Movant's discovery responses are incomplete.

For the foregoing reasons, the parties respectfully request that the Court grant its Joint Motion to Amend Briefing Schedule Regarding Movants' Motion for Attorneys' Fees and Costs.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director

/s/ Tamra T. Moore
TAMRA T. MOORE D.C. Bar No. 488392
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
Email: **Tamra.Moore@usdoj.gov**

Attorneys for Defendants


WILLIAM C. CRENSHAW
D.C. Bar No. 968545
POWELL GOLDSTEIN LLP
901 New York Avenue, NW, Third Floor
Washington, DC 20001
(202) 347-0066


(filed with permission)
NATHAN A. BROWN
D.C. Bar No. 468750
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
(202) 508-4600

Of Counsel:

LARRY S. GAGE
D.C. Bar No. 165332
BARBARA D.A. EYMAN
D.C. Bar No. 439684
CHARLES LUBAND
D.C. Bar No. 458319
ROPES & GRAY LLP
700 12th Street, NW, Suite 900

Washington, DC 20005
(202) 508-4600

Attorneys for Plaintiffs

Dated: September 4, 2008

**CERTIFICATE OF SERVICE**

    I certify that on this 4th day of September 2008, I caused a copy of the foregoing Joint Motion to Amend Briefing Schedule Regarding Movants' Motion for Attorneys' Fees and Costs to be filed electronically and that the document is available for viewing and downloading from the ECF system.

        /s/ Tamra T. Moore  
        Tamra T. Moore

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:08CV0422 (JR) |
| THE HONORABLE MICHAEL O. LEAVITT, in his official capacity as Secretary of Health and Human Services, et al. | ) ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Movants, American Association of Medical Colleges, and National Association of Public Hospitals and Healthy Systems and Defendants Michael O. Leavitt, in his official capacity as Secretary of Department of Health and Human Services, the United States Department of Health and Human Services, Kerry Weems, in his official capacity as Acting Administrator of the Centers for Medicare & Medicaid Services, and the Centers for Medicare & Medicaid Services (collectively, "Defendants") jointly have moved to amend the briefing scheduled with respect to Movants' Motion for Attorneys' Fees and Costs.

Upon consideration of the parties' joint motion, IT IS HEREBY ORDERED that -

The Parties' Joint Motion to Amend Briefing Schedule be, and it hereby is, GRANTED; and

Defendants have until November 10, 2008, to respond to Movants' Motion for Attorneys' Fees and Costs, or until 20 days after the date on which Movants have fully responded to

Defendants' written discovery requests in the event that Movants fully respond to Defendants' written discovery requests prior to October 10, 2008, whichever comes earlier; and

      Movants have until November 15, 2008, to file their reply brief, or until 15 days after Defendants have filed their response to Movants' Motion for Attorneys' Fees and Costs to file their reply brief if Defendants file their response before November 10, 2008, whichever comes earlier.

Dated: _____, 2008    _____
                                                                     James Roberston, District Court Judge